# United States District Court

DISTRICT OF **DELAWARE**

FCI USA, INC. and  )
FCI AMERICAS TECHNOLOGY, INC.,  )
        )
      Plaintiffs,  )
        )  **SUMMONS IN A CIVIL ACTION**
        )
        )  **CASE NUMBER:**
    v.  )
        )
MOLEX INCORPORATED,  )
        )
      Defendant.

TO:    MOLEX INCORPORATED
        c/o The Corporation Trust Company
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEY:

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              1-26-07
_____       _____
CLERK                                                          DATE

_____
BY DEPUTY CLERK

STATE OF DELAWARE    )
                     ) SS.
NEW CASTLE COUNTY    )

On January 31, 2007, at approximately 12:45 p.m., service of the attached Summons, along with a copy of the Complaint, Civil Cover Sheet, and Notice of Availability of a U.S. Magistrate Judge, was made upon defendant Molex Incorporated, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. Service was accepted by Scott LaScala, who is authorized to accept service.

_____
Charles E. Jamison

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 31ST day of January, 2007.

_____
Notary Public

PATRICIA A. BOYDEN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 15, 2008

720694