IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-49-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION FOR EXTENSION OF TIME**

Plaintiffs FCI USA, Inc. and FCI Americas Technology, Inc. (collectively "FCI") and defendant Molex Incorporated ("Molex"), through their attorneys, hereby stipulate, subject to the approval of the Court, to a thirty (30) day extension of time for Molex to move, answer or otherwise plead in response to FCI's Complaint. Molex's response is currently due Tuesday, February 20, 2007. Under this extension, Molex will have up to and including Thursday, March 22, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

YOUNG, CONAWAY, STARGATT
& TAYLOR LLP

*s/ Josy W. Ingersoll*
_____
Josy W. Ingersoll (#1088)
The Brandywine Building,
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com
*Attorneys for Defendant*

SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge

745655