IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FCI USA INC., and
FCI AMERICAS TECHNOLOGY INC.,

      Plaintiffs,

      v.

MOLEX INCORPORATED

      Defendant.

Case No. 1:07-cv-00049 (JJF)

## DEFENDANT'S MOTION TO DISMISS, STAY OR TRANSFER

Defendant Molex Incorporated respectfully requests that this Court dismiss this

action, stay this action pending resolution of the first-filed action pending in the District

of Nevada, or transfer this action for consolidation with Defendant's first-filed action

pending in the District of Nevada.  Defendant submits the accompanying brief in support

of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

March 22, 2007

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
*Attorney for Defendant*

OF COUNSEL:
John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg-Breen
Leydig, Voit & Mayer Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL  60601
(312) 616-5600

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FCI USA INC., and
FCI AMERICAS TECHNOLOGY INC.,

        Plaintiffs,

    v.

MOLEX INCORPORATED

        Defendant.

Case No. 1:07-cv-00049 (JJF)

## [PROPOSED] ORDER

The Court having considered defendant Molex Incorporated's Motion to Dismiss, Stay or

Transfer the above-captioned action and the parties' respective arguments thereon,

IT IS HEREBY ORDERED that this action is [dismissed], [stayed], [transferred to the

District of Nevada].

Dated: _____          _____
                                                  U.S.D. J.

## CERTIFICATE OF SERVICE

I, Adam Poff, Esquire, hereby certify that on March 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Thomas C. Grimm, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL
> 1201 N. Market Street
> Wilmington, DE 19899
> *tgrimm@mnat.com*

I further certify that I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following counsel in the manner indicated below:

> ### *By E-Mail*
>
> Albert J. Breneisen, Esquire
> KENYON & KENYON LLP
> One Broadway
> New York, NY 10004
> *abreneisen@kenyon.com*

John W. Bateman, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*


YOUNG CONAWAY STARGATT & TAYLOR, LLP


Josy W. Ingersoll (No. 1088) *[jingersoll@ycst.com]*
Adam W. Poff (No. 3990) *[apoff@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Defendants*