IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MOLEX INCORPORATED,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-49-JJF |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Albert J. Breneisen and George E. Badenoch of Kenyon & Kenyon LLP (New York) and John W. Bateman, Michael M. Shen, and Yariv Waks of Kenyon & Kenyon LLP (Washington DC) to represent plaintiffs in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

　　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Thomas C. Grimm (#1098)
　　　　　　　　　　　　　　　　　　　　Leslie A. Polizoti (#4299)
　　　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　tgrimm@mnat.com
　　　　　　　　　　　　　　　　　　　　lpolizoti@mnat.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

　　IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 4/13/07

Albert J. Breneisen
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: (212) 425-7200
Fax: (212) 425-5288

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: April 17, 2007

George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Phone: (212) 425-7200
Fax: (212) 425-5288

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and the Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 4/12/07

*John W. Bateman*
John W. Bateman
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
Phone: (202) 220-4200
Fax: (202) 220-4201

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 4-12-2007

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
Phone: (202) 220-4200
Fax: (202) 220-4201

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the District of Columbia and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: 4/17/07

Yariv Waks
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
Phone: (202) 220-4200
Fax: (202) 220-4201

798074

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Adam W. Poff
> YOUNG, CONAWAY, STARGATT
>   & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 18, 2007 upon the following individuals in the manner indicated:

**BY HAND & E-MAIL**

> Josy W. Ingersoll
> Adam W. Poff
> YOUNG, CONAWAY, STARGATT
>   & TAYLOR LLP
> The Brandywine Building,
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

**BY E-MAIL**

> John W. Kozak
> Dennis R. Schlemmer
> LEYDIG, VOIT & MAYER, LTD.
> Two Prudential Plaza, Suite 4900
> 180 N. Stetson Avenue
> Chicago, IL 60601-6780

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

798074