IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>MOLEX INCORPORATED,<br><br>        Defendant. | Civil Action No. 1:07-CV-00049 (JJF) |

### SUPPLEMENTAL DECLARATION OF M. RICHARD PAGE
### IN SUPPORT OF FCI'S OPPOSITION TO MOLEX'S
### MOTION TO DISMISS, STAY OR TRANSFER

I, M. Richard Page, hereby declare as follows:

1. I am the same M. Richard Page who submitted a prior Declaration in support of FCI's opposition to Molex's motion to dismiss, stay or transfer the above-captioned case.

2. I have reviewed Molex's reply brief in support of its motion, and I disagree with Molex's contention at page 8 that "Molex sent no communication to Plaintiffs which could be reasonably interpreted to have 'misled' Plaintiffs, and Plaintiffs cite nothing to the contrary."

3. On January 12, 2007, after a few days of silence from Molex, I e-mailed Chuck Cohen to inquire as to when FCI could expect a response to FCI's offer.

4. On January 15, 2007, Mr. Cohen replied to my e-mail stating that Molex was continuing to look into the various issues and hoped to respond shortly, but did not have a specific timeframe due to travel schedules.

5.  Based on Mr. Cohen's January 15, 2007 e-mail, I believed that Molex was still considering the terms of FCI's offer and was expecting further negotiation. During this time, I did not receive any indication from Mr. Cohen or Molex that the discussions were unproductive or at an impasse.

6.  On January 24, 2007, I e-mailed Mr. Cohen complaining that Molex's response was taking too long. Then, only on January 25, 2007, the same day it filed its declaratory judgment complaint in Nevada, did Molex inform FCI in an e-mail from Molex's CEO to FCI's CEO that discussions on the I-Trac connector were purportedly at an impasse.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: April 19, 2007

_____
M. Richard Page

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Adam W. Poff
> YOUNG, CONAWAY, STARGATT
>   & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 20, 2007 upon the following individuals in the manner indicated:

### BY E-MAIL

> Josy W. Ingersoll
> Adam W. Poff
> YOUNG, CONAWAY, STARGATT
>   & TAYLOR LLP
> The Brandywine Building,
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391
>
> John W. Kozak
> Dennis R. Schlemmer
> Caryn C. Borg-Breen
> LEYDIG, VOIT & MAYER, LTD.
> Two Prudential Plaza, Suite 4900
> 180 N. Stetson Avenue
> Chicago, IL  60601-6780

/s/ *Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

805643