UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA INC., and<br>FCI AMERICAS TECHNOLOGY INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED<br><br>    Defendant. | Case No. 1:07-cv-00049 (JJF) |

### SUPPLEMENTAL DECLARATION OF CHARLES S. COHEN IN SUPPORT OF MOLEX'S MOTION TO DISMISS, STAY OR TRANSFER

I, Charles S. Cohen, hereby declare as follows:

1. I am the same Charles S. Cohen who submitted a prior Declaration in support of Molex's motion to dismiss, stay or transfer the above-captioned case.

2. I have reviewed FCI's Supplemental Declaration of M. Richard Page and disagree with the conclusion that Mr. Page appears to draw from the respective communications listed in his Supplemental Declaration.

3. Mr. Page's January 12, 2007 email was a follow-up to a communication sent by Mr. Page on January 8, 2007 that addressed five separate intellectual property issues, one of which related to the I-Trac connector. Mr. Page's January 12, 2007 inquiry as to a timeline for response was a general inquiry and did not single out or address any specific issues from the earlier communications.

4.  My email sent on January 15, 2007 was a general response to Mr. Page's January 12, 2007 general inquiry and likewise did not single out or address any specific issues from the earlier communications.

5.  The January 25, 2007 email from Molex's CEO to FCI's CEO addressed all five intellectual property issues discussed in Mr. Page's January 8, 2007 email, including FCI's offer relating to the I-Trac connector product.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: April 26, 2007

                                                                                        _____
                                                                                        Charles S. Cohen

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on April 27, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas C. Grimm, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>*tgrimm@mnat.com*

I further certify that on April 27, 2007, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following counsel in the manner indicated below:

>***By E-Mail***
>
>Albert J. Breneisen, Esquire
>KENYON & KENYON LLP
>One Broadway
>New York, NY 10004
>*abreneisen@kenyon.com*

John W. Bateman, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
Washington, DC  20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Josy W. Ingersoll*
Josy W. Ingersoll (No. 1088) *[jingersoll@ycst.com]*
Adam W. Poff (No. 3990) *[apoff@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600

*Attorneys for Defendant*