# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING |  |
|---|---|---|
| JOSY W. INGERSOLL (NO. 1088) | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: 302-571-6672 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: 302-576-3301 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| jingersoll@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

April 27, 2007

**BY E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *FCI USA, Inc., et al. v. Molex Incorporated,*
              Civil Action No. 07-049-JJF

Dear Judge Farnan:

      Enclosed please find the Supplemental Declaration of Charles S. Cohen in Support of Molex's Motion to Dismiss, Stay or Transfer filed with the Court today in response to FCI's Supplemental Declaration of M. Richard Page as discussed at the Scheduling Conference on April 20, 2007.

                                            Respectfully submitted,

                                            Josy W. Ingersoll (No. 1088)

JWI:mm
Enclosure

cc:    Clerk of the Court (by hand delivery and e-filing)
        Thomas C. Grimm, Esquire (by e-filing and e-mail)
        Albert J. Breneisen, Esquire (by e-mail)
        John W. Kozak, Esquire (by e-mail)