# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

April 30, 2007

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE  19801

        Re: *FCI USA, Inc. and FCI Americas Technology, Inc. v. Molex Incorporated*, C.A. No. 07-49- JJF

Dear Judge Farnan:

     This letter updates the information in my letter of April 24, 2007 submitting the proposed scheduling order reflecting the Court's rulings, and informing the Court about the previously scheduled three-week trial of lead trial counsel, George E. Badenoch, in October 2008 before Judge Gardner in the Eastern District of Pennsylvania. Mr. Badenoch's trial has now been rescheduled by Judge Gardner to start November 3. 2008.

                               Respectfully,

                               Thomas C. Grimm (#1098)

TCG
cc:    Dr. Peter T. Dalleo, Clerk (by hand)
        Adam W. Poff, Esquire (by e-filing & e-mail)
        John W. Kozak, Esquire (by e-mail)
        Albert J. Breneisen, Esquire (by e-mail)
        John W. Bateman, Esquire (by e-mail)