IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and <br> FCI AMERICAS TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOLEX INCORPORATED, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-49-JJF |

## NOTICE OF SERVICE

I hereby certify that on May 1, 2007, copies of *Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served upon counsel of record in the manner indicated:

**BY E-MAIL**

Josy W. Ingersoll
YOUNG, CONAWAY, STARGATT
 & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

John W. Kozak
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601-6780

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Thomas C. Grimm*

                          _____
                          Thomas C. Grimm (#1098)
                          Leslie A. Polizoti (#4299)
OF COUNSEL:                 1201 N. Market Street
                          P.O. Box 1347
Albert J. Breneisen          Wilmington, DE 19899-1347
George E. Badenoch        (302) 658-9200
KENYON & KENYON LLP    tgrimm@mnat.com
One Broadway               *Attorneys for Plaintiffs*
New York, NY 10004
(212) 425-7200

John W. Bateman
Michael M. Shen
Yariv Waks
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

May 2, 2007
816717

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Adam W. Poff
>YOUNG, CONAWAY, STARGATT
>  & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 2, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

>Josy W. Ingersoll
>Adam W. Poff
>YOUNG, CONAWAY, STARGATT
>  & TAYLOR LLP
>The Brandywine Building,
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391
>
>John W. Kozak
>Dennis R. Schlemmer
>Caryn C. Borg Breen
>LEYDIG, VOIT & MAYER, LTD.
>Two Prudential Plaza, Suite 4900
>180 N. Stetson Avenue
>Chicago, IL  60601-6780

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

816717