IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>MOLEX INCORPORATED,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-049-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 1, 2007, copies of Defendant's Initial Disclosures were caused to be served by Caryn C. Borg-Breen, Esquire of Leydig, Voit & Mayer, Ltd., Two Prudential Plaza, Suite 4900, Chicago, Illinois 60601 upon the following counsel in the manner indicated:

**BY ELECTRONIC MAIL AND FIRST CLASS MAIL**

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

Albert J. Breneisen, Esquire
George E. Badenoch, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*abreneisen@kenyon.com*
*gbadenoch@kenyon.com*

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

Additionally, I hereby certify that on May 3, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL**

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

**BY ELECTRONIC MAIL**

Albert J. Breneisen, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*abreneisen@kenyon.com*

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

DB02:5956291.1                                                                                                     049489.1002

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  /s/ *Josy W. Ingersoll*
                                  Josy W. Ingersoll  (No. 1088)
                                  Karen L. pascale (No. 2903)
                                  Adam W. Poff (No. 3990)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware  19801
                                  (302) 571-6600
                                  jingersoll@ycst.com

                                  *Attorneys for Defendant*

OF COUNSEL:

John W. Kozak
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6731
(312) 616-5700

Dated:  May 3, 2007

3