IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-049-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 8, 2007, copies of 1) Molex Incorporated's First Set of Interrogatories to FCI, and 2) Molex Incorporated's First Set of Document Requests to FCI were caused to be served by upon the following counsel in the manner indicated:

### BY ELECTRONIC MAIL AND HAND DELIVERY

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

### BY ELECTRONIC MAIL

Albert J. Breneisen, Esquire
George E. Badenoch, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*abreneisen@kenyon.com*
*gbadenoch@kenyon.com*

Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC  20005
*mshen@kenyon.com*

Additionally, I hereby certify that on June 11, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

### BY CM/ECF AND ELECTRONIC MAIL

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

### BY ELECTRONIC MAIL

Albert J. Breneisen, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*abreneisen@kenyon.com*

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC  20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP



_____
Josy W. Ingersoll  (No. 1088)
Karen L. Pascale (No. 2903)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendant*

OF COUNSEL:

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6731
(312) 616-5700

Dated:  June 11, 2007