IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MOLEX INCORPORATED,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-49-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on June 11, 2007, copies of *(1) Plaintiffs' First Set of Interrogatories to Defendant Molex Incorporated; and (2) Plaintiffs' First Set of Requests for Production to Defendant Molex Incorporated* were caused to be served upon counsel of record in the manner indicated:

**BY HAND & E-MAIL**

Josy W. Ingersoll
Adam W. Poff
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY E-MAIL**

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6780

OF COUNSEL:

Albert J. Breneisen
George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

John W. Bateman
Michael M. Shen
Yariv Waks
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

June 11, 2007
856553

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Adam W. Poff
> YOUNG, CONAWAY, STARGATT
>   & TAYLOR LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 11, 2007 upon the following individuals in the manner indicated:

**BY HAND & E-MAIL**

> Josy W. Ingersoll
> Adam W. Poff
> YOUNG, CONAWAY, STARGATT
>   & TAYLOR LLP
> The Brandywine Building,
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

**BY E-MAIL**

> John W. Kozak
> Dennis R. Schlemmer
> Caryn C. Borg Breen
> LEYDIG, VOIT & MAYER, LTD.
> Two Prudential Plaza, Suite 4900
> 180 N. Stetson Avenue
> Chicago, IL  60601-6780

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

856553