IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-49-JJF |

**NOTICE OF SERVICE**

I hereby certify that on July 9, 2007, copies of (1) *FCI's Responses to Molex's First Set of Interrogatories;* and (2) *FCI's Responses to Molex's First Set of Document Requests* were caused to be served upon counsel of record in the manner indicated:

**BY E-MAIL & FEDERAL EXPRESS**

Josy W. Ingersoll
YOUNG, CONAWAY, STARGATT
& TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

John W. Kozak
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6780

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|

*/s/ Leslie A. Polizoti (#4299)*
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Albert J. Breneisen
George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

John W. Bateman
Michael M. Shen
Yariv Waks
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

July 11, 2007
856553

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 11, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Josy W. Ingersoll
Adam W. Poff
YOUNG, CONAWAY, STARGATT
 & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601-6780

*/s/ Leslie A. Polizoti (#4299)*
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com

856553