IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-049-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 11, 2007, copies of Defendant's (1) Responses to Plaintiffs' First Set of Requests for Production of Documents and (2) Responses to Plaintiffs' First Set of Interrogatories were caused to be served by Caryn C. Borg-Breen, Esquire of Leydig, Voit & Mayer, Ltd., Two Prudential Plaza, Suite 4900, Chicago, Illinois 60601 upon the following counsel in the manner indicated:

**BY FEDERAL EXPRESS**

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*


Albert J. Breneisen, Esquire
George E. Badenoch, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*abreneisen@kenyon.com*
*gbadenoch@kenyon.com*

DB02:6117369.1

049489.1002

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

Additionally, I hereby certify that on July 12, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL**

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

**BY ELECTRONIC MAIL**

Albert J. Breneisen, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*abreneisen@kenyon.com*

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Josy W. Ingersoll*
Josy W. Ingersoll (No. 1088)
Karen L. pascale (No. 2903)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

*Attorneys for Defendant*

OF COUNSEL:

John W. Kozak
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6731
(312) 616-5700

Dated: July 12, 2007