IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-49-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

WHEREAS, Plaintiffs filed a Motion For Leave To File A Second Amended Complaint ("Motion") on August 31, 2007; and

WHEREAS, Defendant has determined not to oppose the Motion;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, subject to the approval of the Court, that Plaintiffs may file a Second Amended Complaint in the form attached as Exhibit A to Plaintiffs' Motion.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT<br>& TAYLOR LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Adam W. Poff* |
| Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>Adam W. Poff (#3990)<br>The Brandywine Building,<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>*Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge

1230845