IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>      Plaintiffs,<br><br>   v.<br><br>MOLEX INCORPORATED,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-49-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on September 14, 2007, copies of (1) *FCI's Identification of Claim Terms for Construction;* and (2) *FCI's Supplemental Responses to Molex's First Set of Interrogatories* were caused to be served upon counsel of record in the manner indicated:

**BY E-MAIL & FEDERAL EXPRESS**

Josy W. Ingersoll
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

John W. Kozak
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601-6780

2

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Thomas C. Grimm (#1098)*
                      Thomas C. Grimm (#1098)
                      James W. Parrett, Jr. (#4292)
                      1201 N. Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899-1347
OF COUNSEL:          (302) 658-9200
                      tgrimm@mnat.com
Albert J. Breneisen     *Attorneys for Plaintiffs*
George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

John W. Bateman
Michael M. Shen
Yariv Waks
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

September 18, 2007
1236469

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 18, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

Josy W. Ingersoll
Adam W. Poff
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601-6780

*/s/ Thomas C. Grimm (#1098)*
Thomas C. Grimm (#1098)
tgrimm@mnat.com

1236469