IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-049-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 17, 2007, copies of Molex's Identification Of Claim Terms/Phrases For Construction were caused to be served by Caryn C. Borg-Breen, Esquire of Leydig, Voit & Mayer, Ltd., Two Prudential Plaza, Suite 4900, Chicago, Illinois 60601 upon the following counsel in the manner indicated:

### BY ELECTRONIC MAIL

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

Albert J. Breneisen, Esquire
George E. Badenoch, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*abreneisen@kenyon.com*
*gbadenoch@kenyon.com*

Dan C. Bowen, Esquire
Lionel Sawyer & Collins
1100 Bank of America Plaza
50 W. Liberty Street
Reno, NV 89501
*dbowen@lionelsawyer.com*

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

Additionally, I hereby certify that on September 19, 2007, copies of Molex's Identification of Claim Terms/Phrases Of U.S. Patent 7,229,318 For Construction were caused to be served by Caryn C. Borg-Breen, Esquire of Leydig, Voit & Mayer, Ltd., Two Prudential Plaza, Suite 4900, Chicago, Illinois 60601 upon the above-listed counsel in the manner indicated.

Furthermore, I hereby certify that on September 20, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated below:

**BY CM/ECF AND ELECTRONIC MAIL**

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
tgrimm@mnat.com

**BY ELECTRONIC MAIL**

Albert J. Breneisen, Esquire
George E. Badenoch, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
abreneisen@kenyon.com
gbadenoch@kenyon.com

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
jbateman@kenyon.com
mshen@kenyon.com
ywaks@kenyon.com

Dan C. Bowen, Esquire
Lionel Sawyer & Collins
1100 Bank of America Plaza
50 W. Liberty Street
Reno, NV 89501
dbowen@lionelsawyer.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendant*

OF COUNSEL:

John W. Kozak
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6731
(312) 616-5700

Dated: September 20, 2007