IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 07-49-JJF |
| v. | ) | |
| | ) | |
| MOLEX INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

# APPENDIX OF EXHIBITS
## IN SUPPORT OF PLAINTIFFS' OPENING MARKMAN BRIEF

### PART 2 OF 2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

OF COUNSEL:

George E. Badenoch
Sheila Mortazavi
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

October 22, 2007

In support of their Opening Claim Construction Brief, Plaintiffs FCI USA, Inc. and FCI

Americas Technology, Inc. (collectively "FCI") submit the following documents:

| | |
|---|---|
| Exhibit A: | U.S. Patent No. 6,981,883 |
| Exhibit B: | U.S. Patent No. 7,182,643 |
| Exhibit C: | U.S. Patent No. 7,114,964 |
| Exhibit D: | U.S. Patent No. 7,229,318 |
| Exhibit E: | *FCI's Identification of Claim Terms for Construction* dated September 14, 2007 |
| Exhibit F: | *Molex's Identification of Claim Terms/Phrases for Construction* dated September 17, 2007 |
| Exhibit G: | *Molex's Identification of Claim Terms/Phrases of U.S. Patent 7,229,318 for Construction* dated September 19, 2007 |
| Exhibit H: | *Plaintiffs' Proposed Claim Constructions* dated October 1, 2007 |
| Exhibit I: | *Molex's Proposed Construction of Claim Terms/Phrases* dated October 1, 2007 |
| Exhibit J: | U.S. Patent No. 6,976,886 |
| Exhibit K: | *Manual of Patent Examining Procedure* § 201.07 and § 201.08 (August 2006) |
| Exhibit L: | U.S. Patent No. 6,994,569 |
| Exhibit M: | U.S. Patent No. 6,692,272 |
| Exhibit N | U.S. Patent No. 6,652,318 |
| Exhibit O: | Patent family chart for the patents-in-suit |
| Exhibit P: | An Office Action dated June 20, 2005, excerpted from the Patent & Trademark Office's file history of U.S. Patent No. 6,981,883 |
| Exhibit Q: | U.S. Patent No. 6,776,649 |
| Exhibit R: | An Applicant-Initiated Interview Summary dated July 22, 2005, excerpted from the Patent & Trademark Office's file history of U.S. Patent No. 6,981,883 |
| Exhibit S: | A Reply Pursuant to 37 CFR § 1.111 dated July 22, 2005, excerpted from the Patent & Trademark Office's file history of U.S. Patent No. 6,981,883 |
| Exhibit T: | U.S. Patent No. 5,939,952 |
| Exhibit U: | Pages from *The American Heritage College Dictionary* (3rd ed. 1997) |
| Exhibit V: | Molex's I-Trac product brochure, obtained from http://www.molex.com/cmc_upload/0/000/-17/461/I-Trac_product_brochure.pdf |

Exhibit W:    An Office Action dated October 27, 2005, excerpted from the Patent & Trademark Office's file history of U.S. Patent No. 7,114,964

Exhibit X:    *Defendant's Responses to Plaintiffs' First Set of Interrogatories* dated July 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 22, 2007 upon the following individuals in the manner indicated:

### BY HAND & E-MAIL

Josy W. Ingersoll
Adam W. Poff
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

### BY E-MAIL

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601-6780

*/s/ Thomas C. Grimm (#1098)*
Thomas C. Grimm (#1098)
tgrimm@mnat.com

# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FCI USA, INC. and )
FCI AMERICAS TECHNOLOGY, INC., )
 )
            Plaintiffs, )
 )
       v. )          Civil Action No. 07-cv-00049-JJF
 )
MOLEX INCORPORATED, )
 )
            Defendant. )
 )

## PLAINTIFFS' PROPOSED CLAIM CONSTRUCTIONS

Pursuant to the Court's Rule 16 Scheduling Order entered on May 1, 2007, Plaintiffs FCI

USA, Inc. and FCI Americas Technology, Inc. (collectively, "FCI") hereby provide the

following proposed constructions of each claim term, phrase or clause of U.S. Patent Nos.

6,981,883 B2; 7,114,964; 7,182,643; and 7,229,318 that the parties have identified for claim

construction purposes.

Discovery in this case remains ongoing and FCI reserves the right to amend and/or

supplement its list of claim terms and phrases to be construed and/or the proposed constructions

based upon further discovery or as circumstances may otherwise warrant.

U.S. Patent No. 6,981,883 B2

| ASSERTED CLAIMS OF THE '883 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 1. An electrical connector comprising: | | |
| a first leadframe housing having a portion of a first electrical contact extending therethrough; and | | *leadframe housing having a portion of a ... electrical contact extending therethrough:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to an insulative housing or frame through which a portion of an electrical contact extends |
| a second leadframe housing having a portion of a second electrical contact extending therethrough, | | |
| wherein the second leadframe housing is disposed adjacent to the first leadframe housing such that an air gap is formed between the respective portions of the electrical contacts that extend through the leadframe housings, | *air gap . . . between the respective portions of the electrical contacts that extend through the leadframe housings:* air between paired electrical contacts anywhere within the housings along the length of those contacts to control impedance | *air gap . . . between the respective portions of the electrical contacts that extend through the leadframe housings:* see the definition provided in the previous column. |
| wherein the gap has a gap width that provides for a desired impedance profile between the electrical contacts, and | | *a gap width that provides ... a uniform impedance profile along the respective portions of the contacts that extend through the leadframe housings:* the air gap has a particular distance that provides an impedance profile within an acceptable range |
| wherein the impedance profile is a uniform impedance profile along the respective portions of the contacts that extend through the leadframe | *uniform impedance profile along the respective portions of the contacts that extend through the leadframe housings:* the impedance profile is within an acceptable range | |

| ASSERTED CLAIMS OF THE '883 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| housings. | | |
| 2. The electrical connector of claim 1, wherein the electrical contacts form a differential signal pair. | | *differential signal pair*: FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to a pair of signal contacts that are arranged such that one can carry the first of a pair of differential signals and the other can carry the second of a pair of differential signals |
| 3. The electrical connector of claim 1, wherein the electrical contacts are broadside-coupled. | | *broadside-coupled*: FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to electrical contacts that are arranged or positioned such that the longer sides of the longitudinal cross sections of paired contacts face each other |
| 4. The electrical connector of claim 1, wherein the first leadframe housing is made of an electrically insulating material. | | |
| 5. The electrical connector of claim 1, wherein the first leadframe housing is made of a plastic. | | |
| 7. The electrical connector of claim 1, wherein the first and second leadframe housings are coupled with an interference | | |

| ASSERTED CLAIMS OF THE '883 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| fit. | | |
| 8. The electrical connector of claim 1, wherein the first leadframe housing has a first recess, and the first electrical contact sits in the first recess, the second leadframe housing has a second recess, and the second electrical contact sits in the second recess. | *recess*: an indentation or small hollow | |
| 9. The electrical connector of claim 8, wherein the first recess has a first depth, the first electrical contact has a first thickness, the second recess has a second depth, and the second electrical contact has a second thickness, and wherein the first and second depths and first and second thicknesses together define the gap width. | *recess*: an indentation or small hollow | |
| 10. The electrical connector of claim 1, wherein the first leadframe housing has a recess, and the first electrical contact sits in the recess. | *recess*: an indentation or small hollow | |
| 14. The electrical connector of claim 10, wherein the second leadframe housing has a recess, and the second electrical contact sits in the recess of the second leadframe housing. | *recess*: an indentation or small hollow | |

4

| ASSERTED CLAIMS OF THE '883 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 17. An electrical connector comprising: | | *leadframe housing:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to an insulative housing or frame for the contacts |
| a first lead frame assembly comprising a first leadframe housing, a first signal contact, and a second signal contact adjacent to the first signal contact; and | | |
| | | *signal contact:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can carry a signal |
| a second lead frame assembly comprising a second leadframe housing, a third signal contact, and a fourth signal contact adjacent to the third signal contact, the first and third signal contacts forming a first differential signal pair and the second and fourth signal contacts forming a second differential signal pair, | | *differential signal pair:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to a pair of signal contacts that are arranged such that one can carry the first of a pair of differential signals and the other can carry the second of a pair of differential signals |
| wherein a first air gap is formed between respective portions of the first and third signal contacts that extend through the respective leadframe housings, and a second air gap is formed between respective portions of the second and fourth signal contacts that extend through the respective leadframe housings | *air gap ... between respective portions of the second and fourth signal contacts that extend through the respective leadframe housings:* air between the second and fourth paired signal contacts anywhere within the housings along the length of those contacts to control impedance | *air gap ... between respective portions of the first and third signal contacts that extend through the respective leadframe housings:* air between the first and third paired signal contacts anywhere within the housings along the length of those contacts to control impedance |

5

| ASSERTED CLAIMS OF THE '883 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| wherein the first air gap has a gap width that provides for a uniform impedance profile along the respective portions of the first and third contacts that extend through the respective leadframe housings. | *uniform impedance profile along the respective portions of the first and third contacts that extend through the respective leadframe housings:* the impedance profile is within an acceptable range | *gap width that provides … a uniform impedance profile along the respective portions of the … contacts that extend through the respective leadframe housings:* the air gap has a particular distance that provides an impedance profile within an acceptable range |
| 18. The electrical connector of claim 17, wherein the air gaps have respective gap widths that limit cross-talk between the differential signal pairs. | | |
| 20. The electrical connector of claim 17, wherein the differential signal pairs are broadside-coupled. | | *broadside-coupled:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to electrical contacts that are arranged or positioned such that the longer sides of the longitudinal cross sections of paired contacts face each other |
| 21. The electrical connector of claim 17, wherein the connector is devoid of shields between adjacent differential signal pairs. | | |

| ASSERTED CLAIMS OF THE '883 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 28. An electrical connector comprising:<br><br>a first leadframe housing having a portion of a first electrical contact extending therethrough; and<br><br>a second leadframe housing having a portion of a second electrical contact extending therethrough, | | *leadframe housing … a portion of a … electrical contact extending therethrough:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to an insulative housing or frame through which a portion of an electrical contact extends |
| wherein an air gap is formed between the respective portions of the electrical contacts that extend through the leadframe housings, the gap having a gap width that provides for a desired impedance profile between the electrical contacts, | *air gap … between the respective portions of the electrical contacts that extend through the leadframe housings:* air between paired electrical contacts anywhere within the housings along the length of those contacts to control impedance | *air gap … between the respective portions of the electrical contacts that extend through the leadframe housings:* see the definition provided in the previous column. |
| wherein the impedance profile is a uniform impedance profile along the respective portions of the contacts that extend through the leadframe housings. | *uniform impedance profile along the respective portions of the contacts that extend through the leadframe housings:* the impedance profile is within an acceptable range | *a gap width that provides … a uniform impedance profile along the respective portions of the contacts that extend through the leadframe housings:* the air gap has a particular distance that provides an impedance profile within an acceptable range |
| 29. The electrical connector of claim 28, wherein the first leadframe housing has a first recess, and the first electrical contact sits in the first recess. | *recess:* an indentation or small hollow | |

| ASSERTED CLAIMS OF THE '883 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 30. The electrical connector of claim 29, wherein the second leadframe housing has a second recess, and the second electrical contact sits in the second recess. | *recess*: an indentation or small hollow | |
| 31. The electrical connector of claim 30, wherein the first and second recesses have a first and second depths, respectively, and the first and second electrical contacts have a first and second thicknesses, respectively, and the first and second depths and the first and second thicknesses together define the gap width. | *recess*: an indentation or small hollow | |

8

**U.S. Patent No. 7,114,964**

| CLAIMS OF THE '964 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 22. An electrical connector, comprising:<br><br>a first electrical connector half and a second electrical connector half that mates with the first electrical connector half, the first electrical connector half and the second electrical connector half each comprising: a first column of electrical contacts comprising a first differential signal pair of electrical contacts, a first ground contact adjacent to the first differential signal pair, a second differential signal pair of electrical contacts adjacent to the first ground contact, a second ground contact adjacent to the second differential signal pair, and a third differential signal pair of electrical contacts adjacent to the second ground contact; | **column:** vertical direction in which differential signal pairs are stacked | **differential signal pair:** FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to a pair of signal contacts that are arranged such that one can carry the first of a pair of differential signals and the other can carry the second of a pair of differential signals<br><br>**ground contact:**  FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to portion(s) of the leadframe assembly that can be connected to ground<br><br>**column:**  see definition provided in the previous column.<br><br>*first column of electrical contacts comprising a first differential signal pair ... a second differential signal pair ... and a third differential signal pair ... :* the first column comprises three differential signal pairs |
| a second column of electrical contacts comprising a fourth differential signal pair of electrical contacts, a third ground contact adjacent to the fourth differential signal pair, a fifth differential signal pair of electrical | | |

9

| CLAIMS OF THE '964 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| contacts adjacent to the third ground contact, a fourth ground contact adjacent to the fifth differential signal pair, and a sixth differential signal pair of electrical contacts adjacent to the fourth ground contact; and | | *second column of electrical contacts comprising a fourth differential signal pair ... a fifth differential signal pair ... and a sixth differential signal pair ... :* the second column comprises three differential signal pairs |
| a third column of electrical contacts comprising a seventh differential signal pair of electrical contacts, a fifth ground contact adjacent to the seventh differential signal pair, an eighth differential signal pair of electrical contacts adjacent to the fifth ground contact, a sixth ground contact adjacent to the eighth differential signal pair, and a ninth differential signal pair of electrical contacts adjacent to the sixth ground contact, | | *third column of electrical contacts comprising a seventh differential signal pair ... an eighth differential signal pair ... and a ninth differential signal pair ... :* the third column comprises three differential signal pairs |
| wherein (i) the second column of electrical contacts is adjacent to the first column of electrical contacts and the third column of electrical contacts; <br><br> (ii) the connector is devoid of electrical shields between the first, | | *column spacing distance:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the centerline distance between adjacent columns |

10

| CLAIMS OF THE '964 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| second, and third columns;<br><br>(iii) the electrical contacts in the first column are spaced apart from the electrical contacts in the second column by a column-spacing distance, and the contacts in the second column are spaced apart from the contacts in the third column by the column-spacing distance;<br><br>(iv) the electrical contacts that comprise the first differential signal pair are spaced apart by a gap distance that is less than the column-spacing distance; and<br><br>(v) differential signals with rise times of 40 picoseconds in the six differential signal pairs in the first, second, and third columns that are closest to the fifth differential signal pair produce no more than 6% worst-case, multi-active cross talk on the fifth differential signal pair. | | ***gap distance:*** FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the distance between the facing surfaces of the electrical contacts that form a differential signal pair<br><br>***rise times:*** FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the time required for a signal to change from a specified low value to a specified high value<br><br>***worst case, multi-active crosstalk:*** FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to interference caused by electrical fields, as measured by the sum of the absolute values of such interference (or cross talk) from each of multiple differential signal pairs closest to the victim pair |

11

| CLAIMS OF THE '964 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 23. The electrical connector as claimed in claim 22, wherein electrical signal contacts in the first differential signal pair are tightly electrically coupled to each other. | | *tightly electrically coupled:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to a high field being produced by a differential signal in the gap between the contacts that form the differential signal pair and a low field near adjacent differential signal pairs |
| 35. The electrical connector as claimed in claim 22, wherein the differential signal pairs are broadside coupled. | | *broadside coupled:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to electrical contacts that are arranged or positioned such that the longer sides of the longitudinal cross sections of paired contacts face each other |

12

## U.S. Patent No. 7,182,643

| CLAIMS OF THE '643 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 1. An electrical connector, comprising:<br><br>a first column of electrical contacts comprising a first differential signal pair, the first differential signal pair comprising two broad-side coupled electrical signal contacts positioned along a first row centerline and on opposite sides of a first column centerline, the first column centerline positioned perpendicular to the first row centerline;<br><br>a second differential signal pair comprising two broadside coupled electrical signal contacts positioned on opposite sides of a second column centerline, the second column centerline positioned parallel to the first column centerline and perpendicular to the first row centerline;<br><br>a third column differential signal pair comprising two broadside-coupled electrical signal contacts that are positioned on opposite sides of a third column centerline and | *column:* vertical direction in which differential signal pairs are stacked<br><br>*column centerline:* vertical line through the center of a column<br><br>*row centerline:* horizontal line through the center of a row | *signal contacts:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can carry a signal<br><br>*differential signal pair:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to a pair of signal contacts that are arranged such that one can carry the first of a pair of differential signals and the other can carry the second of a pair of differential signals<br><br>*column:* see the definition provided in the previous column<br><br>*column centerline:* see the definition provided in the previous column<br><br>*row:* FCI submits that "row" is not a claim term and does not require construction by the Court. To the extent a construction is deemed necessary, this term refers to a direction that is |

13

| CLAIMS OF THE '643 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| perpendicular to the first row centerline; | | perpendicular to a column |
| wherein (i) the first column centerline is adjacent to the second column centerline and the second column centerline is adjacent to the third column centerline, | | *row centerline:* see definition provided in previous column |
| (ii) the first, second, and third differential signal pairs are evenly spaced apart by a fixed column-spacing distance measured from the first column centerline to the second column centerline; | | *broadside-coupled:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to electrical contacts that are arranged or positioned such that the longer sides of the longitudinal cross sections of paired contacts face each other |
| (iii) a fixed gap distance is defined between the respective two broadside coupled electrical contacts that form each of the first, second and third differential pairs; | | *column-spacing distance:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the centerline distance between adjacent columns |
| (iv) an aspect ratio of the fixed column-spacing distance to the fixed gap distance is approximately eight to ten; | | *gap distance:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the distance between the facing surfaces of the electrical contacts that form a differential signal pair |
| (v) a differential impedance of the differential signal pairs is matched to a system impedance, plus or minus | | |

14

| CLAIMS OF THE '643 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| ten ohms, at data transfer rates of 1 Gigabit/sec and 10 Gigabits/sec; and <br><br> (vi) the electrical connector is devoid of shields between the first differential signal pair and the second differential signal pair. | | *aspect ratio:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the ratio of the column-spacing distance to the gap distance |
| 6. The electrical connector of claim 1 wherein the electrical connector is devoid of shields between the second differential signal pair and the third differential signal pair. | | |
| 7. The electrical connector of claim 6, further comprising three broadside coupled differential signal pairs positioned along the first column centerline, three broadside coupled differential signal pairs positioned along the second column centerline, and three broadside coupled differential signal pairs positioned along the third column centerline, wherein one of the three differential signal pairs positioned along the second column centerline is a victim pair, and differential signals with rise times of forty picoseconds in six differential positioned along the first, second, and third column centerlines that are closest to the victim pair produce no more than six | *column centerline:* vertical line through the center of a column | *rise times:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the time required for a signal to change from a specified low value to a specified high value <br><br> *worst case, multi-active cross talk:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to interference caused by electrical fields, as measured by the sum of the absolute values of such interference (or cross talk) from each of multiple |

15

| CLAIMS OF THE '643 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
| --- | --- | --- |
| percent worst-case, multi-active cross talk on the victim pair. | | differential signal pairs closest to the victim pair |

16

U.S. Patent No. 7,229,318

| ASSERTED CLAIMS OF THE '318 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 1. An electrical connector comprising:<br><br>a first column of electrical contacts arranged in a first pattern of signal contacts and ground contacts; and<br><br>a second column of electrical contacts arranged in a second pattern of signal contacts and ground contacts,<br><br>wherein (i) the first pattern is different from the second pattern,<br><br>(ii) each of the signal contacts is one of a respective broadside-coupled differential signal pair,<br><br>(iii) the first column extends along a first direction,<br><br>(iv) the signal contacts in the first column are elongated along the first direction,<br><br>(v) the ground contacts in the first column are elongated along the first direction, thereby defining a respective broadside for each said ground contact, and | | *column of electrical contacts*: vertical direction in which differential signal pairs are stacked<br><br>*signal contacts*: FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can carry a signal<br><br>*ground contacts*: FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can be connected to ground<br><br>*differential signal pair*: FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to a pair of signal contacts that are arranged such that one can carry the first of a pair of differential signals and the other can carry the second of a pair of differential signals |

17

| ASSERTED CLAIMS OF THE '318 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| (vi) each of the ground contacts is positioned broadside-to-broadside with another ground contact that is elongated along the first direction. | | *broadside coupled:* FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to electrical contacts that are arranged or positioned such that the longer sides of the longitudinal cross sections of paired contacts face each other |
| 2. The electrical connector of claim 1, wherein a first of the differential signal pairs comprises first and second signal contacts, each of said first and second signal contacts has a cross-section defining a respective edge and a respective broadside, and the first and second signal contacts are positioned broadside-to-broadside. | | |
| 3. The electrical connector of claim 2, wherein the connector is devoid of shields between the first and second columns. | | |
| 4. The electrical connector of claim 2, wherein the edge of the first signal contact defines a length, and the broadside of the first signal contact defines a second length that is at least twice the length defined by the edge thereof. | | |

18

| ASSERTED CLAIMS OF THE '318 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 13. The electrical connector of claim 1, wherein the connector is a right-angle connector. | | |
| 19. The electrical connector of claim 2, wherein the first and second signal contacts define a gap between the broadsides thereof. | | |
| 21. The electrical connector of claim 19, further comprising a dielectric material disposed between the broadsides of the first and second signal contacts. | | |
| 22. The electrical connector of claim 21, wherein the dielectric material is air. | | |
| 26. The electrical connector of claim 1, further comprising a housing though which the contacts extend. | | |
| 27. The electrical connector of claim 26, wherein the housing is filled at least in part with a dielectric material that electrically insulates the contacts. | | |
| 28. The electrical connector of claim 24, wherein the dielectric material is air. | | |

19

| ASSERTED CLAIMS OF THE '318 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 29.  An electrical connector, comprising:<br><br>a first row of electrical contacts arranged in a first pattern of signal contacts; and<br><br>a second row of electrical contacts arranged in a second pattern of signal contacts and ground contacts,<br><br>wherein (i) the first pattern is different from the second pattern,<br><br>(ii) the signal contacts define broadside coupled differential signal pairs,<br><br>(iii) the first row extends along a first direction, and<br><br>(iv) the contacts are elongated along a direction that is perpendicular to the first direction. | | *row of electrical contacts*:  FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to an arrangement of contacts in a direction that is perpendicular to a column<br><br>*signal contacts*: FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can carry a signal<br><br>*ground contacts*: FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can be connected to ground<br><br>*differential signal pair*:  FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to a pair of signal contacts that are arranged such that one can carry the first of a pair of differential signals and the other can carry |

20

| ASSERTED CLAIMS OF THE '318 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| | | the second of a pair of differential signals

***broadside coupled:*** FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to electrical contacts that are arranged or positioned such that the longer sides of the longitudinal cross sections of paired contacts face each other |
| 30. The electrical connector of claim 29, wherein the connector is devoid of shields between the first and second rows. | | |
| 31. The electrical connector of claim 29, wherein the connector is a right-angle connector. | | |
| 32. The electrical connector of claim 29, wherein a first of the differential signal pairs comprises first and second signal contacts, each of said first and second signal contacts has a cross-section defining a respective edge and a respective broadside, and the first and second signal contacts are positioned broadside-to-broadside. | | |

21

| ASSERTED CLAIMS OF THE '318 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 40. An electrical connector, comprising:<br><br>a first array of electrical contacts arranged in a first pattern of broadside-coupled differential signal pairs and ground contacts; and | | *array of electrical contacts*:  FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to an organized, two-dimensional arrangement of contacts |
| a second array of electrical contacts arranged in a second pattern of broadside-coupled differential signal pairs and ground contacts, | | *signal contacts*: FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can carry a signal |
| wherein (i) the first pattern is different from the second pattern, | | |
| (ii) the first array extends along a first direction, | | *ground contacts*: FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to the portion(s) of the leadframe assembly that can be connected to ground |
| (iii) the connector is devoid of shields between the first array and the second array, and | | |
| (iv) the signal contacts in the first array are elongated along the first direction. | | *differential signal pair*:  FCI submits that this phrase does not require construction by the Court.  To the extent a construction is deemed necessary, this phrase refers to a pair of signal contacts that are arranged such that one can carry the first of a pair of differential signals and the other can carry the second of a pair of differential signals |

22

| ASSERTED CLAIMS OF THE '318 PATENT | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY FCI | FCI'S PROPOSED CLAIM CONSTRUCTIONS FOR TERMS IDENTIFIED BY MOLEX |
|---|---|---|
| 43. The electrical connector of claim 40, wherein the connector is a right-angle connector. | | ***broadside coupled:*** FCI submits that this phrase does not require construction by the Court. To the extent a construction is deemed necessary, this phrase refers to electrical contacts that are arranged or positioned such that the longer sides of the longitudinal cross sections of paired contacts face each other |
| 44. The electrical connector of claim 40, wherein a first of the differential signal pairs comprises first and second signal contacts, each of said first and second signal contacts has a cross-section defining a respective edge and a respective broadside, and the first and second signal contacts are positioned broadside-to-broadside. | | |
| 45. The electrical connector of claim 44, wherein the edge of the first signal contact defines a length, and the broadside of the first signal contact defines a second length that is at least twice the length defined by the edge thereof. | | |

23

Dated:  October 1, 2007

*Michael M. Shen* / NON
John W. Bateman
Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

Albert J. Breneisen
George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of PLAINTIFFS' PROPOSED CLAIM CONSTRUCTIONS was served by Federal Express and e-mail on:

Josy W. Ingersoll (jingersoll@ycst.com)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street - 17th Floor
Wilmington, DE 19899-0391

John Kozak (jkozak@leydig.com)
Caryn Borg-Breen (cborg-breen@leydig.com)
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza - Suite 4900
180 North Stetson Avenue
Chicago, IL 60601-6780

Date: October 1, 2007

Nicholas Nowak

EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FCI USA Inc. and
FCI AMERICAS TECHNOLOGY INC.,

               Plaintiffs,

v.  ·

MOLEX INCORPORATED,

               Defendant.

Civil Action No. 1:07-cv-00049 (JJF)

## MOLEX'S PROPOSED CONSTRUCTION OF CLAIM TERMS/PHRASES

Pursuant to the Rule 16 Scheduling Order entered on May 1, 2007 (D.I. 25), Defendant

Molex Incorporated ("Molex") provides its proposed construction of the claim terms and phrases

identified on September 16, 2007 and September 19, 2007.

The discovery in this case remains ongoing and Molex reserves the right to amend and/or

supplement its list of claim terms and phrases to be construed and/or the proposed constructions

based upon further discovery or as circumstances may otherwise warrant.


1.     U.S. PATENT NO. 6,981,883

    a.     Claim 1

        1)     "**leadframe housing**" means "an insulative housing through which a contact extends and is supported".

        2)     "**a portion of a … electrical contact extending therethrough**" means "the portion of the electrical contact within the leadframe housing".

        3)     "**air gap** is formed **between the respective portions of the electrical contacts that extend through the leadframe housings**" means "an uninterrupted air gap along the entire length of the electrical contacts within the leadframes housings".

1

4)  "a **gap width** that provides ... a **uniform impedance profile** along the respective portions of the contacts that extend through the leadframe housings" means "a distance between the portions of contacts within the leadframe housing that provides an impedance of a fixed single value along the entire length of the contacts within the leadframe housings, such as achieved by precisely maintaining a uniform gap between the contact portions".

b.  Claim 2

1)  "**differential signal pair**" means "a pair of adjacent contacts connected to a differential signal source with field coupling therebetween communicating time varying and opposing electrical potential along their respective paths".

c.  Claim 3

1)  "electrical contacts are **broadside-coupled**" means "a differential signal pair of contacts with the elongated side of one contact adjacent the elongated side of the other contact of the pair".

d.  Claims 8-10 and 14

1)  "**recess**" means "an indentation in the lead frame housing which receives and precisely establishes both the position of the contact in the lead frame housing and the gap width between the contacts of adjacent lead frame housings".

e.  Claim 17

1)  "**leadframe housing**" means the same as in claim 1.

2)  "**signal contact**" means "an electrical contact connected to an electrical signal source, such as a positive or negative electrical signal source".

3)  "**differential signal pair**" means the same as in claim 2.

4)  "**air gap ... between respective portions** of the ... signal contacts **that extend through the respective leadframe housings**" means the same as in claim 1.

5)  "**gap width that provides for a uniform impedance profile** along the respective portions of the ...contacts that extend through the respective leadframe housings" means the same as in claim 1.

f.  Claim 20

1)  "**broadside-coupled**" means the same as in claim 3.

2

g.  Claim 28

1)  "**lead frame housing** means the same as in claim 1.

2)  "**a portion of** a …**electrical contact extending therethrough**" means the same as in claim 1.

3)  "**air gap** … between the respective portions of the electrical contacts that extend through the leadframe housings" means the same as in claim 1.

4)  "**a gap width that provides** …**a uniform impedance profile** along the respective portions of the contacts that extend through the leadframe housings" means the same as in claim 1.

h.  Claims 29-31

1)  "**recess**" means the same as in claims 8-10 and 14.

2.  U.S. PATENT NO. 7,114,964

a.  Claim 22

1)  "a first **column of electrical contacts** comprising **a first differential signal pair** of electrical contacts, a first ground contact adjacent to the first differential signal pair, **a second differential signal pair** of electrical contacts adjacent to the first ground contact, a second ground contact adjacent to the second differential signal pair, **and a third differential signal pair** of electrical contacts adjacent to the second ground contact;"

(i)  "**differential signal pair**" means "a pair of adjacent contacts connected to a differential signal source with field coupling therebetween communicating time varying and opposing electrical potential along their respective paths".

(ii)  "**ground contact**" means "an electrical contact connected to a neutral or ground source".

(iii)  "**column**" means "the direction along which contacts in a single line arrangement of differential signal pairs are edge coupled".

(iv)  "**column of electrical contacts**" means "a single line arrangement of electrical contacts that includes edge coupled differential signal pairs of contacts aligned in the direction along which the contacts of the differential pairs are edge coupled".

3

(v)    **"first column of electrical contacts comprising a first differential signal pair…a second differential signal pair… and a third differential signal pair"** means "a single line arrangement of electrical contacts that includes first, second and third edge coupled differential pairs of electrical contacts aligned in the direction along which the contacts are edge coupled".

2)    **"second column of electrical contacts comprising a fourth differential signal pair … a fifth differential signal pair … and a sixth differential signal pair …"** means "a single line arrangement of electrical contacts that includes fourth, fifth, and sixth edge coupled differential signal pairs of contacts aligned in the direction along which the contacts are edge coupled".

3)    **"third column of electrical contacts comprising a seventh differential signal pair … an eighth differential signal pair … and a ninth differential signal pair …"** means "a single line arrangement of electrical contacts that includes seventh, eighth, and ninth edge coupled differential signal pairs of electrical contacts aligned in the direction along which the contacts are edge coupled".

4)    **"column spacing distance"** means "the pitch or distance between contacts in adjacent single line arrangements of edge coupled electrical contacts as measured from an elongated edge of a contact in a first single line arrangement of contacts to the corresponding elongated edge of a contact in the immediately adjacent single line arrangement of contacts".

5)    **"gap distance"** means "the distance between the opposed faces of the contacts of a differential pair".

6)    **"rise time"** means "the duration of time required for a voltage step to transition from one level to a second level within the voltage step".

7)    **"worst case, multi-active crosstalk"** means "the combined cross-talk on a given differential signal pair from the six nearest neighboring differential signal pairs determined by summing the absolute values of the peak cross-talk from each of the six neighboring differential signal pairs, assuming that each pair is at its highest level of cross-talk at the same time".

b.  Claim 23

1)  "**tightly electrically coupled**" means "close edge coupling of a differential signal pair of contacts sufficient to minimize interference from an electrical field of adjacent differential signal pairs of contacts".

c.  Claim 35

1)  "**broadside coupled**" as used in claim 35, is indefinite since the claim depends on claim 1, which when properly construed, calls for columns of edge coupled differential signal pairs which could not also be broadside coupled, as called for in claim 35.

3.  U.S. PATENT NO. 7,182,643

The claims of the '643 patent are indefinite and not supported by the written description and disclosure of the patent. To the extent the words of the claims can be reconciled with the intrinsic record of the specification and file history, the following constructions would apply.

a.  Claim 1

1)  "**row of electrical contacts**" means "a single line arrangement of differential signal pairs of contacts arranged in a direction perpendicular to the elongated direction of the contacts".

2)  "**row centerline**" means "the centerline of a row of electrical contacts"

3)  "**differential signal pair**" means the same as in claim 2 of the '883 patent".

4)  "**broadside coupled** electrical signal contacts" means the same as in claim 3 of the '883 patent.

5)  **column centerline**

(i)  "**column**" means the same of as in claim 22 of the '964 patent.

(ii)  "**column centerline**" means "the centerline of a column of edge coupled differential signal pairs along the direction in which contacts are edge coupled".

6)  "**column-spacing distance**" means "the pitch or distance between the column centerlines of adjacent columns of edge coupled differential signal pairs of electrical contacts corresponding to the pitch or distance as measured from an elongated edge of a contact in a first single line arrangement of edge coupled contacts to the corresponding elongated edge

5

of a contact in an immediately adjacent single line arrangement of edge coupled contacts".

    7)    **"gap distance"** means the same as in claim 22 of the '964 patent

    8)    **"aspect ratio"** means "the ratio of the pitch between columns of edge coupled differential signal pairs of contacts to the gap between the contacts of the differential signal pair in a given column".

b.    <u>Claim 7</u>

    1)    **"rise time"** means the same as in claim 22 of the '964 patent.

    2)    **"worst-case, multi-active cross talk"** means the same as in claim 22 of the '964 patent.

4.    <u>U.S. Patent No. 7,229,318</u>

    The claims of the '318 patent are indefinite and not supported by the written description and disclosure of the patent. To the extent the words of the claims can be reconciled with the intrinsic record of the specification and file history, the following constructions would apply.

a.    <u>Claim 1</u>

    1)    **"column of electrical contacts"** means the same as in claim 22 of the '964 patent.

    2)    **"signal contacts"** means the same as in claim 17 of the '883 patent.

    3)    **"ground contacts"** means the same as in claim 22 of the '964 patent.

    4)    **"differential signal pair"** means the same as in claim 2 of the '883 patent.

    5)    **"broadside-coupled"** means the same as in claim 3 of the '883 patent.

b.    <u>Claim 29</u>

    1)    **"row of electrical contacts"** means the same as in claim 1 of the '643 patent.

    2)    **"signal contacts"** means the same as in claim 1 of the '883 patent.

    3)    **"ground contacts"** means the same as in claim 22 of the '964 patent.

    4)    **"differential signal pairs"** means the same as in claim 2 of the '883 patent.

6

    5)    **"broadside-coupled"** means the same as in claim 3 of the '883 patent.

c.    <u>Claim 40</u>

    1)    **"array of electrical contacts"** as used in claim 40 means "a row of broadside coupled differential signal pairs of contacts".

    2)    **"signal contacts"** means the same as in claim 17 of the '883 patent.

    3)    **"differential signal pairs"** means the same as in claim 2 of the '883 patent.

    4)    **"broadside-coupled"** means the same as in claim 3 of the '883 patent.

    5)    **"ground contacts"** means the same as in claim 22 of the '964 patent.

Dated:  October 1, 2007

*[signature]*

John W. Kozak
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601
(312) 616-5600

Thomas R.C. Wilson, NV Bar No. 1568
Leigh T. Goddard, NV Bar No. 6315
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505
Telephone: 775-788-2000

Josy W. Ingersoll (#1088)
Adam W. Poff
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600

*Attorneys for Molex Incorporated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of MOLEX'S PROPOSED

CONSTRUCTION OF CLAIM TERMS/PHRASES was served on the following counsel of

record as noted:

### BY EMAIL

Thomas C. Grimm (#1098)
tgrimm@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Dan C. Bowen
dbowen@lionelsawyer.com
Lionel Sawyer & Collins
1100 Bank of America Plaza
50 W. Liberty Street
Reno, NV 89501
Telephone: 775-788-8666
Fax: 775-788-8682

John W. Bateman
jbateman@kenyon.com
Michael M. Shen
mshen@kenyon.com
Yariv Waks
ywaks@kenyon.com
Kenyon & Kenyon LLP
1500 K Street, NW
Washington, DC 20005

George E. Badenoch
gbadenoch@kenyon.com
Albert J. Breneisen
abreneisen@kenyon.com
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004

this _/ st_ day of October, 2007

EXHIBIT J

US006976886B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,976,886 B2**

Winings et al.     (45) **Date of Patent:**     **Dec. 20, 2005**

(54) **CROSS TALK REDUCTION AND IMPEDANCE-MATCHING FOR HIGH SPEED ELECTRICAL CONNECTORS**

(75) Inventors: **Clifford L. Winings**, Etters, PA (US); **Joseph B. Shuey**, Camp Hill, PA (US); **Timothy A. Lemke**, Dillsburg, PA (US); **Gregory A. Hull**, York, PA (US); **Stephen B. Smith**, Mechanicsburg, PA (US); **Stefaan Hendrik Josef Sercu**, Velddriel (NL); **Timothy W. Houtz**, Etters, PA (US)

(73) Assignee: **FCI Americas Technology, Inc.**, Reno, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/294,966**

(22) Filed: **Nov. 14, 2002**

(65) **Prior Publication Data**

US 2003/0171010 A1 Sep. 11, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/990,794, filed on Nov. 14, 2001, now Pat. No. 6,692,272, and a continuation-in-part of application No. 10/155,786, filed on May 24, 2002, now Pat. No. 6,652,318.

(51) Int. Cl.[7] ............................................. H01R 13/502
(52) U.S. Cl. .......................................... 439/701; 439/79
(58) Field of Search ........................ 439/608, 79, 108, 439/941, 701

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,286,220 A | 11/1966 | Marley et al. | .............. | 339/192 |
| 3,538,486 A | 11/1970 | Shlesinger, Jr. | .............. | 339/74 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 273 683 A2 | 7/1988 |

| | | |
|---|---|---|
| EP | 1 148 587 B1 | 4/2005 |
| JP | 06-236788 | 8/1994 |
| JP | 07-114958 | 5/1995 |
| JP | 2000-003743 | 1/2000 |
| JP | 2000-003744 | 1/2000 |
| JP | 2000-003745 | 1/2000 |
| JP | 2000-003746 | 1/2000 |
| WO | WO 01/29931 A1 | 4/2001 |
| WO | WO 01/39332 A1 | 5/2001 |

OTHER PUBLICATIONS

Nadolny, J. et al., "Optimizing Connector Selection for Gigabit Signal Speeds", *ECN*™, Sep. 1, 2000, http://www-w.ecnmag.com/article/CA45245, 6 pages.

"PCB–Mounted Receptacle Assemblies, 2.00 mm(0.079in) Centerlines, Right–Angle Solder–to–Board Signal Receptacle", *Metral*™, Berg Electronics, 10–6–10–7.

Metral™ "Speed and Density Extensions", FCI, Jun. 3, 1999, 25 pages.

Framatone Connector Specification, 1 page.

Millipacs Connector Type A Specification, 1 page.

*Primary Examiner*—Ross Gushi

(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

Lightweight, low cost, high density electrical connectors are disclosed that provide impedance controlled, high-speed, low interference communications, even in the absence of shields between the contacts, and that provide for a variety of other benefits not found in prior art connectors, such as low insertion loss. Signal contacts and ground contacts within the connectors can be scaled and positioned relative to one another such that a differential signal in a first differential signal pair produces a high field in the gap between the contacts that form the signal pair and a low field near an adjacent signal pair. Consequently, cross talk between adjacent signal contacts can be limited to acceptable levels for the particular application. In such connectors, the level of cross talk between adjacent signal contacts can be limited to the point that the need for (and cost of) shields between adjacent contacts is unnecessary, even in high speed, high signal integrity applications.

**49 Claims, 38 Drawing Sheets**



## US 6,976,886 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,669,054 A | | 6/1972 | Desso et al. | 113/119 |
| 3,748,633 A | | 7/1973 | Lundergan | 339/217 S |
| 4,076,362 A | | 2/1978 | Ichimura | 339/75 |
| 4,159,861 A | | 7/1979 | Anhalt | 339/75 |
| 4,260,212 A | | 4/1981 | Ritchie et al. | 339/97 R |
| 4,288,139 A | | 9/1981 | Cobaugh et al. | 339/74 R |
| 4,383,724 A | | 5/1983 | Verhoeven | 339/19 |
| 4,402,563 A | | 9/1983 | Sinclair | 339/75 |
| 4,560,222 A | | 12/1985 | Dambach | 339/75 |
| 4,717,360 A | | 1/1988 | Czaja | 439/710 |
| 4,776,803 A | | 10/1988 | Pretchel et al. | 439/59 |
| 4,815,987 A | | 3/1989 | Kawano et al. | 439/263 |
| 4,867,713 A | | 9/1989 | Ozu et al. | 439/833 |
| 4,907,990 A | | 3/1990 | Bertho et al. | 439/851 |
| 4,913,664 A | | 4/1990 | Dixon et al. | 439/607 |
| 4,973,271 A | | 11/1990 | Ishizuka et al. | 439/839 |
| 5,066,236 A | | 11/1991 | Broeksteeg | 439/79 |
| 5,077,893 A | | 1/1992 | Mosquera et al. | 29/882 |
| 5,174,770 A | * | 12/1992 | Sasaki et al. | 439/108 |
| 5,238,414 A | | 8/1993 | Yaegashi et al. | 439/108 |
| 5,254,012 A | | 10/1993 | Wang | 439/263 |
| 5,274,918 A | | 1/1994 | Reed | 29/882 |
| 5,286,212 A | | 2/1994 | Broeksteeg | 439/108 |
| 5,302,135 A | | 4/1994 | Lee | 439/263 |
| 5,342,211 A | | 8/1994 | Broeksteeg | 439/108 |
| 5,431,578 A | | 7/1995 | Wayne | 439/259 |
| 5,475,922 A | | 12/1995 | Tamura et al. | 29/881 |
| 5,558,542 A | | 9/1996 | O'Sullivan et al. | 439/682 |
| 5,590,463 A | | 1/1997 | Feldman et al. | 29/844 |
| 5,609,502 A | | 3/1997 | Thumma | 439/747 |
| 5,730,609 A | * | 3/1998 | Harwath | 439/108 |
| 5,741,144 A | | 4/1998 | Elco et al. | 439/101 |
| 5,741,161 A | | 4/1998 | Cahaly et al. | 439/709 |
| 5,795,191 A | | 8/1998 | Preputnick et al. | 439/608 |
| 5,817,973 A | | 10/1998 | Elco et al. | 174/32 |
| 5,908,333 A | | 6/1999 | Perino et al. | 439/631 |
| 5,961,355 A | * | 10/1999 | Morlion et al. | 439/686 |
| 5,971,817 A | | 10/1999 | Longueville | 439/857 |
| 5,980,321 A | | 11/1999 | Cohen et al. | 439/608 |

| | | | | |
|---|---|---|---|---|
| 5,993,259 A | | 11/1999 | Stokoe et al. | 439/608 |
| 6,050,862 A | | 4/2000 | Ishii | 439/843 |
| 6,068,520 A | | 5/2000 | Winings et al. | 439/676 |
| 6,123,554 A | | 9/2000 | Ortega et al. | 439/79 |
| 6,125,535 A | | 10/2000 | Chiou et al. | 29/883 |
| 6,129,592 A | | 10/2000 | Mickievicz et al. | 439/701 |
| 6,139,336 A | | 10/2000 | Olson | 439/83 |
| 6,146,157 A | | 11/2000 | Lenoir et al. | 439/101 |
| 6,146,203 A | | 11/2000 | Elco et al. | 439/609 |
| 6,171,149 B1 | * | 1/2001 | van Zanten | 439/608 |
| 6,190,213 B1 | | 2/2001 | Reichart et al. | 439/736 |
| 6,212,755 B1 | | 4/2001 | Shimada et al. | 29/527.1 |
| 6,219,913 B1 | | 4/2001 | Uchiyama | 29/883 |
| 6,220,896 B1 | | 4/2001 | Bertoncici et al. | 439/608 |
| 6,269,539 B1 | | 8/2001 | Takahashi et al. | 29/883 |
| 6,293,827 B1 | | 9/2001 | Stokoe et al. | 439/608 |
| 6,319,075 B1 | | 11/2001 | Clark et al. | 439/825 |
| 6,328,602 B1 | | 12/2001 | Yamasaki et al. | 439/608 |
| 6,347,952 B1 | | 2/2002 | Hasegawa et al. | 439/608 |
| 6,350,134 B1 | * | 2/2002 | Fogg et al. | 439/79 |
| 6,358,061 B1 | | 3/2002 | Regnier | 439/60 |
| 6,363,607 B1 | | 4/2002 | Chen et al. | 29/883 |
| 6,371,773 B1 | * | 4/2002 | Crofoot et al. | 439/79 |
| 6,379,188 B1 | | 4/2002 | Cohen et al. | 439/608 |
| 6,386,914 B1 | | 5/2002 | Collins et al. | 439/579 |
| 6,409,543 B1 | * | 6/2002 | Astbury, Jr. et al. | 439/608 |
| 6,431,914 B1 | | 8/2002 | Billman | 439/608 |
| 6,435,914 B1 | | 8/2002 | Billman | 439/608 |
| 6,461,202 B2 | | 10/2002 | Kline | 439/701 |
| 6,471,548 B2 | * | 10/2002 | Bertoncini et al. | 439/608 |
| 6,506,081 B2 | | 1/2003 | Blanchfield et al. | 439/682 |
| 6,537,111 B2 | | 3/2003 | Brammer et al. | 439/857 |
| 6,554,647 B1 | | 4/2003 | Cohen et al. | 439/607 |
| 6,572,410 B1 | * | 6/2003 | Volstorf et al. | 439/608 |
| 6,652,318 B1 | * | 11/2003 | Winings et al. | 439/608 |
| 6,692,272 B2 | * | 2/2004 | Lemke et al. | 439/108 |
| 6,776,649 B2 | | 8/2004 | Pape et al. | 439/485 |
| 2003/0143894 A1 | | 10/2002 | Takayama | 709/217 |
| 2003/0220021 A1 | | 11/2003 | Whiteman, Jr. et al. | 439/608 |

\* cited by examiner

FIG. 1A

(PRIOR ART)



# FIG. 1B
**(PRIOR ART)**



## FIG. 2A
### (PRIOR ART)



FIG. 2B



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 10



FIG. 11

FIG. 9



Case 1:07-cv-00049-JJF     Document 42-2     Filed 10/22/2007     Page 55 of 92



# FIG. 13B



FIG. 14



FIG. 15



FIG. 16A



FIG. 16B



FIG. 16C



FIG. 17



FIG. 18



## FIG. 19A



# FIG. 19B



FIG. 20                    FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



Section A-A                    Section B-B

FIG. 27                    FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32

1400 ─╮
```
┌─────────────────────────────┐
│   INSERT CONDUCTORS         │
│     IN DIE BLANK            │
└─────────────────────────────┘
```

1410 ─╮
```
┌─────────────────────────────┐
│  INJECT POLYMER INTO        │
│      DIE BLANK              │
└─────────────────────────────┘
```

# FIG. 33

US 6,976,886 B2

1

# CROSS TALK REDUCTION AND IMPEDANCE-MATCHING FOR HIGH SPEED ELECTRICAL CONNECTORS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/990,794, filed Nov. 14, 2001, now U.S. Pat. No. 6,692,272, and of U.S. patent application Ser. No. 10/155,786, filed May 24, 2002, now U.S. Pat. No. 6,652,318, the contents of each of which are hereby incorporated by reference.

## FIELD OF THE INVENTION

Generally, the invention relates to the field of electrical connectors. More particularly, the invention relates to lightweight, low cost, high density electrical connectors that provide impedance controlled, high-speed, low interference communications, even in the absence of shields between the contacts, and that provide for a variety of other benefits not found in prior art connectors.

## BACKGROUND OF THE INVENTION

Electrical connectors provide signal connections between electronic devices using signal contacts. Often, the signal contacts are so closely spaced that undesirable interference, or "cross talk," occurs between adjacent signal contacts. As used herein, the term "adjacent" refers to contacts (or rows or columns) that are next to one another. Cross talk occurs when one signal contact induces electrical interference in an adjacent signal contact due to intermingling electrical fields, thereby compromising signal integrity. With electronic device miniaturization and high speed, high signal integrity electronic communications becoming more prevalent, the reduction of cross talk becomes a significant factor in connector design.

One commonly used technique for reducing cross talk is to position separate electrical shields, in the form of metallic plates, for example, between adjacent signal contacts. The shields act to block cross talk between the signal contacts by blocking the intermingling of the contacts' electric fields. FIGS. 1A and 1B depict exemplary contact arrangements for electrical connectors that use shields to block cross talk.

FIG. 1A depicts an arrangement in which signal contacts S and ground contacts G are arranged such that differential signal pairs S+, S− are positioned along columns 101–106. As shown, shields 112 can be positioned between contact columns 101–106. A column 101–106 can include any combination of signal contacts S+, S− and ground contacts G. The ground contacts G serve to block cross talk between differential signal pairs in the same column. The shields 112 serve to block cross talk between differential signal pairs in adjacent columns.

FIG. 1B depicts an arrangement in which signal contacts S and ground contacts G are arranged such that differential signal pairs S+, S− are positioned along rows 111–116. As shown, shields 122 can be positioned between rows 111–116. A row 111–116 can include any combination of signal contacts S+, S− and ground contacts G. The ground contacts G serve to block cross talk between differential signal pairs in the same row. The shields 122 serve to block cross talk between differential signal pairs in adjacent rows.

Because of the demand for smaller, lower weight communications equipment, it is desirable that connectors be made smaller and lower in weight, while providing the same

2

performance characteristics. Shields take up valuable space within the connector that could otherwise be used to provide additional signal contacts, and thus limit contact density (and, therefore, connector size). Additionally, manufacturing and inserting such shields substantially increase the overall costs associated with manufacturing such connectors. In some applications, shields are known to make up 40% or more of the cost of the connector. Another known disadvantage of shields is that they lower impedance. Thus, to make the impedance high enough in a high contact density connector, the contacts would need to be so small that they would not be robust enough for many applications.

The dielectrics that are typically used to insulate the contacts and retain them in position within the connector also add undesirable cost and weight.

Therefore, a need exists for a lightweight, high-speed electrical connector (i.e., one that operates above 1 Gb/s and typically in the range of about 10 Gb/s) that reduces the occurrence of cross talk without the need for separate shields, and provides for a variety of other benefits not found in prior art connectors.

## BRIEF SUMMARY OF THE INVENTION

The invention provides high speed connectors (operating above 1 Gb/s and typically in the range of about 10 Gb/s) wherein differential signal pairs and ground contacts are arranged so as to limit the level of cross talk between adjacent differential signal pairs. Such a connector can include a first differential signal pair positioned along a first linear contact array and a second differential signal pair positioned along a second linear contact array that is adjacent to the first linear contact array. The connector can be, and preferably is, devoid of shields between the first signal pair and the adjacent signal pair. The contacts are arranged such that a differential signal in the first signal pair produces a high field in the gap between the contacts that form the signal pair, and a low field near the second signal pair.

Such connectors also include novel contact configurations for reducing insertion loss and maintaining substantially constant impedance along the lengths of contacts. The use of air as the primary dielectric to insulate the contacts results in a lower weight connector that is suitable for use as a right angle ball grid array connector.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is further described in the detailed description that follows, by reference to the noted drawings by way of non-limiting illustrative embodiments of the invention, in which like reference numerals represent similar parts throughout the drawings, and wherein:

FIGS. 1A and 1B depict exemplary contact arrangements for electrical connectors that use shields to block cross talk;

FIG. 2A is a schematic illustration of an electrical connector in which conductive and dielectric elements are arranged in a generally "I" shaped geometry;

FIG. 2B depicts equipotential regions within an arrangement of signal and ground contacts;

FIG. 3A illustrates a conductor arrangement used to measure the effect of offset on multi-active cross talk;

FIG. 3B is a graph illustrating the relationship between multi-active cross talk and offset between adjacent columns of terminals in accordance with one aspect of the invention;

FIG. 3C depicts a contact arrangement for which cross talk was determined in a worst case scenario;

FIGS. 4A–4C depict conductor arrangements in which signal pairs are arranged in columns;

3

FIG. **5** depicts a conductor arrangement in which signal pairs are arranged in rows;

FIG. **6** is a diagram showing an array of six columns of terminals arranged in accordance with one aspect of the invention;

FIG. **7** is a diagram showing an array of six columns arranged in accordance with another embodiment of the invention;

FIG. **8** is a perspective view of an illustrative right angle electrical connector, in accordance with the invention;

FIG. **9** is a side view of the right angle electrical connector of FIG. **8**;

FIG. **10** is a side view of a portion of the right angle electrical connector of FIG. **8** taken along line A—A;

FIG. **11** is a top view of a portion of the right angle electrical connector of FIG. **8** taken along line B—B;

FIG. **12** is a top cut-away view of conductors of the right angle electrical connector of FIG. **8** taken along line B—B;

FIG. **13**A is a side cut-away view of a portion of the right angle electrical connector of FIG. **8** taken along line A—A;

FIG. **13**B is a cross-sectional view taken along line C-C of FIG. **13**A;

FIG. **14** is a perspective view of illustrative conductors of a right angle electrical connector according to the invention;

FIG. **15** is a perspective view of another illustrative conductor of the right angle electrical connector of FIG. **8**;

FIG. **16**A is a perspective view of a backplane system having an exemplary right angle electrical connector;

FIG. **16**B is a simplified view of an alternative embodiment of a backplane system with a right angle electrical connector;

FIG. **16**C is a simplified view of a board-to-board system having a vertical connector;

FIG. **17** is a perspective view of the connector plug portion of the connector shown in FIG. **16**A;

FIG. **18** is a side view of the plug connector of FIG. **17**;

FIG. **19**A is a side view of a lead assembly of the plug connector of FIG. **17**;

FIG. **19**B depicts the lead assembly of FIG. **19** during mating;

FIG. **20** is a side view of two columns of terminals in accordance with one embodiment of the invention;

FIG. **21** is a front view of the terminals of FIG. **20**;

FIG. **22** is a perspective view of a receptacle in accordance with another embodiment of the invention;

FIG. **23** is a side view of the receptacle of FIG. **22**;

FIG. **24** is a perspective view of a single column of receptacle contacts;

FIG. **25** is a perspective view of a connector in accordance with another embodiment of the invention;

FIG. **26** is a side view of a column of right angle terminals in accordance with another aspect of the invention;

FIGS. **27** and **28** are front views of the right angle terminals of FIG. **26** taken along lines A—A and lines B—B respectively;

FIG. **29** illustrates the cross section of terminals as the terminals connect to vias on an electrical device in accordance with another aspect of the invention;

FIG. **30** is a perspective view of a portion of another illustrative right angle electrical connector, in accordance with the invention;

FIG. **31** is a perspective view of another illustrative right angle electrical connector, in accordance with the invention;

4

FIG. **32** is a perspective view of an alternative embodiment of a receptacle connector; and

FIG. **33** is a flow diagram of a method for making a connector in accordance with the invention.

## DETAILED DESCRIPTION OF THE INVENTION

Certain terminology may be used in the following description for convenience only and should not be considered as limiting the invention in any way. For example, the terms "top," "bottom," "left," "right," "upper," and "lower" designate directions in the figures to which reference is made. Likewise, the terms "inwardly" and "outwardly" designate directions toward and away from, respectively, the geometric center of the referenced object. The terminology includes the words above specifically mentioned, derivatives thereof, and words of similar import.

I-Shaped Geometry for Electrical Connectors—Theoretical Model

FIG. **2**A is a schematic illustration of an electrical connector in which conductive and dielectric elements are arranged in a generally "I" shaped geometry. Such connectors are embodied in the assignee's "I-BEAM" technology, and are described and claimed in U.S. Pat. No. 5,741,144, entitled "Low Cross And Impedance Controlled Electric Connector," the disclosure of which is hereby incorporated herein by reference in its entirety. Low cross talk and controlled impedance have been found to result from the use of this geometry.

The originally contemplated I-shaped transmission line geometry is shown in FIG. **2**A. As shown, the conductive element can be perpendicularly interposed between two parallel dielectric and ground plane elements. The description of this transmission line geometry as I-shaped comes from the vertical arrangement of the signal conductor shown generally at numeral **10** between the two horizontal dielectric layers **12** and **14** having a dielectric constant $\in$ and ground planes **13** and **15** symmetrically placed at the top and bottom edges of the conductor. The sides **20** and **22** of the conductor are open to the air **24** having an air dielectric constant $\in_0$. In a connector application, the conductor could include two sections, **26** and **28**, that abut end-to-end or face-to-face. The thickness, $t_1$ and $t_2$ of the dielectric layers **12** and **14**, to first order, controls the characteristic impedance of the transmission line and the ratio of the overall height h to dielectric width $w_d$ controls the electric and magnetic field penetration to an adjacent contact. Original experimentation led to the conclusion that the ratio $h/w_d$ needed to minimize interference beyond A and B would be approximately unity (as illustrated in FIG. **2**A).

The lines **30**, **32**, **34**, **36** and **38** in FIG. **2**A are equipotentials of voltage in the air-dielectric space. Taking an equipotential line close to one of the ground planes and following it out towards the boundaries A and B, it will be seen that both boundary A or boundary B are very close to the ground potential. This means that virtual ground surfaces exist at each of boundary A and boundary B. Therefore, if two or more I-shaped modules are placed side-by-side, a virtual ground surface exists between the modules and there will be little to no intermingling of the modules' fields. In general, the conductor width $w_c$ and dielectric thicknesses $t_1$, $t_2$ should be small compared to the dielectric width $w_d$ or module pitch (i.e., distance between adjacent modules).

Given the mechanical constraints on a practical connector design, it was found in actuality that the proportioning of the signal conductor (blade/beam contact) width and dielectric thicknesses could deviate somewhat from the preferred

5

ratios and some minimal interference might exist between adjacent signal conductors. However, designs using the above-described I-shaped geometry tend to have lower cross talk than other conventional designs.

Exemplary Factors Affecting Cross Talk between Adjacent Contacts

In accordance with the invention, the basic principles described above were further analyzed and expanded upon and can be employed to determine how to even further limit cross talk between adjacent signal contacts, even in the absence of shields between the contacts, by determining an appropriate arrangement and geometry of the signal and ground contacts. FIG. 2B includes a contour plot of voltage in the neighborhood of an active column-based differential signal pair S+, S− in a contact arrangement of signal contacts S and ground contacts G according to the invention. As shown, contour lines 42 are closest to zero volts, contour lines 44 are closest to −1 volt, and contour lines 46 are closest to +1 volt. It has been observed that, although the voltage does not necessarily go to zero at the "quiet" differential signal pairs that are nearest to the active pair, the interference with the quiet pairs is near zero. That is, the voltage impinging on the positive-going quiet differential pair signal contact is about the same as the voltage imping-ing on the negative-going quiet differential pair signal contact. Consequently, the noise on the quiet pair, which is the difference in voltage between the positive- and negative-going signals, is close to zero.

Thus, as shown in FIG. 2B, the signal contacts S and ground contacts G can be scaled and positioned relative to one another such that a differential signal in a first differential signal pair produces a high field H in the gap between the contacts that form the signal pair and a low (i.e., close to ground potential) field L (close to ground potential) near an adjacent signal pair. Consequently, cross talk between adjacent signal contacts can be limited to acceptable levels for the particular application. In such connectors, the level of cross talk between adjacent signal contacts can be limited to the point that the need for (and cost of) shields between adjacent contacts is unnecessary, even in high speed, high signal integrity applications.

Through further analysis of the above-described I-shaped model, it has been found that the unity ratio of height to width is not as critical as it first seemed. It has also been found that a number of factors can affect the level of cross talk between adjacent signal contacts. A number of such factors are described in detail below, though it is anticipated that there may be others. Additionally, though it is preferred that all of these factors be considered, it should be under-stood that each factor may, alone, sufficiently limit cross talk for a particular application. Any or all of the following factors may be considered in determining a suitable contact arrangement for a particular connector design:

a) Less cross talk has been found to occur where adjacent contacts are edge-coupled (i.e., where the edge of one contact is adjacent to the edge of an adjacent contact) than where adjacent contacts are broad side coupled (i.e., where the broad side of one contact is adjacent to the broad side of an adjacent contact) or where the edge of one contact is adjacent to the broad side of an adjacent contact. The tighter the edge coupling, the less the coupled signal pair's electrical field will extend towards an adjacent pair and the less the towards the unity height-to-width ratio of the original I-shaped theoretical model a connector application will have to approach. Edge coupling also allows for smaller gap widths between adjacent connectors, and thus facili-

6

tates the achievement of desirable impedance levels in high contact density connectors without the need for contacts that are too small to perform adequately. For example, it has been found than a gap of about 0.3–0.4 mm is adequate to provide an impedance of about 100 ohms where the contacts are edge coupled, while a gap of about 1 mm is necessary where the same contacts are broad side coupled to achieve the same impedance. Edge coupling also facilitates changing contact width, and therefore gap width, as the contact extends through dielectric regions, contact regions, etc.;

b) It has also been found that cross talk can be effectively reduced by varying the "aspect ratio," i.e., the ratio of column pitch (i.e., the distance between adjacent columns) to the gap between adjacent contacts in a given column;

c) The "staggering" of adjacent columns relative to one another can also reduce the level of cross talk. That is, cross talk can be effectively limited where the signal contacts in a first column are offset relative to adjacent signal contacts in an adjacent column. The amount of offset may be, for example, a full row pitch (i.e., distance between adjacent rows), half a row pitch, or any other distance that results in acceptably low levels of cross talk for a particular connector design. It has been found that the optimal offset depends on a number of factors, such as column pitch, row pitch, the shape of the terminals, and the dielectric constant(s) of the insulating material(s) around the terminals, for example. It has also been found that the optimal offset is not necessarily "on pitch," as was often thought. That is, the optimal offset may be anywhere along a continuum, and is not limited to whole fractions of a row pitch (e.g., full or half row pitches).

FIG. 3A illustrates a contact arrangement that has been used to measure the effect of offset between adjacent col-umns on cross talk. Fast (e.g., 40 ps) rise-time differential signals were applied to each of Active Pair 1 and Active Pair 2. Near-end crosstalk Nxt1 and Nxt2 were determined at Quiet Pair, to which no signal was applied, as the offset d between adjacent columns was varied from 0 to 5.0 mm. Near-end cross talk occurs when noise is induced on the quiet pair from the current carrying contacts in an active pair.

As shown in the graph of FIG. 3B, the incidence of multi-active cross talk (dark line in FIG. 3B) is minimized at offsets of about 1.3 mm and about 3.65 mm. In this experiment, multi-active cross talk was considered to be the sum of the absolute values of cross talk from each of Active Pair 1 (dashed line in FIG. 3B) and Active Pair 2 (thin solid line in FIG. 3B). Thus, it has been shown that adjacent columns can be variably offset relative to one another until an optimum level of cross talk between adjacent pairs (about 1.3 mm, in this example);

d) Through the addition of outer grounds, i.e., the place-ment of ground contacts at alternating ends of adjacent contact columns, both near-end cross talk ("NEXT") and far-end cross talk ("FEXT") can be further reduced;

e) It has also been found that scaling the contacts (i.e., reducing the absolute dimensions of the contacts while preserving their proportional and geometric relationship) provides for increased contact density (i.e., the number of contacts per linear inch) without adversely affecting the electrical characteristics of the connector.

By considering any or all of these factors, a connector can be designed that delivers high-performance (i.e., low inci-

US 6,976,886 B2

7

dence of cross talk), high-speed (e.g., greater than 1 Gb/s and typically about 10 Gb/s) communications even in the absence of shields between adjacent contacts. It should also be understood that such connectors and techniques, which are capable of providing such high speed communications, are also useful at lower speeds. Connectors according to the invention have been shown, in worst case testing scenarios, to have near-end cross talk of less than about 3% and far-end cross talk of less than about 4%, at 40 picosecond rise time, with 63.5 mated signal pairs per linear inch. Such connectors can have insertion losses of less than about 0.7 dB at 5 GHz, and impedance match of about 100±8 ohms measured at a 40 picosecond rise time.

FIG. 3C depicts a contact arrangement for which cross talk was determined in a worst case scenario. Cross talk from each of six attacking pairs S1, S2, S3, S4, S5, and S6 was determined at a "victim" pair V. Attacking pairs S1, S2, S3, S4, S5, and S6 are six of the eight nearest neighboring pairs to signal pair V. It has been determined that the additional affects on cross talk at victim pair V from attacking pairs S7 and S8 is negligible. The combined cross talk from the six nearest neighbor attacking pairs has been determined by summing the absolute values of the peak cross talk from each of the pairs, which assumes that each pair is fairing at the highest level all at the same time. Thus, it should be understood that this is a worst case scenario, and that, in practice, much better results should be achieved.

Exemplary Contact Arrangements According to the Invention

FIG. 4A depicts a connector 100 according to the invention having column-based differential signal pairs (i.e., in which differential signal pairs are arranged into columns). (As used herein, a "column" refers to the direction along which the contacts are edge coupled. A "row" is perpendicular to a column.) As shown, each column 401–406 comprises, in order from top to bottom, a first differential signal pair, a first ground conductor, a second differential signal pair, and a second ground conductor. As can be seen, first column 401 comprises, in order from top to bottom, a first differential signal pair comprising signal conductors S1+ and S1−, a first ground conductor G, a second differential signal pair comprising signal conductors S7+ and S7−, and a second ground conductor G. Each of rows 413 and 416 comprises a plurality of ground conductors G. Rows 411 and 412 together comprise six differential signal pairs, and rows 514 and 515 together comprise another six differential signal pairs. The rows 413 and 416 of ground conductors limit cross talk between the signal pairs in rows 411–412 and the signal pairs in rows 414–415. In the embodiment shown in FIG. 4A, arrangement of 36 contacts into columns can provide twelve differential signal pairs. Because the connector is devoid of shields, the contacts can be made relatively larger (compared to those in a connector having shields). Therefore, less connector space is needed to achieve the desired impedance.

FIGS. 4B and 4C depict connectors according to the invention that include outer grounds. As shown in FIG. 4B, a ground contact G can be placed at each end of each column. As shown in FIG. 4C, a ground contact G can be placed at alternating ends of adjacent columns. It has been found that the placement of a ground contact G at alternating ends of adjacent columns results in a 35% reduction in NEXT and a 65% reduction in FEXT as compared to a connector having a contact arrangement that is otherwise the same, but which has no such outer grounds. It has also been found that basically the same results can be achieved through the placement of ground contacts at both ends of

8

every contact column, as shown in FIG. 4B. Consequently, it is preferred to place outer grounds at alternating ends of adjacent columns in order to increase contact density (relative to a connector in which outer grounds are placed at both ends of every column) without increasing the level of cross talk.

Alternatively, as shown in FIG. 5, differential signal pairs may be arranged into rows. As shown in FIG. 5, each row 511–516 comprises a repeating sequence of two ground conductors and a differential signal pair. First row 511 comprises, in order from left to right, two ground conductors G, a differential signal pair S1+, S1−, and two ground conductors G. Row 512 comprises in order from left to right, a differential signal pair S2+, S2−, two ground conductors G, and a differential signal pair S3+, S3−. The ground conductors block cross talk between adjacent signal pairs. In the embodiment shown in FIG. 5, arrangement of 36 contacts into rows provides only nine differential signal pairs.

By comparison of the arrangement shown in FIG. 4A with the arrangement shown in FIG. 5, it can be understood that a column arrangement of differential signal pairs results in a higher density of signal contacts than does a row arrangement. However, for right angle connectors arranged into columns, contacts within a differential signal pair have different lengths, and therefore, such differential signal pairs may have intra-pair skew. Similarly, arrangement of signal pairs into either rows or columns may result in inter-pair skew because of the different conductor lengths of different differential signal pairs. Thus, it should be understood that, although arrangement of signal pairs into columns results in a higher contact density, arrangement of the signal pairs into columns or rows can be chosen for the particular application.

Regardless of whether the signal pairs are arranged into rows or columns, each differential signal pair has a differential impedance $Z_0$ between the positive conductor Sx+ and negative conductor Sx− of the differential signal pair. Differential impedance is defined as the impedance existing between two signal conductors of the same differential signal pair, at a particular point along the length of the differential signal pair. As is well known, it is desirable to control the differential impedance $Z_0$ to match the impedance of the electrical device(s) to which the connector is connected. Matching the differential impedance $Z_0$ to the impedance of electrical device minimizes signal reflection and/or system resonance that can limit overall system bandwidth. Furthermore, it is desirable to control the differential impedance $Z_0$ such that it is substantially constant along the length of the differential signal pair, i.e., such that each differential signal pair has a substantially consistent differential impedance profile.

The differential impedance profile can be controlled by the positioning of the signal and ground conductors. Specifically, differential impedance is determined by the proximity of an edge of signal conductor to an adjacent ground and by the gap between edges of signal conductors within a differential signal pair.

As shown in FIG. 4A, the differential signal pair comprising signal conductors S6+ and S6− is located adjacent to one ground conductor G in row 413. The differential signal pair comprising signal conductors S12+ and S12− is located adjacent to two ground conductors G, one in row 413 and one in row 416. Conventional connectors include two ground conductors adjacent to each differential signal pair to minimize impedance matching problems. Removing one of the ground conductors typically leads to impedance mismatches that reduce communications speed. However, the lack of one adjacent ground conductor can be compensated

US 6,976,886 B2

9

for by reducing the gap between the differential signal pair conductors with only one adjacent ground conductor. For example, as shown in FIG. 4A, signal conductors S6+ and S6− can be located a distance $d_1$ apart from each other and signal conductors S12+ and S12− can be located a different distance $d_2$ apart from each other. The distances may be controlled by making the widths of signal conductors S6+ and S6− wider than the widths of signal conductors S12+ and S12− (where conductor width is measured along the direction of the column).

For single ended signaling, single ended impedance can also be controlled by positioning of the signal and ground conductors. Specifically, single ended impedance is determined by the gap between a signal conductor and an adjacent ground. Single ended impedance is defined as the impedance existing between a signal conductor and ground, at a particular point along the length of a single ended signal conductor.

To maintain acceptable differential impedance control for high bandwidth systems, it is desirable to control the gap between contacts to within a few thousandths of an inch. Gap variations beyond a few thousandths of an inch may cause unacceptable variation in the impedance profile; however, the acceptable variation is dependent on the speed desired, the error rate acceptable, and other design factors.

FIG. 6 shows an array of differential signal pairs and ground contacts in which each column of terminals is offset from each adjacent column. The offset is measured from an edge of a terminal to the same edge of the corresponding terminal in the adjacent column. The aspect ratio of column pitch to gap width, shown in FIG. 6, is P/X. It has been found that an aspect ratio of about 5 (i.e., 2 mm column pitch; 0.4 mm gap width) is adequate to sufficiently limit cross talk where the columns are also staggered. Where the columns are not staggered, an aspect ratio of about 8–10 is desirable.

As described above, by offsetting the columns, the level of multi-active cross talk occurring in any particular terminal can be limited to a level that is acceptable for the particular connector application. As shown in FIG. 6, each column is offset from the adjacent column, in the direction along the columns, by a distance d. Specifically, column 601 is offset from column 602 by an offset distance d, column 602 is offset from column 603 by a distance d, and so forth. Since each column is offset from the adjacent column, each terminal is offset from an adjacent terminal in an adjacent column. For example, signal contact 680 in differential pair DP3 is offset from signal contact 681 in differential pair DP4 by a distance d as shown.

FIG. 7 illustrates another configuration of differential pairs wherein each column of terminals is offset relative to adjacent columns. For example, as shown, differential pair DP1 in column 701 is offset from differential pair DP2 in the adjacent column 702 by a distance d. In this embodiment, however, the array of terminals does not include ground contacts separating each differential pair. Rather, the differential pairs within each column are separated from each other by a distance greater than the distance separating one terminal in a differential pair from the second terminal in the same differential pair. For example, where the distance between terminals within each differential pair is Y, the distance separating differential pairs can be Y+X, where Y+X/Y >>1. It has been found that such spacing also serves to reduce cross talk.

Exemplary Connector Systems According to the Invention

FIG. 8 is a perspective view of a right angle electrical connector according to the invention that is directed to a

10

high speed electrical connector wherein signal conductors of a differential signal pair have a substantially constant differential impedance along the length of the differential signal pair. As shown in FIG. 8, a connector 800 comprises a first section 801 and a second section 802. First section 801 is electrically connected to a first electrical device 810 and second section 802 is electrically connected to a second electrical device 812. Such connections may be SMT, PIP, solder ball grid array, press fit, or other such connections. Typically, such connections are conventional connections having conventional connection spacing between connection pins; however, such connections may have other spacing between connection pins. First section 801 and second section 802 can be electrically connected together, thereby electrically connecting first electrical device 810 to second electrical device 812.

As can be seen, first section 801 comprises a plurality of modules 805. Each module 805 comprises a column of conductors 830. As shown, first section 801 comprises six modules 805 and each module 805 comprises six conductors 830; however, any number of modules 805 and conductors 830 may be used. Second section 802 comprises a plurality of modules 806. Each module 806 comprises a column of conductors 840. As shown, second section 802 comprises six modules 806 and each module 806 comprises six conductors 840; however, any number of modules 806 and conductors 840 may be used.

FIG. 9 is a side view of connector 800. As shown in FIG. 9, each module 805 comprises a plurality of conductors 830 secured in a frame 850. Each conductor 830 comprises a connection pin 832 extending from frame 850 for connection to first electrical device 810, a blade 836 extending from frame 850 for connection to second section 802, and a conductor segment 834 connecting connection pin 832 to blade 836.

Each module 806 comprises a plurality of conductors 840 secured in frame 852. Each conductor 840 comprises a contact interface 841 and a connection pin 842. Each contact interface 841 extends from frame 852 for connection to a blade 836 of first section 801. Each contact interface 840 is also electrically connected to a connection pin 842 that extends from frame 852 for electrical connection to second electrical device 812.

Each module 805 comprises a first hole 856 and a second hole 857 for alignment with an adjacent module 805. Thus, multiple columns of conductors 830 may be aligned. Each module 806 comprises a first hole 847 and a second hole 848 for alignment with an adjacent module 806. Thus, multiple columns of conductors 840 may be aligned.

Module 805 of connector 800 is shown as a right angle module. That is, a set of first connection pins 832 is positioned on a first plane (e.g., coplanar with first electrical device 810) and a set of second connection pins 842 is positioned on a second plane (e.g., coplanar with second electrical device 812) perpendicular to the first plane. To connect the first plane to the second plane, each conductor 830 turns a total of about ninety degrees (a right angle) to connect between electrical devices 810 and 812.

To simplify conductor placement, conductors 830 can have a rectangular cross section; however, conductors 830 may be any shape. In this embodiment, conductors 830 have a high ratio of width to thickness to facilitate manufacturing. The particular ratio of width to thickness may be selected based on various design parameters including the desired communication speed, connection pin layout, and the like.

FIG. 10 is a side view of two modules of connector 800 taken along line A—A and FIG. 11 is a top view of two

11                                            12

modules of connector **800** taken along line B—B. As can be seen, each blade **836** is positioned between two single beam contacts **849** of contact interface **841**, thereby providing electrical connection between first section **801** and second section **802** and described in more detail below. Connection pins **832** are positioned proximate to the centerline of module **805** such that connection pins **832** may be mated to a device having conventional connection spacing. Connection pins **842** are positioned proximate to the centerline of module **806** such that connection pins **842** may be mated to a device having conventional connection spacing. Connection pins, however, may be positioned at an offset from the centerline of module **806** if such connection spacing is supported by the mating device. Further, while connection pins are illustrated in the Figures, other connection techniques are contemplated such as, for example, solder balls and the like.

Returning now to illustrative connector **800** of FIG. 8 to discuss the layout of connection pins and conductors, first section **801** of connector **800** comprises six columns and six rows of conductors **830**. Conductors **830** may be either signal conductors S or ground conductors G. Typically, each signal conductor S is employed as either a positive conductor or a negative conductor of a differential signal pair; however, a signal conductor may be employed as a conductor for single ended signaling. In addition, such conductors **830** may be arranged in either columns or rows.

In addition to conductor placement, differential impedance and insertion losses are also affected by the dielectric properties of material proximate to the conductors. Generally, it is desirable to have materials having very low dielectric constants adjacent and in contact with as much as the conductors as possible. Air is the most desirable dielectric because it allows for a lightweight connector and has the best dielectric properties. While frame **850** and frame **852** may comprise a polymer, a plastic, or the like to secure conductors **830** and **840** so that desired gap tolerances may be maintained, the amount of plastic used is minimized. Therefore, the rest of connector comprises an air dielectric and conductors **830** and **840** are positioned both in air and only minimally in a second material (e.g., a polymer) having a second dielectric property. Therefore, to provide a substantially constant differential impedance profile, in the second material, the spacing between conductors of a differential signal pair way vary.

As shown, the conductors can be exposed primarily to air rather than being encased in plastic. The use of air rather than plastic as a dielectric provides a number of benefits. For example, the use of air enables the connector to be formed from much less plastic than conventional connectors. Thus, a connector according to the invention can be made lower in weight than convention connectors that use plastic as the dielectric. Air also allows for smaller gaps between contacts and thereby provides for better impedance and cross talk control with relatively larger contacts, reduces cross-talk, provides less dielectric loss, increases signal speed (i.e., less propagation delay).

Through the use of air as the primary dielectric, a lightweight, low-impedance, low cross talk connector can be provided that is suitable for use as a ball grid assembly ("BGA") right-angle connector. Typically, a right angle connector is "off-balance, i.e., disproportionately heavy in the mating area. Consequently, the connector tends to "tilt" in the direction of the mating area. Because the solder balls of the BGA, while molten, can only support a certain mass, prior art connectors typically are unable to include additional mass to balance the connector. Through the use of air,

rather than plastic, as the dielectric, the mass of the connector can be reduced. Consequently, additional mass can be added to balance the connector without causing the molten solder balls to collapse.

FIG. **12** illustrates the change in spacing between conductors in rows as conductors pass from being surrounded by air to being surrounded by frame **850**. As shown in FIG. **12**, at connection pin **832** the distance between conductor S+ and S− is δ1. Distance δ1 may be selected to mate with conventional connector spacing on first electrical device **810** or may be selected to optimize the differential impedance profile. As shown, distance δ1 is selected to mate with a conventional connector and is disposed proximate to the centerline of module **805**. As conductors S+ and S− travel from connection pins **832** through frame **850**, portions **833** of conductors S+, S− jog towards each other, culminating in a separation distance δ2 in air region **860**. Distance δ2 is selected to give the desired differential impedance between conductor S+ and S−, given other parameters, such as proximity to a ground conductor G. For example, given a spacing δ1, spacing δ2 may be chosen to provide for a constant differential impedance Z alone the length of the conductor S+, S−. The desired differential impedance $Z_0$ depends on the system impedance (e.g., of first electrical device **810**), and may be 100 ohms or some other value. Typically, a tolerance of about 5 percent is desired; however, 10 percent may be acceptable for some applications. It is this range of 10% or less that is considered substantially constant differential impedance.

As shown in FIG. **13A**, conductors S+ and S− are disposed from air region **860** towards blade **836** and portions **835** jog outward with respect to each other within frame **850** such that blades **836** are separated by a distance δ3 upon exiting frame **850**. Blades **836** are received in contact interfaces **841**, thereby providing electrical connection between first section **801** and second section **802**. As contact interfaces **841** travel from air region **860** towards frame **852**, contact interfaces **841** jog outwardly with respect to each other, culminating in connection pins **842** separated by a distance of δ4. As shown, connection pins **842** are disposed proximate to the centerline of frame **852** to mate with conventional connector spacing.

FIG. **14** is a perspective view of conductors **830**. As can be seen, within frame **850**, conductors **830** jog, either inwardly or outwardly to maintain a substantially constant differential impedance profile along the conductive path.

FIG. **15** is a perspective view of conductor **840** that includes two single beam contacts **849**, one beam contact **849** on each side of blade **836**. This design may provide reduced cross talk performance, because each single beam contact **849** is further away from its adjacent contact. Also, this design may provide increased contact reliability, because it is a "true" dual contact. This design may also reduce the tight tolerance requirements for the positioning of the contacts and forming of the contacts.

As can be seen, within frame **852**, conductor **840** jogs, either inward or outward to maintain a substantially constant differential impedance profile and to mate with connectors on second electrical device **812**. For arrangement into columns, conductors **830** and **840** are positioned along a centerline of frames **850**, **852**, respectively.

FIG. **13B** is a cross-sectional view taken along line C—C of FIG. **13A**. As shown in FIG. **13B** terminal blades **836** are received in contact interfaces **841** such that beam contacts **839** engage respective sides of blades **836**. Preferably, the beam contacts **839** are sized and shaped to provide contact between the blades **836** and the contact interfaces **841** over

13                                                                    14

a combined surface area that is sufficient to maintain the electrical characteristics of the connector during mating and unmating of the connector.

As shown in FIG. 13B, the contact design allows the edge-coupled aspect ratio to be maintained in the mating region. That is, the aspect ratio of column pitch to gap width chosen to limit cross talk in the connector, exists in the contact region as well, and thereby limits cross talk in the mating region. Also, because the cross-section of the unmated blade contact is nearly the same as the combined cross-section of the mated contacts, the impedance profile can be maintained even if the connector is partially unmated. This occurs, at least in part, because the combined cross-section of the mated contacts includes no more than one or two thickness of metal (the thicknesses of the blade and the contact interface), rather than three thicknesses as would be typical in prior art connectors (see FIG. 13B, for example). Unplugging a connector such as shown in FIG. 13B results in a significant change in cross-section, and therefore, a significant change in impedance (which causes significant degradation of electrical performance if the connector is not properly and completely mated). Because the contact cross-section does not change dramatically as the connector is unmated, the connector (as shown in FIG. 13A) can provide nearly the same electrical characteristics when partially unmated (i.e., unmated by about 1–2 mm) as it does when fully mated.

FIG. 16A is a perspective view of a backplane system having an exemplary right angle electrical connector in accordance with an embodiment of the invention. As shown in FIG. 16A, connector 900 comprises a plug 902 and receptacle 1100.

Plug 902 comprises housing 905 and a plurality of lead assemblies 908. The housing 905 is configured to contain and align the plurality of lead assemblies 908 such that an electrical connection suitable for signal communication is made between a first electrical device 910 and a second electrical device 912 via receptacle 1100. In one embodiment of the invention, electrical device 910 is a backplane and electrical device 912 is a daughtercard. Electrical devices 910 and 912 may, however, be any electrical device without departing from the scope of the invention.

As shown, the connector 902 comprises a plurality of lead assemblies 908. Each lead assembly 908 comprises a column of terminals or conductors 930 therein as will be described below. Each lead assembly 908 comprises any number of terminals 930.

FIG. 16B is backplane system similar to FIG. 16A except that the connector 903 is a single device rather than mating plug and receptacle. Connector 903 comprises a housing and a plurality of lead assemblies (not shown). The housing is configured to contain and align the plurality of lead assemblies (not shown) such that an electrical connection suitable for signal communication is made between a first electrical device 910 and a second electrical device 912

FIG. 16C is a board-to-board system similar to FIG. 16A except that plug connector 905 is a vertical plug connector rather than a right angle plug connector. This embodiment makes electrical connection between two parallel electrical devices 910 and 913. A vertical back-panel receptacle connector according to the invention can be insert molded onto a board, for example. Thus, spacing, and therefore performance, can be maintained.

FIG. 17 is a perspective view of the plug connector of FIG. 16A without electrical devices 910 and 912 and receptacle connector 1100. As shown, slots 907 are formed in the housing 905 that contain and align the lead assemblies

908 therein. FIG. 17 also shows connection pins 932, 942. Connection pins 942 connect connector 902 to electrical device 912. Connection pins 932 electrically connect connector 902 to electrical device 910 via receptacle 1100. Connection pins 932 and 942 may be adapted to provide through-mount or surface-mount connections to an electrical device (not shown).

In one embodiment, the housing 905 is made of plastic, however, any suitable material may be used. The connections to electrical devices 910 and 912 may be surface or through mount connections.

FIG. 18 is a side view of plug connector 902 as shown in FIG. 17. As shown, the column of terminals contained in each lead assembly 908 are offset from another column of terminals in an adjacent lead assembly by a distance d. Such an offset is discussed more fully above in connection with FIGS. 6 and 7.

FIG. 19A is a side view of a single lead assembly 908. As shown in FIG. 19A, one embodiment of lead assembly 908 comprises a metal lead frame 940 and an insert molded plastic frame 933. In this manner, the insert molded lead assembly 933 serves to contain one column of terminals or conductors 930. The terminals may comprise either differential pairs or ground contacts. In this manner, each lead assembly 908 comprises a column of differential pairs 935A and 935B and ground contacts 937.

As is also shown in FIG. 19A, the column of differential pairs and ground contacts contained in each lead assembly 908 are arranged in a signal-signal-ground configuration. In this manner, the top contact of the column of terminals in lead assembly 908 is a ground contact 937A. Adjacent to ground contact 937A is a differential pair 935A comprised of a two signal contacts, one with a positive polarity and one with a negative polarity.

As shown, the ground contacts 937A and 937B extend a greater distance from the insert molded lead assembly 933. As shown in FIG. 19B, such a configuration allows the ground contacts 937 to mate with corresponding receptacle contacts 1102G in receptacle 1100 before the signal contacts 935 mate with corresponding receptacle contacts 1102S. Thus, the connected devices (not shown in FIG. 19B) can be brought to a common ground before signal transmission occurs between them. This provides for "hot" connection of the devices.

Lead assembly 908 of connector 900 is shown as a right angle module. To explain, a set of first connection pins 932 is positioned on a first plane (e.g., coplanar with first electrical device 910) and a set of second connection pins 942 is positioned on a second plane (e.g., coplanar with second electrical device 912) perpendicular to the first plane. To connect the first plane to the second plane, each conductor 930 is formed to extend a total of about ninety degrees (a right angle) to electrically connect electrical devices 910 and 912.

FIGS. 20 and 21 are side and front views, respectively, of two columns of terminals in accordance with one aspect of the invention. As shown in FIGS. 20 and 21, adjacent columns of terminals are staggered in relation to one another. In other words, an offset exists between terminals in adjacent lead assemblies. In particular and as shown in FIGS. 20 and 21, an offset of distance d exists between terminals in column 1 and terminals in column 2. As shown, the offset d runs along the entire length of the terminal. As stated above, the offset reduces the incidence of cross talk by furthering the distance between the signal carrying contacts.

To simplify conductor placement, conductors 930 have a rectangular cross section as shown in FIG. 20. Conductors 930 may, however, be any shape.

US 6,976,886 B2

15

FIG. **22** is a perspective view of the receptacle portion of the connector shown in FIG. **16**A. Receptacle **1100** may be mated with connector plug **902** (as shown in FIG. **16**A) and used to connect two electrical devices (not shown). Specifically, connection pins **932** (as shown in FIG. **17**) may be inserted into aperatures **1142** to electrically connect connector **902** to receptacle **1100**. Receptacle **1100** also includes alignment structures **1120** to aid in the alignment and insertion of connector **900** into receptacle **1100**. Once inserted, structures **1120** also serve to secure the connector once inserted into receptacle **1100**. Such structures **1120** thereby prevent any movement that may occur between the connector and receptacle that could result in mechanical breakage therebetween.

Receptacle **1100** includes a plurality of receptacle contact assemblies **1160** each containing a plurality of terminals (only the tails of which are shown). The terminals provide the electrical pathway between the connector **900** and any mated electrical device (not shown).

FIG. **23** is a side view of the receptacle of FIG. **22** including structures **1120**, housing **1150** and receptacle lead assembly **1160**. As shown, FIG. **23** also shows that the receptacle lead assemblies may be offset from one another in accordance with the invention. As stated above, such offset reduces the occurrence of multi-active cross talk as described above.

FIG. **24** is a perspective view of a single receptacle contact assembly not contained in receptacle housing **1150**. As shown, the assembly **1160** includes a plurality of dual beam conductive terminals **1175** and a holder **1168** made of insulating material. In one embodiment, the holder **1168** is made of plastic injection molded around the contacts; however, any suitable insulating material may be used without departing from the scope of the invention.

FIG. **25** is a perspective view of a connector in accordance with another embodiment of the invention. As shown, connector **1310** and receptacle **1315** are used in combination to connect an electrical device, such as circuit board **1305** to a cable **1325**. Specifically, when connector **1310** is mated with receptacle **1315**, an electrical connection is established between board **1305** and cable **1325**. Cable **1325** can than transmit signals to any electrical device (not shown) suitable for receiving such signals.

In another embodiment of the invention, it is contemplated that the offset distance, d, may vary throughout the length of the terminals in the connector. In this manner, the offset distance may vary along the length of the terminal as well as at either end of the conductor. To illustrate this embodiment and referring now to FIG. **26**, a side view of a single column of right angle terminals is shown. As shown, the height of the terminals in section A is height H1 and the height of the cross section of terminals in section B is height H2.

FIGS. **27** and **28** are front views of the columns of right angle terminals taken along lines A—A and lines B—B respectively. In addition to the single column of terminals shown in FIG. **26**, FIGS. **27** and **28** also show an adjacent column of terminals contained in the adjacent lead assembly contained in the connector housing.

In accordance with the invention, the offset of adjacent columns may vary along the length of the terminals within the lead assembly. More specifically, the offset between adjacent columns varies according to adjacent sections of the terminals. In this manner, the offset distance between columns is different in section A of the terminals than in section B of the terminals.

As shown in FIGS. **27** and **28**, the cross sectional height of terminals taken along line A—A in section A of the

16

terminal is $H_1$ and the cross sectional height of terminals in section B taken along line B—B is height $H_2$. As shown in FIG. **27**, the offset of terminals in section A, where the cross sectional height of the terminal is $H_1$, is a distance $D_1$.

Similarly, FIG. **28** shows the offset of the terminals in section B of the terminal. As shown, the offset distance between terminals in section B of the terminal is $D_2$. Preferably, the offset $D_2$ is chosen to minimize crosstalk, and may be different from the offset $D_2$ because spacing or other parameters are different. The multi-active cross talk that occurs between the terminals can thus be reduced, thereby increasing signal integrity.

In another embodiment of the invention, to further reduce cross talk, the offset between adjacent terminal columns is different than the offset between vias on a mated printed circuit board. A via is conducting pathway between two or more layers on a printed circuit board. Typically, a via is created by drilling through the printed circuit board at the appropriate place where two or more conductors will interconnect.

To illustrate such an embodiment, FIG. **29** illustrates a front view of a cross section of four columns of terminals as the terminals mate to vias on an electrical device. Such an electric device may be similar to those as illustrated in FIG. **16**A. The terminals **1710** of the connector (not shown) are inserted into vias **1700** by connection pins (not shown). The connection pins, however, may be similar to those shown in FIG. **17**.

In accordance with this embodiment of the invention, the offset between adjacent terminal columns is different than the offset between vias on a mated printed circuit board. Specifically, as shown in FIG. **29**, the distance between the offset of adjacent column terminals is $D_c$ and the distance between the offset of vias in an electrical device is $D_v$. By varying these two offset distances to their optimal values in accordance with the invention, the cross talk that occurs in the connector of the invention is reduced and the corresponding signal integrity is maintained.

FIG. **30** is a perspective view of a portion of another embodiment of a right angle electrical connector **1100**. As shown in FIG. **30**, conductors **130** are positioned from a first plane to a second plane that is orthogonal to the first plane. Distance D between adjacent conductors **930** remains substantially constant, even though the width of conductor **930** may vary and even though the path of conductor **930** may be circuitous. This substantially constant gap D provides a substantially constant differential impedance along the length of the conductors.

FIG. **31** is a perspective view of another embodiment of a right angle electrical connector **1200**. As shown in FIG. **12**, modules **1210** are positioned in a frame **1220** to provide proper spacing between adjacent modules **1210**.

FIG. **32** is a perspective view of an alternate embodiment of a receptacle connector **1100'**. As shown in FIG. **32**, connector **1100'** comprises a frame **1190** to provide proper spacing between connection pins **1175'**. Frame **1190** comprises recesses, in which conductors **1175'** are secured. Each conductor **1175'** comprises a single contact interface **1191** and a connection pin **1192**. Each contact interface **1191** extends from frame **1190** for connection to a corresponding plug contact, as described above. Each connection pin **1942** extends from frame **1190** for electrical connection to a second electrical device. Receptacle connector **1190** may be assembled via a stitching process.

To attain desirable gap tolerances over the length of conductors **903**, connector **900** may be manufactured by the method as illustrated in FIG. **33**. As shown in FIG. **33**, at step

17

1400, conductors **930** are placed in a die blank with predetermined gaps between conductors **930**. At step **1410**, polymer is injected into the die blank to form the frame of connector **900**. The relative position of conductors **930** are maintained by frame **950**. Subsequent warping and twisting caused by residual stresses can have an effect on the variability, but if well designed, the resultant frame **950** should have sufficient stability to maintain the desired gap tolerances. In this manner, gaps between conductors **930** can be controlled with variability of tenths of thousandths of an inch.

Preferably, to provide the best performance, the current carrying path through the connector should be made as highly conductive as possible. Because the current carrying path is known to be on the outer portion of the contact, it is desirable that the contacts be plated with a thin outer layer of a high conductivity material. Examples of such high conductivity materials include gold, copper, silver, a tin alloy.

It is to be understood that the foregoing illustrative embodiments have been provided merely for the purpose of explanation and are in no way to be construed as limiting of the invention. Words which have been used herein are words of description and illustration, rather than words of limitation. Further, although the invention has been described herein with reference to particular structure, materials and/or embodiments, the invention is not intended to be limited to the particulars disclosed herein. Rather, the invention extends to all functionally equivalent structures, methods and uses, such as are within the scope of the appended claims. Those skilled in the art, having the benefit of the teachings of this specification, may affect numerous modifications thereto and changes may be made without departing from the scope and spirit of the invention in its aspects.

What is claimed is:

1. An electrical connector assembly comprising:

a first connector comprising:

a first differential signal pair positioned along a first linear array of electrical contacts;

a second differential signal pair positioned along a second linear array of electrical contacts, wherein the second linear array of electrical contacts is positioned adjacent to the first linear array of electrical contacts; and

a third differential signal pair positioned along a third linear array of electrical contacts, wherein the third linear array of electrical contacts is positioned adjacent to the second linear array of electrical contacts; and

a second connector comprising a fourth linear array of electrical contacts, a fifth linear array of electrical contacts positioned adjacent to the fourth linear array of electrical contacts, and a sixth linear array of electrical contacts positioned adjacent to the fifth linear array of electrical contacts,

wherein (i) the first connector is devoid of shields between the first, second, and third linear array of electrical contacts; (ii) the first and second differential signal pairs each comprise contacts with mating ends that define, in cross-section, an edge and a broadside; (iii) the mating ends of the contacts of the first differential signal pair are positioned edge-to-edge; (iv) the mating ends of the contacts of the second differential signal pair are positioned edge-to-edge; (v) the second connector is devoid of shields between the fourth, fifth, and sixth linear arrays of electrical contacts; (vi) the second differential signal pair is offset by a row pitch or

18

less, in a direction along the second linear array of electrical contacts, with respect to the first differential signal pair and the third differential signal pair; (vii) the first, second, and third linear arrays each extend along imaginary centerlines that have a pitch between them of about two millimeters or less: and (viii) the second linear array of electrical contacts is staggered with respect to each of the first linear array of electrical contacts and the third linear array of electrical contacts.

2. The electrical connector assembly of claim **1**, wherein at least one of the first electrical connector and the second electrical connector has a near-end cross-talk of less than about three percent at an initial rise time of approximately 40 picoseconds.

3. The electrical connector assembly of claim **1**, wherein at least one of tie first electrical connector and the second electrical connector has a far-end cross talk of less than about four percent at an initial rise time of approximately 40 picoseconds.

4. The electrical connector assembly of claim **1**, further comprising a dielectric base and a ground contact positioned adjacent to the first differential signal pair in the first linear array of electrical contacts, wherein the ground contact extends from the dielectric base a greater distance than the signal contacts that comprise the first differential signal pair.

5. The electrical connector assembly of claim **1**, wherein at least one of the first electrical connector and the second electrical connector has an insertion loss of less than about 0.7 dB at 5GHz.

6. The electrical connector assembly of claim **1**, wherein the impedance of the first differential pair is 100±10 Ohms at about a data rate of about 1 Gigabit/sec and 100±10 Ohms at a data rate in the range of 10 Gigabits/sec.

7. The electrical connector assembly of claim **1**, wherein the first differential signal pair is positioned along a first contact column and the second differential signal pair is positioned along a second contact column.

8. The electrical connector assembly of claim **1**, comprising a first lead assembly and second lead assembly adjacent to the first lead assembly, wherein the first differential signal pair is disposed on the first lead assembly and the adjacent differential signal pair is disposed on the second lead assembly.

9. The electrical connector assembly of claim **1**, wherein the mating ends of the contacts of the first differential signal pair are edge-coupled and the mating ends of the contacts of the second differential signal pair are edge-coupled.

10. The electrical connector assembly of claim **1**, wherein the contacts of the first differential signal pair and the contacts of the second differential signal pair each terminate with a corresponding fusible mounting element.

11. The electrical connector assembly of claim **1**, having a row pitch of about 1.4 mm.

12. The electrical connector assembly of claim **1**, having a card pitch of about 25 mm.

13. The electrical connector assembly of claim **1**, wherein the connector assembly is a right angle, ball grid array connector assembly.

14. The electrical connector assembly of claim **1**, having a contact density of about 63.5 mated signal pairs per linear inch.

15. The electrical connector assembly of claim **1**, having a contact density of more than about 63.5 mated signal pairs per linear inch.

16. The electrical connector assembly of claim **1**, having an insertion loss of less than about 0.7 dB at 5GHz.

17. The electrical connector assembly of claim **1**, wherein a contact space defined between two facing ends of the two

19                                        20

electrical contacts is less than an array space defined between the first linear array of electrical contacts and the second linear array of electrical contacts.

**18**. The electrical connector assembly of claim **17**, wherein a signal carried by the first differential signal pair induces a first electric field in the contact space between the two electrical contacts and a second electric field in the array space between the first linear array of electrical contacts and the second linear array of electrical contacts, wherein the first electric field is stronger than the second electric field.

**19**. The electrical connector assembly of claim **17**, further comprising an air dielectric in the contact space.

**20**. The electrical connector assembly of claim **17**, wherein the contact space is approximately 0.3 to 0.4 mm.

**21**. The electrical connector assembly of claim **1**, comprising a housing though which the contacts extend, wherein the housing is filled at least in part with a dielectric material that electrically insulates the contacts.

**22**. The electrical connector assembly of claim **21**, wherein the dielectric material is air.

**23**. An electrical connector comprising:

a first differential signal pair positioned along a first linear array of electrical contacts, said first linear array extending along a first direction, said first differential signal pair comprising a first electrical contact and a second electrical contact, each of said first and second electrical contacts having a respective mating end, each said mating end having a cross-section defining an edge and a broadside, each said broadside extending along the first direction, the edge of the first electrical contact being positioned adjacent to the edge of the second electrical contact such that a gap is formed between the edges of the first and second electrical contacts; and

a second differential signal pair positioned adjacent the first differential signal pair along a second linear array of electrical contacts, said second differential signal pair comprising a third electrical contact and a fourth electrical contact, each of said third and fourth electrical contacts having a respective mating end, each said mating end having a cross-section defining an edge and a broadside, each said broadside extending along the first direction,

wherein the second differential signal pair is offset by a row pitch or less in the first direction relative to the first differential signal pair, and the broadside of the third electrical contact fLces the broadside of the second electrical contact, and

wherein each of said first and second electrical contacts has a respective terminal end, and wherein the gap has a gap width that varies such that a uniform impedance profile is provided between the electrical contacts from the respective mating ends to the respective terminal ends thereof.

**24**. The electrical connector of claim **23**, wherein the gap has a gap width such that the mating ends of the first and second electrical contacts are edge-coupled.

**25**. The electrical connector of claim **23**, wherein the electrical connector is devoid of shields between the first differential signal pair and the second differential signal pair.

**26**. The electrical connector assembly of claim **25**, wherein a contact space defined between two facing ends of the two electrical contacts is less than an array space defined between the first linear array of electrical contacts and the second linear array of electrical contacts.

**27**. The electrical connector assembly of claim **25**, wherein the electrical connector has a near-end cross-talk of less than about three percent at an initial rise time of approximately 40 picoseconds.

**28**. The electrical connector assembly of claim **25**, wherein the electrical connector has a far-end cross talk of less than about four percent at an initial rise time of approximately 40 picoseconds.

**29**. The electrical connector of claim **25**, further comprising a dielectric base and a ground contact positioned adjacent to the first differential signal pair in the first linear array of electrical contacts, wherein the ground contact extends from the dielectric base a greater distance han the signal contacts that comprise the first differential signal pair.

**30**. The electrical connector assembly of claim **25**, wherein the electrical connector has an insertion loss of less than about 0.7 dB at 5GHz.

**31**. The electrical connector of claim **25**, wherein the impedance of the first differential pair is 100±10 Ohms at about a data rate of about 1 Gigabit/sec and 100±10 Ohms at a data rate in the range of 10 Gigabits/sec.

**32**. The electrical connector of claim **25**, wherein the second linear array of electrical contacts is offset with respect to the first linear array of electrical contacts.

**33**. The electrical connector of claim **25**, wherein the first differential signal pair is positioned along a first contact column and the second differential signal pair is positioned along a second contact column.

**34**. The electrical connector of claim **25**, comprising a first lead assembly and second lead assembly adjacent to the first lead assembly, wherein the first differential signal pair is disposed on the first lead assembly and the adjacent differential signal pair is disposed on the second lead assembly.

**35**. The electrical connector of claim **25**, wherein the mating ends of the contacts of the first differential signal pair are edge-coupled.

**36**. The electrical connector of claim **25**, wherein the contacts of the first differential signal pair each terminate with a corresponding fusible mounting element.

**37**. The electrical connector of claim **25**, wherein a differential signal in the first differential signal pair produces an electric field having a first electric field strength in a gap between the edges of the contacts of the first differential signal pair and a second electric field strength near the second differential signal pair, wherein the second electric field strength is lower than the first electric field strength.

**38**. The electrical connector of claim **25**, having a row pitch of about 1.4 mm.

**39**. The electrical connector of claim **25**, having a column pitch of about 2.0 mm or less.

**40**. The electrical connector of claim **25**, having a card pitch of about 25 mm.

**41**. The electrical connector of claim **25**, wherein the connector assembly is a right angle, ball grid array connector.

**42**. The electrical connector of claim **25**, having a contact density of about 63.5 mated signal pairs per linear inch.

**43**. The electrical connector of claim **25**, having a contact density of more than about 63.5 mated signal pairs per linear inch.

**44**. The electrical connector of claim **25**, having an insertion loss of less than about 0.7 dB at 5GHz.

**45**. The electrical connector assembly of claim **25**, wherein a signal carried by the first differential signal pair induces a first electric field in the contact space between the two electrical contacts and a second electric field in the array space between the first linear array of electrical contacts and the second linear array of electrical contacts, wherein the first electric field is stronger than the second electric field.

US 6,976,886 B2

21

**46**. The electrical connector of claim **45**, further comprising an air dielectric in the contact space.

**47**. The electrical connector of claim **45**, wherein the contact space is approximately 0.3 to 0.4 mm.

**48**. The electrical connector of claim **25**, comprising a housing though which the contacts extend, wherein the

22

housing is filled at least in part with a dielectric material that electrically insulates the contacts.

**49**. The electrical connector of claim **48**, wherein the dielectric material is air.

\* \* \* \* \*

# EXHIBIT K

# Manual of
# PATENT
# EXAMINING
# PROCEDURE

Original Eighth Edition, August 2001
Latest Revision August 2006



## U.S. DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

Rev. 5, Aug. 2006

The U.S. Patent and Trademark Office does not handle the sale of the Manual, distribution of notices and revisions, or change of address of those on the subscription list. Correspondence relating to existing subscriptions should be sent to the Superintendent of Documents at the following address:

> Superintendent of Documents       Telephone:   202-512-2267
> Mail List Section
> Washington, DC 20402

Inquiries relating to purchasing the Manual should be directed to:

> Superintendent of Documents       Telephone:   202-512-1800
> United States Government Printing Office
> Washington, DC 20402

Orders for reproduced copies of individual replacement pages or of previous revisions of the Manual should be sent to the following address:

> Mail Stop Document Services       Telephone:   1-800-972-6382 or 571-272-3150
> Director of the U.S. Patent and Trademark Office
> P.O. Box 1450
> Alexandria, VA 22313-1450

Previous editions and revisions of the Manual are available on microfilm in the Patent Search Room.
The Manual is available on CD-ROM and on diskette from:

> U.S. Patent and Trademark Office       Telephone:   571-272-5600
> Office of Electronic Information Products
> MDW 4C18,  P.O. Box 1450
> Alexandria, VA 22313-1450

Employees of the U.S. Patent and Trademark Office should direct their requests for the Manual, replacement pages, notices, and revisions to the Office of Patent Training.       Telephone:   571-272-7222

Pursuant to the Patent and Trademark Office Efficiency Act (PTOEA) (Pub. L. 106-113, 113 Stat. 1501A-572), the head of the United States Patent and Trademark Office (USPTO) is the "Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office." The Director is assisted by the "Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office." The patent operations of the USPTO are now headed by the "Commissioner for Patents." The trademark operations of the USPTO are now headed by the "Commissioner for Trademarks." Under section 4741(b) of the PTOEA, any reference to the Commissioner of Patents and Trademarks, the Assistant Commissioner for Patents, or the Assistant Commissioner for Trademarks is deemed to refer to the Director, the Commissioner for Patents, or the Commissioner for Trademarks, respectively. See "Reestablishment of the Patent and Trademark Office as the United States Patent and Trademark Office" published in the *Federal Register* at 65 FR 17858 (Apr. 5, 2000), and in the *Official Gazette of the United States Patent and Trademark Office* at 1234 O.G. 41 (May 9, 2000).

Additions to the text of the Manual are indicated by arrows (><) inserted in the text.   Deletions are indicated by a single asterisk (*) where a single word was deleted and by two asterisks (**) where more than one word was deleted. The use of three or five asterisks in the body of the laws, rules, treaties, and administrative instructions indicates a portion of the law, rule, treaty, or administrative instruction which was not reproduced.

> First Edition, November 1949
> Second Edition, November 1953
> Third Edition, November 1961
> Fourth Edition, June 1979
> Fifth Edition, August 1983
> Sixth Edition, January 1995
> Seventh Edition, July 1998
> Eighth Edition, August 2001
>    Revision 1, February 2003
>    Revision 2, May 2004
>    Revision 3, August 2005
>    Revision 4, October 2005
>    Revision 5, August 2006

## 201.07    Continuation Application [R-3]

A continuation is a second application for the same invention claimed in a prior nonprovisional application and filed before the original prior application becomes abandoned or patented. The continuation application may be filed under 37 CFR 1.53(b) (or 1.53(d) if the application is a design application). The applicant in the continuation application must include at least one inventor named in the prior nonprovisional application. The disclosure presented in the continuation must be the same as that of the original application; i.e., the continuation should not include anything which would constitute new matter if inserted in the original application. The continuation application must claim the benefit of the prior nonprovisional application under 35 U.S.C. 120 or 365(c). >For more information on claiming the benefit of a prior nonprovisional application, see MPEP § 201.11.<

An application claiming the benefits of a provisional application under 35 U.S.C. 119(e) should not be called a "continuation" of the provisional application since an application that claims benefit of a provisional application is a nonprovisional application of a provisional application, not a continuation, division, or continuation-in-part of the provisional application.

At any time before the patenting or abandonment of or termination of proceedings on his or her earlier nonprovisional application, an applicant may have recourse to filing a continuation in order to introduce into the application a new set of claims and to establish a right to further examination by the primary examiner. *>A continued prosecution< application >(CPA)< under 37 CFR 1.53(d) >(available only for design applications)<, however, must be filed prior to payment of the issue fee unless a petition under 37 CFR 1.313(c) is granted in the prior application. In addition, a continuation or divisional application may only be filed under 37 CFR 1.53(d) if the prior nonprovisional application is a design application that is complete as defined by 37 CFR 1.51(b).

For notation to be put in the file history by the examiner in the case of a continuation application, see MPEP § 202.02.

Use form paragraph 2.05 to remind applicant of possible continuation status.

¶ 2.05 Possible Status as Continuation

This application discloses and claims only subject matter disclosed in prior application no **[1]**, filed **[2]**, and names an inventor or inventors named in the prior application. Accordingly, this application may constitute a continuation or division. Should applicant desire to obtain the benefit of the filing date of the prior application, attention is directed to 35 U.S.C. 120 and 37 CFR 1.78.

**Examiner Note:**

1.    This form paragraph should only be used if it appears that the application may be a continuation, but priority has not been properly established.

2.    An application claiming the benefits of a provisional application under 35 U.S.C. 119(e) should not be called a "continuation" of the provisional application since an application that claims benefit of a provisional application is a nonprovisional application of a provisional application, not a continuation, division, or continuation-in-part of the provisional application.

## 201.08    Continuation-in-Part Application [R-3]

A continuation-in-part is an application filed during the lifetime of an earlier nonprovisional application, repeating some substantial portion or all of the earlier nonprovisional application and *adding matter not disclosed* in the said earlier nonprovisional application. (*In re Klein*, 1930 C.D. 2, 393 O.G. 519 (Comm'r Pat. 1930)). The continuation-in-part application may only be filed under 37 CFR 1.53(b). The continuation-in-part application must claim the benefit of the prior nonprovisional application under 35 U.S.C. 120 or 365(c). >For more information on claiming the benefit of a prior nonprovisional application, see MPEP § 201.11.<

A continuation-in-part application CANNOT be filed as a continued prosecution application (CPA) under 37 CFR 1.53(d).

An application claiming the benefit of a provisional application under 35 U.S.C. 119(e) should not be called a "continuation-in-part" of the provisional application since an application that claims benefit of a provisional application is a nonprovisional application of a provisional application, not a continuation, division, or continuation-in-part of the provisional application.

The mere filing of a continuation-in-part does not itself create a presumption that the applicant acquiesces in any rejections which may be outstanding in the copending national nonprovisional application or

201.09                    MANUAL OF PATENT EXAMINING PROCEDURE

applications upon which the continuation-in-part application relies for benefit.

A continuation-in-part filed by a sole applicant may also derive from an earlier joint application showing a portion only of the subject matter of the later application, subject to the conditions set forth in 35 U.S.C. 120 and 37 CFR 1.78. Subject to the same conditions, a joint continuation-in-part application may derive from an earlier sole application.

Unless the filing date of the earlier nonprovisional application is actually needed, for example, in the case of an interference or to overcome a reference, there is no need for the Office to make a determination as to whether the requirement of 35 U.S.C. 120, that the earlier nonprovisional application discloses the invention of the second application in the manner provided by the first paragraph of 35 U.S.C. 112, is met and whether a substantial portion of all of the earlier nonprovisional application is repeated in the second application in a continuation-in-part situation. Accordingly, an alleged continuation-in-part application should be permitted to claim the benefit of the filing date of an earlier nonprovisional application if the alleged continuation-in-part application complies with the **>other< requirements of 35 U.S.C. 120 >and 37 CFR 1.78, such as<:

(A) The first application and the alleged continuation-in-part application were filed with at least one common inventor;

(B) The alleged continuation-in-part application was "filed before the patenting or abandonment of or termination of proceedings on the first application or an application similarly entitled to the benefit of the filing date of the first application"; and

(C) The alleged continuation-in-part application "contains or is amended to contain a specific reference to the earlier filed application." (The specific reference **>must be submitted either in the first sentence(s) of the specification or in an application data sheet (see 37 CFR 1.76(b)(5)).)<

See MPEP § 201.11 for more information on claiming the benefit of a prior nonprovisional application.<

For notation to be put in the file history by the examiner in the case of a continuation-in-part application see MPEP § 202.02. See MPEP § 708 for order of examination.

Use form paragraph 2.06 to remind applicant of possible continuation-in-part status.

¶ 2.06 Possible Status as Continuation-in-Part

This application repeats a substantial portion of prior Application No. [1], filed [2], and adds and claims additional disclosure not presented in the prior application. Since this application names an inventor or inventors named in the prior application, it may constitute a continuation-in-part of the prior application. Should applicant desire to obtain the benefit of the filing date of the prior application, attention is directed to 35 U.S.C. 120 and 37 CFR 1.78.

Examiner Note:
1.    This form paragraph should only be used when it appears that the application may qualify as a continuation-in-part, but no priority claim has been perfected.
2.    An application claiming the benefits of a provisional application under 35 U.S.C. 119(e) should not be called a "continuation-in-part" of the provisional application since an application that claims benefit of a provisional application is a nonprovisional application of a provisional application, not a continuation, division, or continuation-in-part of the provisional application.

# 201.09    Substitute Application  [R-5]

The use of the term "Substitute" to designate any application which is in essence the duplicate of an application by the same applicant abandoned before the filing of the later application, finds official recognition in the decision *Ex parte Komenak*, 45 USPQ 186, 1940 C.D. 1, 512 O.G. 739 (Comm'r Pat. 1940). Current practice does not require applicant to insert in the specification reference to the earlier application; however, attention should be called to the earlier application. The notation in the file history (see MPEP § 202.02) that one application is a "Substitute" for another is printed in the heading of the patent copies. See  MPEP § 202.02.

As is explained in MPEP § 201.11, a "Substitute" does not obtain the benefit of the filing date of the prior application.

Use form paragraph 2.07 to remind applicant of possible substitute status.
**>

¶ 2.07 Definition of a Substitute

Applicant refers to this application as a "substitute" of Application No. [1], filed  [2]. The use of the term "substitute" to designate an application which is in essence the duplicate of an application by the same applicant abandoned before the filing of the later case finds official recognition in the decision, *Ex parte Komenak*, 45 USPQ 186, 1940 C.D. 1, 512 O.G. 739 (Comm'r Pat. 1940). The notation on the file wrapper (See  MPEP § 202.02) that one case is a "substitute" for another is printed in the

# EXHIBIT L

US006994569B2

(12) **United States Patent**
Minich et al.

(10) Patent No.: **US 6,994,569 B2**
(45) **Date of Patent:** **Feb. 7, 2006**

(54) **ELECTRICAL CONNECTORS HAVING CONTACTS THAT MAY BE SELECTIVELY DESIGNATED AS EITHER SIGNAL OR GROUND CONTACTS**

(75) Inventors: **Steven E. Minich**, York, PA (US); **Joseph B. Shuey**, Camp Hill, PA (US); **Gregory A. Hull**, York, PA (US); **Stephen Smith**, Mechanicsburg, PA (US)

(73) Assignee: **FCI America Technology, Inc.**, Reno, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/634,547**

(22) Filed: **Aug. 5, 2003**

(65) **Prior Publication Data**

US 2004/0097112 A1     May 20, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/294,966, filed on Nov. 14, 2002, and a continuation-in-part of application No. 10/155,786, filed on May 24, 2002, now Pat. No. 6,652,318, which is a continuation-in-part of application No. 09/990,794, filed on Nov. 14, 2001, now Pat. No. 6,692,272.

(51) Int. Cl.
*H01R 12/00*     (2006.01)

(52) U.S. Cl. ............................................................ **439/79**

(58) Field of Classification Search ................ 439/607, 439/79, 108, 608
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,286,220 A     11/1966  Marley, et al. .............. 439/680

| | | | |
|---|---|---|---|
| 3,538,486 A | 11/1970 | Shlesinger, Jr. | 439/268 |
| 3,669,054 A | 6/1972 | Desso, et al. | 113/119 |
| 3,748,633 A | 7/1973 | Lundergan | 339/217 S |
| 4,076,362 A | 2/1978 | Ichimura | |
| 4,159,861 A | 7/1979 | Anhalt | |
| 4,260,212 A | 4/1981 | Ritchie et al. | 339/97 R |
| 4,288,139 A | 9/1981 | Cobaugh et al. | 339/74 R |
| 4,383,724 A | 5/1983 | Verhoeven | 439/510 |
| 4,402,563 A | 9/1983 | Sinclair | |
| 4,560,222 A | 12/1985 | Dambach | |
| 4,717,360 A | 1/1988 | Czaja | 439/710 |
| 4,776,803 A | 10/1988 | Pretchel et al. | 439/59 |
| 4,815,987 A | 3/1989 | Kawano et al. | 439/263 |
| 4,867,713 A | 9/1989 | Ozu et al. | 439/833 |
| 4,907,990 A | 3/1990 | Bertho et al. | 439/851 |
| 4,913,664 A | 4/1990 | Dixon et al. | 439/607 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP     0 273 683 A2     7/1988

(Continued)

OTHER PUBLICATIONS

Nadolny, J. et al., "Optimizing Connector Selection for Gigabit Signal Speeds", *ENC™*, Sep. 1, 2000, http://www.ecnmag.com/article/CA45245, 6 pages.

(Continued)

*Primary Examiner*—Ross Gushi
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

An electrical connector according to the invention includes a linear contact array of electrically conductive contacts and a lead frame into which the contacts at least partially extend. The contacts may be selectively designated as either ground or signal contacts such that, in a first designation, the contacts form at least one differential signal pair comprising a pair of signal contacts, and, in a second designation, the contacts form at least one single-ended signal conductor.

**33 Claims, 68 Drawing Sheets**



**US 6,994,569 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,973,271 | A | 11/1990 | Ishizuka et al. ............. 439/839 |
| 5,066,236 | A | 11/1991 | Broeksteeg ................. 439/79 |
| 5,077,893 | A | 1/1992 | Mosquera et al. ........... 29/882 |
| 5,163,849 | A * | 11/1992 | Fogg et al. ................ 439/497 |
| 5,174,770 | A | 12/1992 | Sasaki et al. ............. 439/108 |
| 5,238,414 | A | 8/1993 | Yaegashi et al. .......... 439/108 |
| 5,254,012 | A | 10/1993 | Wang ...................... 439/263 |
| 5,274,918 | A | 1/1994 | Reed ...................... 29/882 |
| 5,286,212 | A | 2/1994 | Broeksteeg ............... 439/108 |
| 5,302,135 | A | 4/1994 | Lee ....................... 439/263 |
| 5,342,211 | A | 8/1994 | Broeksteeg ............... 439/108 |
| 5,356,300 | A | 10/1994 | Costello et al. ........... 439/101 |
| 5,431,578 | A | 7/1995 | Wayne .................... 439/259 |
| 5,475,922 | A | 12/1995 | Tamura et al. ............ 29/881 |
| 5,558,542 | A | 9/1996 | O'Sullivan, et al. ....... 439/682 |
| 5,590,463 | A | 1/1997 | Feldman et al. ........... 29/844 |
| 5,609,502 | A | 3/1997 | Thumma ................... 439/747 |
| 5,730,609 | A | 3/1998 | Harwath .................. 439/108 |
| 5,741,144 | A | 4/1998 | Elco et al. ............... 439/101 |
| 5,741,161 | A | 4/1998 | Cahaly et al. ............ 439/709 |
| 5,795,191 | A | 8/1998 | Preputnick et al. ........ 439/608 |
| 5,817,973 | A | 10/1998 | Elco, et al. .............. 174/32 |
| 5,908,333 | A | 6/1999 | Perino et al. ............. 439/631 |
| 5,961,355 | A | 10/1999 | Morlion et al. ........... 439/686 |
| 5,971,817 | A | 10/1999 | Longueville .............. 439/857 |
| 5,980,321 | A | 11/1999 | Cohen et al. ............. 439/608 |
| 5,993,259 | A | 11/1999 | Stokoe et al. ............ 439/608 |
| 6,050,862 | A | 4/2000 | Ishii ..................... 439/843 |
| 6,068,520 | A | 5/2000 | Winings et al. ........... 439/676 |
| 6,123,554 | A | 9/2000 | Ortega et al. ............ 439/79 |
| 6,125,535 | A | 10/2000 | Chiou et al. ............. 29/883 |
| 6,129,592 | A | 10/2000 | Mickievicz et al. ........ 439/701 |
| 6,139,336 | A | 10/2000 | Olson .................... 439/83 |
| 6,146,157 | A | 11/2000 | Lenoir et al. ............ 439/101 |
| 6,146,203 | A | 11/2000 | Elco et al. ............... 439/609 |
| 6,190,213 | B1 | 2/2001 | Reichart et al. .......... 439/736 |
| 6,212,755 | B1 | 4/2001 | Shimada et al. ........... 29/527.1 |
| 6,219,913 | B1 | 4/2001 | Uchiyama ................ 29/883 |
| 6,220,896 | B1 | 4/2001 | Bertoncici et al. ........ 439/608 |
| 6,269,539 | B1 | 8/2001 | Takahashi et al. ......... 29/883 |
| 6,293,827 | B1 | 9/2001 | Stokoe, et al. ........... 439/608 |
| 6,319,075 | B1 | 11/2001 | Clark et al. ............. 439/825 |
| 6,328,602 | B1 | 12/2001 | Yamasaki et al. .......... 439/608 |
| 6,347,952 | B1 | 2/2002 | Hasegawa et al. .......... 439/608 |
| 6,350,134 | B1 | 2/2002 | Fogg et al. ............... 439/79 |
| 6,358,061 | B1 * | 3/2002 | Regnier .................. 439/60 |
| 6,363,607 | B1 | 4/2002 | Chen et al. .............. 29/883 |
| 6,371,773 | B1 | 4/2002 | Crofoot et al. ........... 439/79 |
| 6,379,188 | B1 | 4/2002 | Cohen et al. ............. 439/608 |
| 6,386,914 | B1 | 5/2002 | Collins et al. ........... 439/579 |
| 6,409,543 | B1 | 6/2002 | Astbury, Jr. et al. ...... 439/608 |
| 6,431,914 | B1 | 8/2002 | Billman ................. 439/608 |
| 6,435,914 | B1 | 8/2002 | Billman ................. 439/608 |
| 6,461,202 | B2 | 10/2002 | Kline .................... 439/701 |
| 6,471,548 | B2 | 10/2002 | Bertoncini et al. ........ 439/608 |
| 6,506,081 | B2 | 1/2003 | Blanchfield et al. ....... 439/682 |
| 6,537,111 | B2 | 3/2003 | Brammer et al. .......... 439/857 |
| 6,547,606 | B1 * | 4/2003 | Johnston et al. .......... 439/708 |
| 6,554,647 | B1 | 4/2003 | Cohen et al. ............. 439/607 |
| 6,572,410 | B1 | 6/2003 | Volstorf et al. .......... 439/608 |
| 6,652,318 | B1 | 11/2003 | Winings et al. ........... 439/608 |
| 6,692,272 | B2 | 2/2004 | Lemke et al. ............. 439/108 |
| 6,776,649 | B2 | 8/2004 | Pape et al. .............. 439/485 |
| 2003/0143894 | A1 | 7/2003 | Kline, et al. ............. 439/608 |
| 2003/0220021 | A1 | 11/2003 | Whiteman, Jr. et al. .... 439/608 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 148 587 B1 | 4/2005 |
| JP | 06-236788 | 8/1994 |
| JP | 07-114958 | 5/1995 |
| JP | 2000-003743 | 1/2000 |
| JP | 2000-003744 | 1/2000 |
| JP | 2000-003745 | 1/2000 |
| JP | 2000-003746 | 1/2000 |
| WO | WO 01/29931 A1 | 4/2001 |
| WO | WO 01/39332 A1 | 5/2001 |

## OTHER PUBLICATIONS

"PCB-Mounted Receptacle Assemblies, 2.00 mm(0.079in) Centerlines, Right-Angle Solder-to-Board Signal Receptacle", *Metral*™, Berg Electronics, 10-6-10-7.

Metral™ "Speed and Density Extensions", FCI, Jun. 3, 1999, 25 pages.

Framatome Connector Specification, 1 page.

MILLIPACS Connector Type A Specification, 1 page.

\* cited by examiner

FIG. 1A
(PRIOR ART)



## FIG. 1B
### (PRIOR ART)



FIG. 2A



FIG. 2B



FIG. 3A



## NEXT vs. Offset
### 1.8 mm Col Spacing, 1.65 mm Row Spacing

## FIG. 3B



FIG. 3C

U.S. Patent          Feb. 7, 2006          Sheet 8 of 68          US 6,994,569 B2



FIG. 4A



FIG. 4B



# FIG. 4C



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 10



FIG. 11

FIG. 9



FIG. 12

FIG. 13A



FIG. 13B



FIG. 14



FIG. 15



FIG. 16A



FIG. 16B



# FIG. 16C



FIG. 17

Case 1:07-cv-00049-JJF    Document 42-3    Filed 10/22/2007    Page 27 of 103



**FIG. 18**



FIG. 19A



FIG. 19B



**FIG. 20**          **FIG. 21**



FIG. 22



FIG. 23



FIG. 24

Case 1:07-cv-00049-JJF    Document 42-3    Filed 10/22/2007    Page 34 of 103



FIG. 25



FIG. 26



FIG. 27         FIG. 28



FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34A



FIG. 34B



FIG. 35A



FIG. 35B

Case 1:07-cv-00049-JJF    Document 42-3    Filed 10/22/2007    Page 46 of 103



FIG. 36



FIG. 37



FIG. 38A          FIG. 38B          FIG. 38C



FIG. 39



FIG. 40A    FIG. 40B    FIG. 40C



FIG. 41



FIG. 42A

INSERTION LOSS
Differential AirMax VS

FIG. 42B

CROSSTALK

Worst-Case Multi-Active Near-End Crosstalk

|  | AB | BC | DE | EF | GH | HI | JK | KL | MN | NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 40ps (10-90%) | 1.9 | 2.4 | 2.4 | 2.3 | 2.5 | 2.2 | 2.4 | 2.1 | 2.6 | 1.7 |
| 100ps (10-90%) | 1.4 | 1.8 | 1.7 | 1.8 | 1.9 | 1.7 | 2.0 | 1.7 | 1.8 | 1.0 |

FIG. 42C

Worst-Case Multi-Active Far-End Crosstalk

|  | AB | BC | DE | EF | GH | HI | JK | KL | MN | NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 40ps (10-90%) | 2.7 | 1.8 | 5.0 | 3.4 | 4.2 | 3.2 | 4.1 | 2.9 | 2.4 | 1.1 |
| 100ps (10-90%) | 1.3 | 0.8 | 2.2 | 1.5 | 1.9 | 1.4 | 1.8 | 1.3 | 1.1 | 0.5 |

FIG. 42D



FIG.43



FIG. 44A



FIG. 44B



FIG. 44C

CROSSTALK

Worst-Case Multi-Active Near-End Crosstalk

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150ps(20-80%) | 5.0 | 7.3 | 7.3 | 7.4 | 6.0 | 6.2 | 7.2 | 7.6 | 8.0 | 8.7 | 6.6 | 7.6 | 8.0 | 7.8 | 4.2 |

FIG. 44D

Worst-Case Multi-Active Far-End Crosstalk

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150ps(20-80%) | 2.0 | 2.9 | 2.4 | 2.4 | 2.6 | 2.4 | 2.9 | 2.9 | 2.5 | 2.8 | 2.6 | 2.7 | 2.8 | 2.8 | 1.7 |

FIG. 44E



Single-Ended IMLA to Differential IMLA
Near-End Crosstalk Approximation

40ps (10-90 %)

FIG. 45A



Single-Ended IMLA to Differential IMLA
Far-End Crosstalk Approximation



40ps (10-90 %)

FIG. 45B



Single-Ended IMLA to Differential IMLA
Near-End Crosstalk Approximation

100ps (10-90%)

FIG. 45C



Single-Ended IMLA to Differential IMLA Far-End Crosstalk Approximation

100ps (10-90%)

FIG. 45D



Single-Ended IMLA to Differential IMLA
Near-End Crosstalk Approximation

150ps (20-80%)

FIG. 45E



FIG. 45F



Differential IMLA to Single-Ended IMLA
Near-End Crosstalk Approximation

40ps (10-90 %)

FIG. 46A



Differential IMLA to Single-Ended IMLA
Far-End Crosstalk Approximation

40ps (10-90%)





FIG. 46B



Differential IMLA to Single-Ended IMLA
Near-End Crosstalk Approximation

100ps (10-90%)





FIG. 46C



Differential IMLA to Single-Ended IMLA
Far-End Crosstalk Approximation

100ps (10-90%)

FIG. 46D



FIG. 46E



Differential IMLA to Single-Ended IMLA
Far-End Crosstalk Approximation

150ps (20-80%)

FIG. 46F

US 6,994,569 B2

1

# ELECTRICAL CONNECTORS HAVING CONTACTS THAT MAY BE SELECTIVELY DESIGNATED AS EITHER SIGNAL OR GROUND CONTACTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 10/294,966 filed Nov. 14, 2002, which is a continuation-in-part of U.S. patent application Ser. No. 09/990,794, filed Nov. 14, 2001, now U.S. Pat. No. 6,692, 272, and U.S. patent application Ser. No. 10/155,786, filed May 24, 2002, now U.S. Pat. No. 6,652,318. The content of each of the above-referenced U.S. patents and patent applications is herein incorporated by reference in its entirety.

## FIELD OF THE INVENTION

Generally, the invention relates to the field of electrical connectors. More particularly, the invention relates to electrical connectors having contacts that may be selectively designated as either ground or signal contacts such that, in a first designation, the contacts form at least one differential signal pair, and, in a second designation, the contacts form at least one single-ended signal conductor.

## BACKGROUND OF THE INVENTION

Electrical connectors provide signal connections between electronic devices using signal contacts. Often, the signal contacts are so closely spaced that undesirable interference, or "cross talk," occurs between adjacent signal contacts. As used herein, the term "adjacent" refers to contacts (or rows or columns) that are next to one another. Cross talk occurs when one signal contact induces electrical interference in an adjacent signal contact due to intermingling electrical fields, thereby compromising signal integrity. With electronic device miniaturization and high speed, high signal integrity electronic communications becoming more prevalent, the reduction of cross talk becomes a significant factor in connector design.

One commonly used technique for reducing cross talk is to position separate electrical shields, in the form of metallic plates, for example, between adjacent signal contacts. The shields act to block cross talk between the signal contacts by blocking the intermingling of the contacts' electric fields. FIGS. 1A and 1B depict exemplary contact arrangements for electrical connectors that use shields to block cross talk.

FIG. 1A depicts an arrangement in which signal contacts S and ground contacts G are arranged such that differential signal pairs S+, S− are positioned along columns **101–106**. As shown, shields **112** can be positioned between contact columns **101–106**. A column **101–106** can include any combination of signal contacts S+, S− and ground contacts G. The ground contacts G serve to block cross talk between differential signal pairs in the same column. The shields **112** serve to block cross talk between differential signal pairs in adjacent columns.

FIG. 1B depicts an arrangement in which signal contacts S and ground contacts G are arranged such that differential signal pairs S+, S− are positioned along rows **111–116**. As shown, shields **122** can be positioned between rows **111–116**. A row **111–116** can include any combination of signal contacts S+, S− and ground contacts G. The ground contacts G serve to block cross talk between differential

2

signal pairs in the same row. The shields **122** serve to block cross talk between differential signal pairs in adjacent rows.

Because of the demand for smaller, lower weight communications equipment, it is desirable that connectors be made smaller and lower in weight, while providing the same performance characteristics. Shields take up valuable space within the connector that could otherwise be used to provide additional signal contacts, and thus limit contact density (and, therefore, connector size). Additionally, manufacturing and inserting such shields substantially increase the overall costs associated with manufacturing such connectors. In some applications, shields are known to make up 40% or more of the cost of the connector. Another known disadvantage of shields is that they lower impedance. Thus, to make the impedance high enough in a high contact density connector, the contacts would need to be so small that they would not be robust enough for many applications.

The dielectrics that are typically used to insulate the contacts and retain them in position within the connector also add undesirable cost and weight.

Therefore, a need exists for a lightweight, high-speed electrical connector (i.e., one that operates above 1 Gb/s and typically in the range of about 10 Gb/s) that reduces the occurrence of cross talk without the need for separate shields, and provides for a variety of other benefits not found in prior art connectors.

## SUMMARY OF THE INVENTION

An electrical connector according to the invention includes a linear contact array of electrically conductive contacts and a lead frame into which the contacts at least partially extend. The contacts, such as within a column, may be selectively designated as either ground or signal contacts such that, in a first designation, the contacts form at least one differential signal pair comprising a pair of signal contacts, in a second designation, the contacts form at least one single-ended signal conductor, and in a third designation, the contacts form at least one differential signal pair and at least one single-ended signal conductor.

The contact array may include at least one ground contact disposed adjacent to the at least one differential signal pair in the first designation and adjacent to the at least one single-ended signal conductor in the second designation. The ground contact may be disposed in the same relative location within the contact array in both the first designation and the second designation. A terminal end of the ground contact may extend beyond the terminal ends of the signal contacts so that the ground contact mates before any of the signal contacts.

Cross-talk between signal contacts in the first linear array and signal contacts in an adjacent such linear array may be limited to a desirable level as a result of the configuration of the contacts, even in the absence of shields between adjacent contact arrays. For example, the cross-talk may be limited as a result of a ratio of contact width to gap width between adjacent contacts. Cross-talk may be limited even in the absence of any shield plate between adjacent lead arrays. For example, the contacts may be configured such that signal contacts in one array produce a relatively low electric field near signal contacts in an adjacent array. A differential signal pair may include a gap between the contacts that form the pair. The pair produce a relatively high electric field in the gap and a relatively low electric field near adjacent signal contacts. The adjacent signal contacts may be in the first array, or in an adjacent array, which may be staggered relative to the first array.

US 6,994,569 B2

3

Systems that employ such connectors and methods for using such connectors are also described and claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is further described in the detailed description that follows, by reference to the noted drawings by way of non-limiting illustrative embodiments of the invention, in which like reference numerals represent similar parts throughout the drawings, and wherein:

FIGS. 1A and 1B depict exemplary contact arrangements for electrical connectors that use shields to block cross talk;

FIG. 2A is a schematic illustration of an electrical connector in which conductive and dielectric elements are arranged in a generally "I" shaped geometry;

FIG. 2B depicts equipotential regions within an arrangement of signal and ground contacts;

FIG. 3A illustrates a conductor arrangement used to measure the effect of offset on multi-active cross talk;

FIG. 3B is a graph illustrating the relationship between multi-active cross talk and offset between adjacent columns of terminals in accordance with one aspect of the invention;

FIG. 3C depicts a contact arrangement for which cross talk was determined in a worst case scenario;

FIGS. 4A–4C depict conductor arrangements in which signal pairs are arranged in columns;

FIG. 5 depicts a conductor arrangement in which signal pairs are arranged in rows;

FIG. 6 is a diagram showing an array of six columns of terminals arranged in accordance with one aspect of the invention;

FIG. 7 is a diagram showing an array of six columns arranged in accordance with another embodiment of the invention;

FIG. 8 is a perspective view of an illustrative right angle electrical connector, in accordance with the invention;

FIG. 9 is a side view of the right angle electrical connector of FIG. 8;

FIG. 10 is an end view of a portion of the right angle electrical connector of FIG. 8;

FIG. 11 is a top view of a portion of the right angle electrical connector of FIG. 8;

FIG. 12 is a top cut-away view of conductors of the right angle electrical connector of FIG. 9 taken along line B—B;

FIG. 13A is a side cut-away view of a portion of the right angle electrical connector of FIG. 9 taken along line A—A;

FIG. 13B is a cross-sectional view taken along line C—C of FIG. 13A;

FIG. 14 is a perspective view of illustrative conductors of a right angle electrical connector according to the invention;

FIG. 15 is a perspective view of another illustrative conductor of the right angle electrical connector of FIG. 8;

FIG. 16A is a perspective view of a backplane system having an exemplary right angle electrical connector;

FIG. 16B is a simplified view of an alternative embodiment of a backplane system with a right angle electrical connector;

FIG. 16C is a simplified view of a board-to-board system having a vertical connector;

FIG. 17 is a perspective view of the connector plug portion of the connector shown in FIG. 16A;

FIG. 18 is a side view of the plug connector of FIG. 17;

FIG. 19A is a side view of a lead assembly of the plug connector of FIG. 17;

FIG. 19B depicts the lead assembly of FIG. 19 during mating;

4

FIG. 20 is an end view of two columns of terminals in accordance with one embodiment of the invention;

FIG. 21 is a side view of the terminals of FIG. 20;

FIG. 22 is a perspective top view of a receptacle in accordance with another embodiment of the invention;

FIG. 23 is a side view of the receptacle of FIG. 22;

FIG. 24 is a perspective view of a single column of receptacle contacts;

FIG. 25 is a perspective view of a connector in accordance with another embodiment of the invention;

FIG. 26 is a side view of a column of right angle terminals in accordance with another aspect of the invention;

FIGS. 27 and 28 are front views of the right angle terminals of FIG. 26 taken along lines A—A and lines B—B respectively;

FIG. 29 illustrates the cross section of terminals as the terminals connect to vias on an electrical device in accordance with another aspect of the invention;

FIG. 30 is a perspective view of a portion of another illustrative right angle electrical connector, in accordance with the invention;

FIG. 31 is a perspective view of another illustrative right angle electrical connector, in accordance with the invention;

FIG. 32 is a perspective view of an alternative embodiment of a receptacle connector;

FIG. 33 is a flow diagram of a method for making a connector in accordance with the invention;

FIGS. 34A and 34B are perspective views of example embodiments of a header assembly for a connector according to the invention;

FIGS. 35A and 35B are perspective views of example embodiments of a receptacle assembly for a connector according to the invention;

FIG. 36 is a side view of an example embodiment of a connector according to the invention connecting signal paths between two circuit boards;

FIG. 37 is a side view of an example embodiment of an insert molded lead assembly according to the invention;

FIGS. 38A–38C depict example contact designations for an IMLA such as depicted in FIG. 37;

FIG. 39 is a side view of another example embodiment of an insert molded lead assembly according to the invention;

FIGS. 40A–40C depict example contact designations for an IMLA such as depicted in FIG. 39;

FIG. 41 depicts example differential signal pair contact designations for adjacent contact arrays;

FIGS. 42A–D provide graphs of measured performance for adjacent contact arrays such as depicted in FIG. 41;

FIG. 43 depicts example single-ended signal contact designations for adjacent contact arrays;

FIGS. 44A–E provide graphs of measured performance for adjacent contact arrays such as depicted in FIG. 43;

FIGS. 45A–45F provide cross-talk measurements for a single-ended aggressor injecting noise onto a differential pair; and

FIGS. 46A–46F provide cross-talk measurements for a differential pair aggressor injecting noise onto a single-ended contact.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Certain terminology may be used in the following description for convenience only and should not be considered as limiting the invention in any way. For example, the terms "top," "bottom," "left," "right," "upper," and "lower" designate directions in the figures to which reference is

US 6,994,569 B2

5

made. Likewise, the terms "inwardly" and "outwardly" designate directions toward and away from, respectively, the geometric center of the referenced object. The terminology includes the words above specifically mentioned, derivatives thereof, and words of similar import.

I-Shaped Geometry for Electrical Connectors—Theoretical Model

FIG. 2A is a schematic illustration of an electrical connector in which conductive and dielectric elements are arranged in a generally "I" shaped geometry. Such connectors are embodied in the assignee's "I-BEAM" technology, and are described and claimed in U.S. Pat. No. 5,741,144, entitled "Low Cross And Impedance Controlled Electric Connector," the disclosure of which is herein incorporated by reference in its entirety. Low cross talk and controlled impedance have been found to result from the use of this geometry.

As shown in FIG. 2A, the conductive element can be perpendicularly interposed between two parallel dielectric and ground plane elements. The description of this transmission line geometry as I-shaped comes from the vertical arrangement of the signal conductor shown generally at numeral 10 between the two horizontal dielectric layers 12 and 14 having a dielectric constant $\epsilon$ and ground planes 13 and 15 symmetrically placed at the top and bottom edges of the conductor. The sides 20 and 22 of the conductor are open to the air 24 having an air dielectric constant $\epsilon_0$. In a connector application, the conductor could include two sections, 26 and 28, that abut end-to-end or face-to-face. The thickness, $t_1$ and $t_2$ of the dielectric layers 12 and 14, to first order, controls the characteristic impedance of the transmission line and the ratio of the overall height h to dielectric width $w_d$ controls the electric and magnetic field penetration to an adjacent contact. Original experimentation led to the conclusion that the ratio $h/w_d$ needed to minimize interference beyond A and B would be approximately unity (as illustrated in FIG. 2A).

The lines 30, 32, 34, 36 and 38 in FIG. 2A are equipotentials of voltage in the air-dielectric space. Taking an equipotential line close to one of the ground planes and following it out towards the boundaries A and B, it will be seen that both boundary A or boundary B are very close to the ground potential. This means that virtual ground surfaces exist at each of boundary A and boundary B. Therefore, if two or more I-shaped modules are placed side-by-side, a virtual ground surface exists between the modules and there will be little to no intermingling of the modules' fields. In general, the conductor width $w_c$ and dielectric thicknesses $t_1$, $t_2$ should be small compared to the dielectric width $w_d$ or module pitch (i.e., distance between adjacent modules).

Given the mechanical constraints on a practical connector design, it was found in actuality that the proportioning of the signal conductor (blade/beam contact) width and dielectric thicknesses could deviate somewhat from the preferred ratios and some minimal interference might exist between adjacent signal conductors. However, designs using the above-described I-shaped geometry tend to have lower cross talk than other conventional designs.

Exemplary Factors Affecting Cross Talk Between Adjacent Contacts

In accordance with the invention, the basic principles described above were further analyzed and expanded upon and can be employed to determine how to even further limit cross talk between adjacent signal contacts, even in the absence of shields between the contacts, by determining an appropriate arrangement and geometry of the signal and ground contacts. FIG. 2B includes a contour plot of voltage

6

in the neighborhood of an active column-based differential signal pair S+, S− in a contact arrangement of signal contacts S and ground contacts G according to the invention. As shown, contour lines 42 are closest to zero volts, contour lines 44 are closest to −1 volt, and contour lines 46 are closest to +1 volt. It has been observed that, although the voltage does not necessarily go to zero at the "quiet" differential signal pairs that are nearest to the active pair, the interference with the quiet pairs is near zero. That is, the voltage impinging on the positive-going quiet differential pair signal contact is about the same as the voltage impinging on the negative-going quiet differential pair signal contact. Consequently, the noise on the quiet pair, which is the difference in voltage between the positive- and negative-going signals, is close to zero.

Thus, as shown in FIG. 2B, the signal contacts S and ground contacts G can be scaled and positioned relative to one another such that a differential signal in a first differential signal pair produces a high field H in the gap between the contacts that form the signal pair and a low (i.e., close to ground potential) field L (close to ground potential) near an adjacent signal pair. Consequently, cross talk between adjacent signal contacts can be limited to acceptable levels for the particular application. In such connectors, the level of cross talk between adjacent signal contacts can be limited to the point that the need for (and cost of) shields between adjacent contacts is unnecessary, even in high speed, high signal integrity applications.

Through further analysis of the above-described I-shaped model, it has been found that the unity ratio of height to width is not as critical as it first seemed. It has also been found that a number of factors can affect the level of cross talk between adjacent signal contacts. A number of such factors are described in detail below, though it is anticipated that there may be others. Additionally, though it is preferred that all of these factors be considered, it should be understood that each factor may, alone, sufficiently limit cross talk for a particular application. Any or all of the following factors may be considered in determining a suitable contact arrangement for a particular connector design:

a) Less cross talk has been found to occur where adjacent contacts are edge-coupled (i.e., where the edge of one contact is adjacent to the edge of an adjacent contact) than where adjacent contacts are broad side coupled (i.e., where the broad side of one contact is adjacent to the broad side of an adjacent contact) or where the edge of one contact is adjacent to the broad side of an adjacent contact. The tighter the edge coupling, the less the coupled signal pair's electrical field will extend towards an adjacent pair and the less towards the unity height-to-width ratio of the original I-shaped theoretical model a connector application will have to approach. Edge coupling also allows for smaller gap widths between adjacent connectors, and thus facilitates the achievement of desirable impedance levels in high contact density connectors without the need for contacts that are too small to perform adequately. For example, it has been found that a gap of about 0.3–0.4 mm is adequate to provide an impedance of about 100 ohms where the contacts are edge coupled, while a gap of about 1 mm is necessary where the same contacts are broad side coupled to achieve the same impedance. Edge coupling also facilitates changing contact width, and therefore gap width, as the contact extends through dielectric regions, contact regions, etc.;

b) It has also been found that cross talk can be effectively reduced by varying the "aspect ratio," i.e., the ratio of column pitch (i.e., the distance between adjacent columns) to the gap between adjacent contacts in a given column;

US 6,994,569 B2

7

c) The "staggering" of adjacent columns relative to one another can also reduce the level of cross talk. That is, cross talk can be effectively limited where the signal contacts in a first column are offset relative to adjacent signal contacts in an adjacent column. The amount of offset may be, for example, a full row pitch (i.e., distance between adjacent rows), half a row pitch, or any other distance that results in acceptably low levels of cross talk for a particular connector design. It has been found that the optimal offset depends on a number of factors, such as column pitch, row pitch, the shape of the terminals, and the dielectric constant(s) of the insulating material(s) around the terminals, for example. It has also been found that the optimal offset is not necessarily "on pitch," as was often thought. That is, the optimal offset may be anywhere along a continuum, and is not limited to whole fractions of a row pitch (e.g., full or half row pitches).

FIG. 3A illustrates a contact arrangement that has been used to measure the effect of offset between adjacent columns on cross talk. Fast (e.g., 40 ps) rise-time differential signals were applied to each of Active Pair **1** and Active Pair **2**. Near-end crosstalk Nxt1 and Nxt2 were determined at Quiet Pair, to which no signal was applied, as the offset d between adjacent columns was varied from 0 to 5.0 mm. Near-end cross talk occurs when noise is induced on the quiet pair from the current carrying contacts in an active pair.

As shown in the graph of FIG. 3B, the incidence of multi-active cross talk (thicker solid line in FIG. 3B) is minimized at offsets of about 1.3 mm and about 3.65 mm. In this experiment, multi-active cross talk was considered to be the sum of the absolute values of cross talk from each of Active Pair **1** (dashed line in FIG. 3B) and Active Pair **2** (thin solid line in FIG. 3B). Thus, it has been shown that adjacent columns can be variably offset relative to one another until an optimum level of cross talk between adjacent pairs (about 1.3 mm, in this example);

d) Through the addition of outer grounds, i.e., the placement of ground contacts at alternating ends of adjacent contact columns, both near-end cross talk ("NEXT") and far-end cross talk ("FEXT") can be further reduced;

e) It has also been found that scaling the contacts (i.e., reducing the absolute dimensions of the contacts while preserving their proportional and geometric relationship) provides for increased contact density (i.e., the number of contacts per linear inch) without adversely affecting the electrical characteristics of the connector.

By considering any or all of these factors, a connector can be designed that delivers high-performance (i.e., low incidence of cross talk), high-speed (e.g., greater than 1 Gb/s and typically about 10 Gb/s) communications even in the absence of shields between adjacent contacts. It should also be understood that such connectors and techniques, which are capable of providing such high speed communications, are also useful at lower speeds. Connectors according to the invention have been shown, in worst case testing scenarios, to have near-end cross talk of less than about 3% and far-end cross talk of less than about 4%, at 40 picosecond rise time, with 63.5 mated signal pairs per linear inch. Such connectors can have insertion losses of less than about 0.7 dB at 5 GHz, and impedance match of about 100±8 ohms measured at a 40 picosecond rise time.

FIG. 3C depicts a contact arrangement for which cross talk was determined in a worst case scenario. Cross talk from each of six attacking pairs S1, S2, S3, S4, S5, and S6 was determined at a "victim" pair V. Attacking pairs S1, S2, S3, S4, S5, and S6 are six of the eight nearest neighboring pairs to signal pair V. It has been determined that the

8

additional affects on cross talk at victim pair V from attacking pairs S7 and S8 is negligible. The combined cross talk from the six nearest neighbor attacking pairs has been determined by summing the absolute values of the peak cross talk from each of the pairs, which assumes that each pair is fairing at the highest level all at the same time. Thus, it should be understood that this is a worst case scenario, and that, in practice, much better results should be achieved.

Exemplary Contact Arrangements According to the Invention

FIG. 4A depicts a connector **100** according to the invention having column-based differential signal pairs (i.e., in which differential signal pairs are arranged into columns). (As used herein, a "column" refers to the direction along which the contacts are edge coupled. A "row" is perpendicular to a column.) As shown, each column **401–406** comprises, in order from top to bottom, a first differential signal pair, a first ground conductor, a second differential signal pair, and a second ground conductor. As can be seen, first column **401** comprises, in order from top to bottom, a first differential signal pair comprising signal conductors S1+ and S1–, a first ground conductor G, a second differential signal pair comprising signal conductors S7+ and S7–, and a second ground conductor G. Each of rows **413** and **416** comprises a plurality of ground conductors G. Rows **411** and **412** together comprise six differential signal pairs, and rows **514** and **515** together comprise another six differential signal pairs. The rows **413** and **416** of ground conductors limit cross talk between the signal pairs in rows **411–412** and the signal pairs in rows **414–415**. In the embodiment shown in FIG. **4A**, arrangement of 36 contacts into columns can provide twelve differential signal pairs. Because the connector is devoid of shields, the contacts can be made relatively larger (compared to those in a connector having shields). Therefore, less connector space is needed to achieve the desired impedance.

FIGS. **4B** and **4C** depict connectors according to the invention that include outer grounds. As shown in FIG. **4B**, a ground contact G can be placed at each end of each column. As shown in FIG. **4C**, a ground contact G can be placed at alternating ends of adjacent columns. It has been found that the placement of a ground contact G at alternating ends of adjacent columns results in a 35% reduction in NEXT and a 65% reduction in FEXT as compared to a connector having a contact arrangement that is otherwise the same, but which has no such outer grounds. It has also been found that basically the same results can be achieved through the placement of ground contacts at both ends of every contact column, as shown in FIG. **4B**. Consequently, it is preferred to place outer grounds at alternating ends of adjacent columns in order to increase contact density (relative to a connector in which outer grounds are placed at both ends of every column) without increasing the level of cross talk.

Alternatively, as shown in FIG. **5**, differential signal pairs may be arranged into rows. As shown in FIG. **5**, each row **511–516** comprises a repeating sequence of two ground conductors and a differential signal pair. First row **511** comprises, in order from left to right, two ground conductors G, a differential signal pair S1+, S1–, and two ground conductors G. Row **512** comprises in order from left to right, a differential signal pair S2+, S2–, two ground conductors G, and a differential signal pair S3+, S3–. The ground conductors block cross talk between adjacent signal pairs. In the embodiment shown in FIG. **5**, arrangement of 36 contacts into rows provides only nine differential signal pairs.

US 6,994,569 B2

9

By comparison of the arrangement shown in FIG. 4A with the arrangement shown in FIG. 5, it can be understood that a column arrangement of differential signal pairs results in a higher density of signal contacts than does a row arrangement. However, for right angle connectors arranged into columns, contacts within a differential signal pair have different lengths, and therefore, such differential signal pairs may have intra-pair skew. Similarly, arrangement of signal pairs into either rows or columns may result in inter-pair skew because of the different conductor lengths of different differential signal pairs. Thus, it should be understood that, although arrangement of signal pairs into columns results in a higher contact density, arrangement of the signal pairs into columns or rows can be chosen for the particular application.

Regardless of whether the signal pairs are arranged into rows or columns, each differential signal pair has a differential impedance $Z_O$ between the positive conductor Sx+ and negative conductor Sx− of the differential signal pair. Differential impedance is defined as the impedance existing between two signal conductors of the same differential signal pair, at a particular point along the length of the differential signal pair. As is well known, it is desirable to control the differential impedance $Z_O$ to match the impedance of the electrical device(s) to which the connector is connected. Matching the differential impedance $Z_O$ to the impedance of electrical device minimizes signal reflection and/or system resonance that can limit overall system bandwidth. Furthermore, it is desirable to control the differential impedance $Z_O$ such that it is substantially constant along the length of the differential signal pair, i.e., such that each differential signal pair has a substantially consistent differential impedance profile.

The differential impedance profile can be controlled by the positioning of the signal and ground conductors. Specifically, differential impedance is determined by the proximity of an edge of signal conductor to an adjacent ground and by the gap between edges of signal conductors within a differential signal pair.

Referring again to FIG. 4A, the differential signal pair comprising signal conductors S6+ and S6− is located adjacent to one ground conductor Gin row 413. The differential signal pair comprising signal conductors S12+ and S12− is located adjacent to two ground conductors G, one in row 413 and one in row 416. Conventional connectors include two ground conductors adjacent to each differential signal pair to minimize impedance matching problems. Removing one of the ground conductors typically leads to impedance mismatches that reduce communications speed. However, the lack of one adjacent ground conductor can be compensated for by reducing the gap between the differential signal pair conductors with only one adjacent ground conductor. For example, as shown in FIG. 4A, signal conductors s6+ and s6− can be located a distance $d_1$ apart from each other and signal conductors s12+ and S12− can be located a different distance $d_4$ apart from each other. The distances may be controlled by making the widths of signal conductors S6+ and S6− wider than the widths of signal conductors s12+ and s12− (where conductor width is measured along the direction of the column).

For single ended signaling, single ended impedance can also be controlled by positioning of the signal and ground conductors. Specifically, single ended impedance is determined by the gap between a signal conductor and an adjacent ground. Single ended impedance is defined as the impedance existing between a signal conductor and ground, at a particular point along the length of a single ended signal conductor.

10

To maintain acceptable differential impedance control for high bandwidth systems, it is desirable to control the gap between contacts to within a few thousandths of an inch. Gap variations beyond a few thousandths of an inch may cause an unacceptable variation in the impedance profile; however, the acceptable variation is dependent on the speed desired, the error rate acceptable, and other design factors.

FIG. 6 shows an array of differential signal pairs and ground contacts in which each column of terminals is offset from each adjacent column. The offset is measured from an edge of a terminal to the same edge of the corresponding terminal in the adjacent column. The aspect ratio of column pitch to gap width, as shown in FIG. 6, is P/X. It has been found that an aspect ratio of about 5 (i.e., 2 mm column pitch; 0.4 mm gap width) is adequate to sufficiently limit cross talk where the columns are also staggered. Where the columns are not staggered, an aspect ratio of about 8–10 is desirable.

As described above, by offsetting the columns, the level of multi-active cross talk occurring in any particular terminal can be limited to a level that is acceptable for the particular connector application. As shown in FIG. 6, each column is offset from the adjacent column, in the direction along the columns, by a distance d. Specifically, column 601 is offset from column 602 by an offset distance d, column 602 is offset from column 603 by a distance d, and so forth. Since each column is offset from the adjacent column, each terminal is offset from an adjacent terminal in an adjacent column. For example, signal contact 680 in differential pair DP3 is offset from signal contact 681 in differential pair DP4 by a distance d as shown.

FIG. 7 illustrates another configuration of differential pairs wherein each column of terminals is offset relative to adjacent columns. For example, as shown, differential pair D2 in column 701 is offset from differential pair D1 in the adjacent column 702 by a distance d. In this embodiment, however, the array of terminals does not include ground contacts separating each differential pair. Rather, the differential pairs within each column are separated from each other by a distance greater than the distance separating one terminal in a differential pair from the second terminal in the same differential pair. For example, where the distance between terminals within each differential pair is Y, the distance separating differential pairs can be Y+X, where Y+X/Y>>1. It has been found that such spacing also serves to reduce cross talk.

Exemplary Connector Systems According to the Invention

FIG. 8 is a perspective view of a right angle electrical connector according to the invention that is directed to a high speed electrical connector wherein signal conductors of a differential signal pair have a substantially constant differential impedance along the length of the differential signal pair. As shown in FIG. 8, a connector 800 comprises a first section 801 and a second section 802. First section 801 is electrically connected to a first electrical device 810 and second section 802 is electrically connected to a second electrical device 812. Such connections may be SMT, PIP, solder ball grid array, press fit, or other such connections. Typically, such connections are conventional connections having conventional connection spacing between connection pins; however, such connections may have other spacing between connection pins. First section 801 and second section 802 can be electrically connected together, thereby electrically connecting first electrical device 810 to second electrical device 812.

US 6,994,569 B2

11

As can be seen, first section **801** comprises a plurality of modules **805**. Each module **805** comprises a column of conductors **830**. As shown, first section **801** comprises six modules **805** and each module **805** comprises six conductors **830**; however, any number of modules **805** and conductors **830** may be used. Second section **802** comprises a plurality of modules **806**. Each module **806** comprises a column of conductors **840**. As shown, second section **802** comprises six modules **806** and each module **806** comprises six conductors **840**; however, any number of modules **806** and conductors **840** may be used.

FIG. **9** is a side view of connector **800**. As shown in FIG. **9**, each module **805** comprises a plurality of conductors **830** secured in a frame **850**. Each conductor **830** comprises a connection pin **832** extending from frame **850** for connection to first electrical device **810**, a blade **836** extending from frame **850** for connection to second section **802**, and a conductor segment **834** connecting connection pin **832** to blade **836**.

Each module **806** comprises a plurality of conductors **840** secured in frame **852**. Each conductor **840** comprises a contact interface **841** and a connection pin **842**. Each contact interface **841** extends from frame **852** for connection to a blade **836** of first section **801**. Each contact interface **840** is also electrically connected to a connection pin **842** that extends from frame **852** for electrical connection to second electrical device **812**.

Each module **805** comprises a first hole **856** and a second hole **857** for alignment with an adjacent module **805**. Thus, multiple columns of conductors **830** may be aligned. Each module **806** comprises a first hole **847** and a second hole **848** for alignment with an adjacent module **806**. Thus, multiple columns of conductors **840** may be aligned.

Module **805** of connector **800** is shown as a right angle module. That is, a set of first connection pins **832** is positioned on a first plane (e.g., coplanar with first electrical device **810**) and a set of second connection pins **842** is positioned on a second plane (e.g., coplanar with second electrical device **812**) perpendicular to the first plane. To connect the first plane to the second plane, each conductor **830** turns a total of about ninety degrees (a right angle) to connect between electrical devices **810** and **812**.

To simplify conductor placement, conductors **830** can have a rectangular cross section; however, conductors **830** may be any shape. In this embodiment, conductors **830** have a high ratio of width to thickness to facilitate manufacturing. The particular ratio of width to thickness may be selected based on various design parameters including the desired communication speed, connection pin layout, and the like.

FIG. **10** is a side view of two modules of connector **800** taken along the corresponding line shown in FIG. **9**. FIG. **11** is a top view of two modules of connector **800** taken along the corresponding line shown in FIG. **9**. As can be seen, each blade **836** is positioned between two single beam contacts **849** of contact interface **841**, thereby providing electrical connection between first section **801** and second section **802** and described in more detail below. Connection pins **832** are positioned proximate to the centerline of module **805** such that connection pins **832** may be mated to a device having conventional connection spacing. Connection pins **842** are positioned proximate to the centerline of module **806** such that connection pins **842** may be mated to a device having conventional connection spacing. Connection pins, however, may be positioned at an offset from the centerline of module **806** if such connection spacing is supported by the mating device. Further, while connection pins are illustrated in the FIGS., other connection techniques are contemplated

12

such as, for example, solder balls and the like. FIG. **10** is an end view of a portion of the right angle electrical connector of FIG. **8**

Returning now to illustrative connector **800** of FIG. **8** to discuss the layout of connection pins and conductors, first section **801** of connector **800** comprises six columns and six rows of conductors **830**. Conductors **830** may be either signal conductors S or ground conductors G. Typically, each signal conductor S is employed as either a positive conductor or a negative conductor of a differential signal pair; however, a signal conductor may be employed as a conductor for single ended signaling. In addition, such conductors **830** may be arranged in either columns or rows.

In addition to conductor placement, differential impedance and insertion losses are also affected by the dielectric properties of material proximate to the conductors. Generally, it is desirable to have materials having very low dielectric constants adjacent and in contact with as much as the conductors as possible. Air is the most desirable dielectric because it allows for a lightweight connector and has the best dielectric properties. While frame **850** and frame **852** may comprise a polymer, a plastic, or the like to secure conductors **830** and **840** so that desired gap tolerances may be maintained, the amount of plastic used is minimized. Therefore, the rest of connector comprises an air dielectric and conductors **830** and **840** are positioned both in air and only minimally in a second material (e.g., a polymer) having a second dielectric property. Therefore, to provide a substantially constant differential impedance profile, in the second material, the spacing between conductors of a differential signal pair may vary.

As shown, the conductors can be exposed primarily to air rather than being encased in plastic. The use of air rather than plastic as a dielectric provides a number of benefits. For example, the use of air enables the connector to be formed from much less plastic than conventional connectors. Thus, a connector according to the invention can be made lower in weight than convention connectors that use plastic as the dielectric. Air also allows for smaller gaps between contacts and thereby provides for better impedance and cross talk control with relatively larger contacts, reduces cross-talk, provides less dielectric loss, increases signal speed (i.e., less propagation delay).

Through the use of air as the primary dielectric, a light-weight, low-impedance, low cross talk connector can be provided that is suitable for use as a ball grid assembly ("BGA") right-angle connector. Typically, a right angle connector is "off-balance, i.e., disproportionately heavy in the mating area. Consequently, the connector tends to "tilt" in the direction of the mating area. Because the solder balls of the BGA, while molten, can only support a certain mass, prior art connectors typically are unable to include additional mass to balance the connector. Through the use of air, rather than plastic, as the dielectric, the mass of the connector can be reduced. Consequently, additional mass can be added to balance the connector without causing the molten solder balls to collapse.

FIG. **12** illustrates the change in spacing between conductors in rows as conductors pass from being surrounded by air to being surrounded by frame **850**. As shown in FIG. **12**, at connection pin **832** the distance between conductor S+ and S− is D1. Distance D1 may be selected to mate with conventional connector spacing on first electrical device **810** or may be selected to optimize the differential impedance profile. As shown, distance D1 is selected to mate with a conventional connector and is positioned proximate to the centerline of module **805**. As conductors S+ and S− travel

US 6,994,569 B2

13

from connection pins 832 through frame 850, conductors S+, S− jog towards each other, culminating in a separation distance D2 in air region 860. Distance D2 is selected to give the desired differential impedance between conductor S+ and S−, given other parameters, such as proximity to a ground conductor G. The desired differential impedance Z₀ depends on the system impedance (e.g., first electrical device 810), and may be 100 ohms or some other value. Typically, a tolerance of about 5 percent is desired; however, 10 percent may be acceptable for some applications. It is this range of 10% or less that is considered substantially constant differential impedance.

As shown in FIG. 13A, conductors S+ and S− are positioned from air region 860 towards blade 836 and jog outward with respect to each other within frame 850 such that blades 836 are separated by a distance D3 upon exiting frame 850. Blades 836 are received in contact interfaces 841, thereby providing electrical connection between first section 801 and second section 802. As contact interfaces 841 travel from air region 860 towards frame 852, contact interfaces 841 jog outwardly with respect to each other, culminating in connection pins 842 separated by a distance of D4. As shown, connection pins 842 are positioned proximate to the centerline of frame 852 to mate with conventional connector spacing.

FIG. 14 is a perspective view of conductors 830. As can be seen, within frame 850, conductors 830 jog, either inwardly or outwardly to maintain a substantially constant differential impedance profile along the conductive path.

FIG. 15 is a perspective view of conductor 840 that includes two single beam contacts 849, one beam contact 849 on each side of blade 836. This design may provide reduced cross talk performance, because each single beam contact 849 is further away from its adjacent contact. Also, this design may provide increased contact reliability, because it is a "true" dual contact. This design may also reduce the tight tolerance requirements for the positioning of the contacts and forming of the contacts.

As can be seen, within frame 852, conductor 840 jogs, either inward or outward to maintain a substantially constant differential impedance profile and to mate with connectors on second electrical device 812. For arrangement into columns, conductors 830 and 840 are positioned along a centerline of frames 850, 852, respectively.

FIG. 13B is a cross-sectional view taken along line C—C of FIG. 13A. As shown in FIG. 13B, terminal blades 836 are received in contact interfaces 841 such that beam contacts 839 engage respective sides of blades 836. Preferably, the beam contacts 839 are sized and shaped to provide contact between the blades 836 and the contact interfaces 841 over a combined surface area that is sufficient to maintain the electrical characteristics of the connector during mating and unmating of the connector.

As shown in FIG. 13A, the contact design allows the edge-coupled aspect ratio to be maintained in the mating region. That is, the aspect ratio of column pitch to gap width chosen to limit cross talk in the connector, exists in the contact region as well, and thereby limits cross talk in the mating region. Also, because the cross-section of the unmated blade contact is nearly the same as the combined cross-section of the mated contacts, the impedance profile can be maintained even if the connector is partially unmated. This occurs, at least in part, because the combined cross-section of the mated contacts includes no more than one or two thickness of metal (the thicknesses of the blade and the contact interface), rather than three thicknesses as would be typical in prior art connectors (see FIG. 13B, for example).

14

Unplugging a connector such as shown in FIG. 13B results in a significant change in cross-section, and therefore, a significant change in impedance (which causes significant degradation of electrical performance if the connector is not properly and completely mated). Because the contact cross-section does not change dramatically as the connector is unmated, the connector (as shown in FIG. 13A) can provide nearly the same electrical characteristics when partially unmated (i.e., unmated by about 1–2 mm) as it does when fully mated.

FIG. 16A is a perspective view of a backplane system having an exemplary right angle electrical connector in accordance with an embodiment of the invention. As shown in FIG. 16A, connector 900 comprises a plug 902 and receptacle 1100.

Plug 902 comprises housing 905 and a plurality of lead assemblies 908. The housing 905 is configured to contain and align the plurality of lead assemblies 908 such that an electrical connection suitable for signal communication is made between a first electrical device 910 and a second electrical device 912 via receptacle 1100. In one embodiment of the invention, electrical device 910 is a backplane and electrical device 912 is a daughtercard. Electrical devices 910 and 912 may, however, be any electrical device without departing from the scope of the invention.

As shown, the connector 902 comprises a plurality of lead assemblies 908. Each lead assembly 908 comprises a column of terminals or conductors 930 therein as will be described below. Each lead assembly 908 comprises any number of terminals 930.

FIG. 16B is backplane system similar to FIG. 16A except that the connector 903 is a single device rather than mating plug and receptacle. Connector 903 comprises a housing and a plurality of lead assemblies (not shown). The housing is configured to contain and align the plurality of lead assemblies (not shown) such that an electrical connection suitable for signal communication is made between a first electrical device 910 and a second electrical device 912

FIG. 16C is a board-to-board system similar to FIG. 16A except that plug connector 905 is a vertical plug connector rather than a right angle plug connector. This embodiment makes electrical connection between two parallel electrical devices 910 and 913. A vertical back-panel receptacle connector according to the invention can be insert molded onto a board, for example. Thus, spacing, and therefore performance, can be maintained.

FIG. 17 is a perspective view of the plug connector of FIG. 16A shown without electrical devices 910 and 912 and receptacle connector 1100. As shown, slots 907 are formed in the housing 905 that contain and align the lead assemblies 908 therein. FIG. 17 also shows connection pins 932, 942. Connection pins 942 connect connector 902 to electrical device 912. Connection pins 932 electrically connect connector 902 to electrical device 910 via receptacle 1100. Connection pins 932 and 942 may be adapted to provide through-mount or surface-mount connections to an electrical device (not shown).

In one embodiment, the housing 905 is made of plastic, however, any suitable material may be used. The connections to electrical devices 910 and 912 may be surface or through mount connections.

FIG. 18 is a side view of plug connector 902 as shown in FIG. 17. As shown, the column of terminals contained in each lead assembly 908 are offset from one another column of terminals in an adjacent lead assembly by a distance D. Such an offset is discussed more fully above in connection with FIGS. 6 and 7.

US 6,994,569 B2

15

FIG. **19**A is a side view of a single lead assembly **908**. As shown in FIG. **19**A, one embodiment of lead assembly **908** comprises a metal lead frame **940** and an insert molded plastic frame **933**. In this manner, the insert molded lead assembly **933** serves to contain one column of terminals or conductors **930**. The terminals may comprise either differential pairs or ground contacts. In this manner, each lead assembly **908** comprises a column of differential pairs **935**A and **935**B and ground contacts **937**.

As is also shown in FIG. **19**A, the column of differential pairs and ground contacts contained in each lead assembly **908** are arranged in a signal-signal-ground configuration. In this manner, the top contact of the column of terminals in lead assembly **908** is a ground contact **937**A. Adjacent to ground contact **937**A is a differential pair **935**A comprised of a two signal contacts, one with a positive polarity and one with a negative polarity.

As shown, the ground contacts **937**A and **937**B extend a greater distance from the insert molded lead assembly **933**. As shown in FIG. **19**B, such a configuration allows the ground contacts **937** to mate with corresponding receptacle contacts **1102**G in receptacle **1100** before the signal contacts **935** mate with corresponding receptacle contacts **1102**S. Thus, the connected devices (not shown in FIG. **19**B) can be brought to a common ground before signal transmission occurs between them. This provides for "hot" connection of the devices.

Lead assembly **908** of connector **900** is shown as a right angle module. To explain, a set of first connection pins **932** is positioned on a first plane (e.g., coplanar with first electrical device **910**) and a set of second connection pins **942** is positioned on a second plane (e.g., coplanar with second electrical device **912**) perpendicular to the first plane. To connect the first plane to the second plane, each conductor **930** is formed to extend a total of about ninety degrees (a right angle) to electrically connect electrical devices **910** and **912**.

FIGS. **20** and **21** are end and side views, respectively, of two columns of terminals in accordance with one aspect of the invention. As shown in FIGS. **20** and **21**, adjacent columns of terminals are staggered in relation to one another. In other words, an offset exists between terminals in adjacent lead assemblies. In particular and as shown in FIGS. **20** and **21**, an offset of distance d exists between terminals in column **1** and terminals in column **2**. As shown, the offset d runs along the entire length of the terminal. As stated above, the offset reduces the incidence of cross talk by furthering the distance between the signal carrying contacts.

To simplify conductor placement, conductors **930** have a rectangular cross section as shown in FIGS. **20** and **21**. Conductors **930** may, however, be any shape.

FIG. **22** is a perspective view of the receptacle portion of the connector shown in FIG. **16**A. Receptacle **1100** may be mated with connector plug **902** (as shown in FIG. **16**A) and used to connect two electrical devices (not shown). Specifically, connection pins **932** (as shown in FIG. **17**) may be inserted into aperatures **1142** to electrically connect connector **902** to receptacle **1100**. Receptacle **1100** also includes alignment structures **1120** to aid in the alignment and insertion of connector **900** into receptacle **1100**. Once inserted, structures **1120** also serve to secure the connector once inserted into receptacle **1100**. Such structures **1120** thereby prevent any movement that may occur between the connector and receptacle that could result in mechanical breakage therebetween.

Receptacle **1100** includes a plurality of receptacle contact assemblies **1160** each containing a plurality of terminals

16

(only the tails of which are shown). The terminals provide the electrical pathway between the connector **900** and any mated electrical device (not shown).

FIG. **23** is a side view of the receptacle of FIG. **22** including structures **1120**, housing **1150** and receptacle lead assembly **1160**. As shown, FIG. **23** also shows that the receptacle lead assemblies may be offset from one another in accordance with the invention. As stated above, such offset reduces the occurrence of multi-active cross talk as described above.

FIG. **24** is a perspective view of a single receptacle contact assembly not contained in receptacle housing **1150**. As shown, the assembly **1160** includes a plurality of dual beam conductive terminals **1175** and a holder **1168** made of insulating material. In one embodiment, the holder **1168** is made of plastic injection molded around the contacts; however, any suitable insulating material may be used without departing from the scope of the invention.

FIG. **25** is a perspective view of a connector in accordance with another embodiment of the invention. As shown, connector **1310** and receptacle **1315** are used in combination to connect an electrical device, such as circuit board **1305** to a cable **1325**. Specifically, when connector **1310** is mated with receptacle **1315**, an electrical connection is established between board **1305** and cable **1325**. Cable **1325** can then transmit signals to any electrical device (not shown) suitable for receiving such signals.

In another embodiment of the invention, it is contemplated that the offset distance, d, may vary throughout the length of the terminals in the connector. In this manner, the offset distance may vary along the length of the terminal as well as at either end of the conductor. To illustrate this embodiment and referring now to FIG. **26**, a side view of a single column of right angle terminals is shown. As shown, the height of the terminals in section A is height H1 and the height of the cross section of terminals in section B is height H2.

FIGS. **27** and **28** are end views of the columns of right angle terminals taken along the corresponding lines shown in FIG. **26**. In addition to the single column of terminals shown in FIG. **26**, FIGS. **27** and **28** also show an adjacent column of terminals contained in the adjacent lead assembly contained in the connector housing.

In accordance with the invention, the offset of adjacent columns may vary along the length of the terminals within the lead assembly. More specifically, the offset between adjacent columns varies according to adjacent sections of the terminals. In this manner, the offset distance between columns is different in section A of the terminals than in section B of the terminals.

As shown in FIGS. **27** and **28**, the cross sectional height of terminals taken along line A—A in section A of the terminal is H1 and the cross sectional height of terminals in section B taken along line B—B is height H2. As shown in FIG. **27**, the offset of terminals in section A, where the cross sectional height of the terminal is H1, is a distance D1.

Similarly, FIG. **28** shows the offset of the terminals in section B of the terminal. As shown, the offset distance between terminals in section B of the terminal is D2. Preferably, the offset D2 is chosen to minimize crosstalk, and may be different from the offset D1 because spacing or other parameters are different. The multi-active cross talk that occurs between the terminals can thus be reduced, thereby increasing signal integrity.

In another embodiment of the invention, to further reduce cross talk, the offset between adjacent terminal columns is different than the offset between vias on a mated printed

US 6,994,569 B2

17

circuit board. A via is conducting pathway between two or more layers on a printed circuit board. Typically, a via is created by drilling through the printed circuit board at the appropriate place where two or more conductors will interconnect.

To illustrate such an embodiment, FIG. 29 illustrates a front view of a cross section of four columns of terminals as the terminals mate to vias on an electrical device. Such an electric device may be similar to those as illustrated in FIG. 16A. The terminals 1710 of the connector (not shown) are inserted into vias 1700 by connection pins (not shown). The connection pins, however, may be similar to those shown in FIG. 17.

In accordance with this embodiment of the invention, the offset between adjacent terminal columns is different than the offset between vias on a mated printed circuit board. Specifically, as shown in FIG. 29, the distance between the offset of adjacent column terminals is D1 and the distance between the offset of vias in an electrical device is D2. By varying these two offset distances to their optimal values in accordance with the invention, the cross talk that occurs in the connector of the invention is reduced and the corresponding signal integrity is maintained.

FIG. 30 is a perspective view of a portion of another embodiment of a right angle electrical connector 1100. As shown in FIG. 30, conductors 930 are positioned from a first plane to a second plane that is orthogonal to the first plane. Distance D between adjacent conductors 930 remains substantially constant, even though the width of conductor 930 may vary and even though the path of conductor 930 may be circuitous. This substantially constant gap D provides a substantially constant differential impedance along the length of the conductors.

FIG. 31 is a perspective view of another embodiment of a right angle electrical connector 1200. As shown in FIG. 12, modules 1210 are positioned in a frame 1220 to provide proper spacing between adjacent modules 1210.

FIG. 32 is a perspective view of an alternate embodiment of a receptacle connector 1100'. As shown in FIG. 32, connector 1100' comprises a frame 1190 to provide proper spacing between connection pins 1175'. Frame 1190 comprises recesses, in which conductors 1175' are secured. Each conductor 1175' comprises a single contact interface 1191 and a connection pin 1192. Each contact interface 1191 extends from frame 1190 for connection to a corresponding plug contact, as described above. Each connection pin 1942 extends from frame 1190 for electrical connection to a second electrical device. Receptacle connector 1190 may be assembled via a stitching process.

To attain desirable gap tolerances over the length of conductors 903, connector 900 may be manufactured by the method as illustrated in FIG. 33. As shown in FIG. 33, at step 1400, conductors 930 are placed in a die blank with predetermined gaps between conductors 930. At step 1410, polymer is injected into the die blank to form the frame of connector 900. The relative position of conductors 930 are maintained by frame 950. Subsequent warping and twisting caused by residual stresses can have an effect on the variability, but if well designed, the resultant frame 950 should have sufficient stability to maintain the desired gap tolerances. In this manner, gaps between conductors 930 can be controlled with variability of tenths of thousandths of an inch.

Preferably, to provide the best performance, the current carrying path through the connector should be made as highly conductive as possible. Because the current carrying path is known to be on the outer portion of the contact, it is

18

desirable that the contacts be plated with a thin outer layer of a high conductivity material. Examples of such high conductivity materials include gold, copper, silver, a tin alloy.

Connectors Having Contacts that may be Selectively Designated

FIGS. 34A and 34B depict example embodiments of a header assembly for a connector according to the invention. As shown, the header assembly 200 may include a plurality of insert molded lead assemblies (IMLAs) 202. According to an aspect of the invention, an IMLA 202 may be used, without modification, for single-ended signaling, differential signaling, or a combination of single-ended signaling and differential signaling.

Each IMLA 202 includes plurality of electrically conductive contacts 204. Preferably, the contacts 204 in each IMLA 202 form respective linear contact arrays 206. As shown, the linear contact arrays 206 are arranged as contact columns, though it should be understood that the linear contact arrays could be arranged as contact rows. Also, though the header assembly 200 is depicted with 150 contacts (i.e., 10 IMLAs with 15 contacts per IMLA), it should be understood that an IMLA may include any desired number of contacts and a connector may include any number of IMLAs. For example, IMLAs having 12 or 9 electrical contacts are also contemplated. A connector according to the invention, therefore, may include any number of contacts.

The header assembly 200 includes an electrically insulating lead frame 208 through which the contacts extend. Preferably, the lead frame 208 is made of a dielectric material such as a plastic. According to an aspect of the invention, the lead frame 208 is constructed from as little material as possible. Otherwise, the connector is air-filled. That is, the contacts may be insulated from one another using air as a second dielectric. The use of air provides for a decrease in crosstalk and for a low-weight connector (as compared to a connector that uses a heavier dielectric material throughout).

The contacts 202 include terminal ends 210 for engagement with a circuit board. Preferably, the terminal ends are compliant terminal ends, though it should be understood that the terminals ends could be press-fit or any surface-mount or through-mount terminal ends. The contacts also include mating ends 212 for engagement with complementary receptacle contacts (described below in connection with FIGS. 35A–B).

As shown in FIG. 34A, a housing 214A is preferred. The housing 214A includes a first pair of end walls 216A. FIG. 34B depicts a header assembly with a peripheral shield assembly 214B that includes a first pair of end walls 216B and a second pair of end walls 218B.

According to an aspect of the invention, the header assembly may be devoid of any internal shielding. That is, the header assembly may be devoid of any shield plates, for example, between adjacent contact arrays. A connector according to the invention may be devoid of such internal shielding even for high-speed, high-frequency, fast rise-time signaling.

Though the header assembly 200 depicted in FIGS. 34A–B is shown for a right-angle connector, it should be understood that a connector according to the invention may be any style connector, such as a mezzanine connector, for example. That is, an appropriate header assembly may be designed according to the principles of the invention for any type connector.

FIGS. 35A and 35B depict an example embodiment of a receptacle assembly 220 for a connector according to the

US 6,994,569 B2

19                                                           20

invention. The receptacle assembly **220** includes a plurality of receptacle contacts **224**, each of which is adapted to receive a respective mating end **212**. Further, the receptacle contacts **224** are arranged in an arrangement that is complementary to the arrangement of the mating ends **212**. Thus, the mating ends **212** may be received by the receptacle contacts **224** upon mating of the assemblies. Preferably, to complement the arrangement of the mating ends **212**, the receptacle contacts **224** are arranged to form linear contact arrays **226**. Again, though the receptacle assembly **220** is depicted with 150 contacts (i.e., 15 contacts per column), it should be understood that a connector according to the invention may include any number of contacts.

Each receptacle contact **224** has a mating end **230**, for receiving a mating end **212** of a complementary header contact **204**, and a terminal end **232** for engagement with a circuit board. Preferably, the terminal ends **232** are compliant terminal ends, though it should be understood that the terminals ends could be press-fit, balls, or any surface-mount or through-mount terminal ends. A housing **234** is also preferably provided to position and retain the IMLAs relative to one another.

According to an aspect of the invention, the receptacle assembly may also be devoid of any internal shielding. That is, the receptacle assembly may be devoid of any shield plates, for example, between adjacent contact arrays.

FIG. **36** depicts an example embodiment of a connector according to the invention connecting signal paths between two circuit boards **240A–B**. Circuit boards **240A–B** may be mother and daughter boards, for example. In general, a circuit board **240A–B** may include one or more differential signaling paths, one or more single-ended signaling paths, or a combination of differential signaling paths and single-ended signaling paths. A signaling path typically includes an electrically conductive trace **242** that is electrically connected to an electrically conductive pad **244**. The terminals ends of the connector contacts are typically electrically coupled to the conductive pads (e.g., by soldering, BGA, press-fitting, or other techniques Well-known in the art). If the circuit board is a multi-layer circuit board (as shown), the signaling path may also include an electrically conductive via **243** that extends through the circuit board.

Typically, a system manufacturer defines the signaling paths for a given application. According to an aspect of the invention, the same connector may be used, without structural modification, to connect either differential or single-ended signaling paths. According to an aspect of the invention, a system manufacturer may be provided with an electrical connector as described above (that is, an electrical connector comprising a linear array of contacts that may be selectively designated as either ground or signal contacts).

The system manufacturer may then designate the contacts as either ground or signal contacts, and electrically connect the connector to a circuit board. The connector may be electrically connected to the circuit board, for example, by electrically connecting a contact designated as a signal contact to a signaling path on the circuit board. The signaling path may be a single-ended signaling path or a differential signaling path. The contacts may be designated to form any combination of differential signal pairs and/or single-ended signal conductors.

FIG. **37** is a side view of an example embodiment of an IMLA **202** according to the invention. The IMLA **202** includes a linear contact array **206** of electrically conductive contacts **204**, and a lead frame **208** through which the contacts **204** at least partially extend. According to an aspect of the invention, the contacts **204** may be selectively des-

ignated as either ground or signal contacts. In a first designation, the contacts form at least one differential signal pair comprising a pair of signal contacts. In a second designation, the contacts form at least one single-ended signal conductor. In a third designation, the contacts form at least one differential signal pair and at least one single-ended signal conductor.

FIGS. **38**A–**38**C depict example contact designations for an IMLA such as depicted in FIG. **37**. As shown in FIG. **38**A, contacts b, c, e, f, h, i, k, l, n, and o, for example, may be defined to be signal contacts, while contacts a, d, g, j, and m, for example, may be defined to be ground contacts. In such a designation, signal contact pairs b–c, e–f, h–i, k–l, and n–o form differential signal pairs. As shown in FIG. **38**B, contacts b, d, f, h, j, l, and n, for example, may be defined to be signal contacts, while contacts a, c, e, g, i, k, m, and o, for example, may be defined to be ground contacts. In such a designation, signal contacts b, d, f, h, j, l, and n form single-ended signal conductors. As shown in FIG. **38**C, contacts b, c, e, f, h, j, l, and n, for example, may be defined to be signal contacts, while contacts a, d, g, i, k, m, and o, for example, may be defined to be ground contacts. In such a designation, signal contact pairs b–c and e–f form differential signal pairs, and signal contacts h, j, l, and n form single-ended signal conductors. It should be understood that, in general, each of the contacts may thus be defined as either a signal contact or a ground contact depending on the requirements of the application.

In each of the designations depicted in FIGS. **38**A–**38**C, contacts g and m are ground contacts. As discussed in detail above, it may be desirable, though not necessary, for ground contacts to extend further than signal contacts. This may be desired so that the ground contacts make contact before the signal contacts do, thus bringing the system to ground before the signal contacts are mated. Because contacts g and m are ground contacts in either designation, the terminal ends of ground contacts g and m may be extended beyond the terminal ends of the other contacts so that the ground contacts g and m mate before any of the signal contacts mate and, still, the IMLA can support either designation without modification.

FIG. **39** is a side view of another example embodiment of an insert molded lead assembly according to the invention. FIGS. **40**A–**40**C depict example contact designations for an IMLA such as depicted in FIG. **39**.

As shown in FIG. **40**A, contacts a, b, d, e, g, h, j, k, m, and n, for example, may be defined to be signal contacts, while contacts c, f, i, l, and o, for example, may be defined to be ground contacts. In such a designation, signal contact pairs a–b, d–e, g–h, j–k, and m–n form differential signal pairs. As shown in FIG. **40**B, contacts a, c, e, g, i, k, and m, and o for example, may be defined to be signal contacts, while contacts b, d, f, h, j, l, and n, for example, may be defined to be ground contacts. In such a designation, signal contacts a, c, e, g, i, k, and m, and o form single-ended signal conductors. As shown in FIG. **40**C, contacts a, c, e, g, h, j, k, m, and n, for example, may be defined to be signal contacts, while contacts b, d, f, i, l, and o, for example, may be defined to be ground contacts. In such a designation, signal contacts a, c, and e form single-ended signal conductors, and signal contact pairs g–h, j–k, and m–n form differential signal pairs. Again, it should be understood that, in general, each of the contacts may thus be defined as either a signal contact or a ground contact depending on the requirements of the application. In each of the designations depicted in FIGS. **40**A–**40**C, contacts f and l are ground contacts, the terminals ends of which may extend beyond the terminal ends of the

21

other contacts so that the ground contacts f and l mate before any of the signal contacts mate.

The contact array may configured such that a desired impedance between contacts is achieved, and such that insertion loss and cross-talk are limited to acceptable levels—even in the absence of shield plates between adjacent IMLAs. Further, because desired levels of impedance, insertion loss, and cross-talk may be achieved within a single IMLA even in the absence of shields, a single IMLA may function as a connector system independently of the presence or absence of adjacent IMLAs, and independently of the designation of any adjacent IMLAs. In other words, an IMLA according to the invention does not require adjacent IMLAs to function properly.

Though the present invention provides for lightweight, high contact density connectors, contact density may be sacrificed in instances where manufacturing costs or specific product requirements negate the need for high density. Because an IMLA according to the invention does not require adjacent IMLAs to function properly, IMLAs may be spaced relatively closely together or relatively far apart from one another without a significant reduction in performance. Greater IMLA spacing facilitates the use of larger diameter contact wires, which are easier to make and manipulate using known automated production processes.

FIG. 41 depicts a contact arrangement for an adjacent pair of IMLAs I1, I2 wherein the contacts are defined to form a respective plurality of differential signal pairs in each IMLA. For purposes of this description, the linear contact arrays 246A and 246B may be considered contact columns. The rows are referred to as A–O. Signal contacts are designated by the letter of the corresponding row; ground contacts are designated by GND. As shown, contacts 1A and 1B form a pair, contacts 2B and 2C form a pair, etc.

A number of parameters may be considered in determining a suitable contact array configuration for an IMLA according to the invention. For example, contact thickness and width, gap width between adjacent contacts, and adjacent contact coupling may be considered in determining a suitable contact array configuration that provides acceptable or optimal levels of impedance, insertion loss, and cross-talk, without the need for shields between adjacent contact arrays, in an IMLA that may be designated as differential, single-ended, or a combination of both. Issues relating to the consideration of these and other such parameters are described in detail above. Though it should be understood that such parameters may be tailored to fit the needs of a particular connector application, an example connector according to the invention will now be described to provide example parameter values and performance data obtained for such a connector.

In an embodiment of the invention, each contact may have a contact width W of about one millimeter, and contacts may be set on 1.4 millimeter centers C. Thus, adjacent contacts may have a gap width GW between them of about 0.4 millimeters. The IMLA may include a lead frame into or through which the contacts extend. The lead frame may have a thickness T of about 0.35 millimeters. An IMLA spacing IS between adjacent contact arrays may be about two millimeters. Additionally, the contacts may be edge-coupled along the length of the contact arrays, and adjacent contact arrays may be staggered relative to one another.

Generally, the ratio W/GW of contact width W to gap width GW between adjacent contacts will be greater in a connector according to the invention than in prior art connectors that require shields between adjacent contact arrays. Such a connector is described in published U.S. patent

22

application 2001/0005654A1. Typical connectors, such as those described in application 2001/0005654, require the presence of more than one lead assembly because they rely on shield plates between adjacent lead assemblies. Such lead assemblies typically include a shield plate disposed along one side of the lead frame so that when lead frames are placed adjacent to one another, the contacts are disposed between shield plates along each side. In the absence of an adjacent lead frame, the contacts would be shielded on only one side, which would result in unacceptable performance.

Because shield plates between adjacent contact arrays are not required in a connector according to the invention (because, as will be explained in detail below, desired levels of cross-talk, impedance, and insertion loss may be achieved in a connector according to the invention because of the configuration of the contacts), an adjacent lead assembly having a complementary shield is not required, and a single lead assembly may function acceptably in the absence of any adjacent lead assembly.

FIG. 42A provides a reflection plot of differential impedance as a function of signal propagation time through each of the differential signal pairs shown in FIG. 41. Differential impedance was measured for each signal pair at various times as a signal propagated through a first test board, associated header vias, the signal pair, associated receptacle vias, and a second test board. As shown, each differential signal pair has a differential impedance of about 90–110 ohms, and the differential impedance is relatively constant (i.e., +/− about 5 ohms over the length of the connector) through each of the signal pairs. A differential impedance of about 92–108 ohms is preferred. The impedance profile for each signal pair is about the same as the impedance profile for every other signal pair. Differential impedance was measured for a 40 ps rise time from 10%–90% of signal level.

FIG. 42B provides a plot of insertion loss as a function of signal frequency for each of the differential signal pairs shown in FIG. 41. As shown, insertion loss is relatively constant (less than about −2 dB) for signals up to 10 GHz, and insertion loss for each pair was about the same as the insertion loss for every other pair.

FIGS. 42C and 42D provide, respectively, worst case measurement0s of multi-active near-end and far-end crosstalk as measured at each of the signal pairs. The cross-talk was measured for 40 and 100 ps rise times from 10%–90% of signal level.

FIG. 43 depicts a contact arrangement for an adjacent pair of IMLAs wherein the contacts are defined to form a respective plurality of single-ended signal conductors in each IMLA. The IMLAs are the same as those depicted in FIG. 41, the only difference being the contact definitions. Again, the linear contact arrays 246A and 246B may be considered contact columns, and the rows are referred to as A–O. Signal contacts are designated by the letter of the corresponding row; ground contacts are designated by GND. As shown, contacts 1A, 2B, 1C, etc., are single-ended signal conductors.

FIG. 44A provides a reflection plot of single-ended impedance as a function of signal propagation time through each of the signal contacts shown in FIG. 43. Single-ended impedance was measured for each signal contact at various times as a signal propagated through a first test board, an associated header via, the signal contact, an associated receptacle via, and a second test board. As shown, each single-ended signal conductor has a single-ended impedance of about 40–70 ohms, and the single-ended impedance is relatively constant (i.e., +/− about 10 ohms over the length

US 6,994,569 B2

23

of the connector) through each of the signal contacts. A single-ended impedance of about 40–60 ohms is preferred. The impedance profile for each signal contact is about the same as the impedance profile for every other signal contact. Single-ended impedance was measured for a 40 ps rise time from 10%–90% of signal level.

FIG. 44B provides a reflection plot of single-ended impedance as a function of signal propagation time through each of the signal contacts shown in FIG. 43 measured for a 150 ps rise time from 20%–80% of signal level.

FIG. 44C provides a plot of insertion loss as a function of signal frequency for each of the signal contacts shown in FIG. 43. As shown, insertion loss is relatively constant (less than about −2 dB) for signals up to about four GHz, and insertion loss for each contact was about the same as the insertion loss for every other contact.

FIGS. 44D and 44E provide, respectively, worst case measurements of multi-active near-end and far-end crosstalk as measured at each of the signal contacts. The cross-talk was measured for a 150 ps rise time from 20% to 80% of signal level.

FIGS. 45A–45F provide cross-talk measurements for a single-ended aggressor injecting noise onto a differential pair. Signal contacts are designated by the letter of the corresponding row; pairs are surrounded by boxes. Ground contacts are designated by GND. For each differential pair in each array, half of the pair was driven (i.e., contacts B, E, H, K, and N). The near-end and far-end differential noise voltage was measured on the adjacent pair. The non-driven half of the aggressor pair was terminated in 50 ohms. Cross-talk percentages are shown for rise-times of 40 ps (10%–90%), 100 ps (10%–90%), and 150 ps (20%–80%). The numbers shown indicate the percentage of the single-ended signal voltage that would show up as differential noise on the adjacent differential pair.

FIGS. 46A–46F provide cross-talk measurements for a differential pair aggressor injecting noise onto a single-ended contact. Again, signal contacts are designated by the letter of the corresponding row, and ground contacts are designated by GND. For each differential pair in each array, the pair was driven, and the near-end single-ended voltage was measured on one half of an adjacent pair (i.e., contacts B, E, H, K, and N). The unused half of the victim pair was terminated in 50 ohms. Cross-talk percentages are shown for rise-times of 40 ps (10%–90%), 100 ps (10%–90%), and 150 ps (20%–80%). The numbers shown indicate the percentage of the differential signal voltage that would show up as single-ended noise on an adjacent single-ended contact.

In summation, the present invention can be a scalable, inverse two-piece backplane connector system that is based upon an IMLA design that can be used for either differential pair or single ended signals within the same IMLA. The column differential pairs demonstrate low insertion loss and low cross-talk from speeds less than approximately 2.5 Gb/sec to greater than approximately 12.5 Gb/sec. Exemplary configurations include 150 position for 1.0 inch slot centers and 120 position for 0.8 slot centers, all without interleaving shields. The IMLAs are stand-alone, which means that the IMLAs may be stacked into any centerline spacing required for customer density or routing considerations. Examples include, but are certainly not limited to, 2 mm, 2.5 mm, 3.0 mm, or 4.0 mm. By using air as a dielectric, there is improved low-loss performance. By taking further advantage of electromagnetic coupling within each IMLA, the present invention helps to provide a shieldless connector with good signal intergrity and EMI performance. The stand alone IMLA permits an end user to specify

24

whether to assign pins as differential pair signals, single ended signals, or power. At least eighty Amps of capacity can be obtained in a low weight, high speed connector.

It is to be understood that the foregoing illustrative embodiments have been provided merely for the purpose of explanation and are in no way to be construed as limiting of the invention. Words which have been used herein are words of description and illustration, rather than words of limitation. Further, although the invention has been described herein with reference to particular structure, materials and/or embodiments, the invention is not intended to be limited to the particulars disclosed herein. Rather, the invention extends to all functionally equivalent structures, methods and uses, such as are within the scope of the appended claims. Those skilled in the art, having the benefit of the teachings of this specification, may affect numerous modifications thereto and changes may be made without departing from the scope and spirit of the invention in its aspects.

What is claimed:

1. An electrical connector comprising:
   a linear contact array of electrically conductive contacts; and
   a lead frame in which the contacts are fixed;
   wherein (i) the contacts may be selectively designated, while fixed in the lead frame, as either ground or signal contacts such that, in a first designation, the contacts form at least one differential signal pair comprising a pair of signal contacts, and, in a second designation, the contacts form at least one single-ended signal conductor, (ii) the contact array includes at least one ground contact disposed adjacent to the at least one differential signal pair in the first designation and adjacent to the at least one single-ended signal conductor in the second designation, (iii) the ground contact is disposed in the same relative location within the contact array in both the first designation and the second designation, (iv) each signal contact has a respective terminal end, (v) the ground contact has a terminal end, and (vi) the terminal end of the ground contact extends beyond any terminal end of any of the signal contacts.

2. The electrical connector of claim 1, wherein the contacts may be selectively defined such that, in a third designation, the contacts form at least one differential signal pair and at least one single-ended signal conductor.

3. The electrical connector of claim 1, wherein the differential signal pair has a differential impedance of about 90–110 ohms.

4. The electrical connector of claim 1, wherein the single-ended signal conductor has a single-ended impedance of about 40–70 ohms.

5. The electrical connector of claim 1, wherein at least one of the differential signal pair contacts has an insertion loss of less than about 0.7 dB at approximately 5 GHz.

6. The electrical connector of claim 1, wherein multi-active near-end cross-talk measured at the differential signal pair is less than about three percent at approximately forty picoseconds and 10–90 percent rise time.

7. The electrical connector of claim 1, wherein the multi-active near-end cross-talk measured at the single-ended signal conductor is less than about five to eight percent at approximately 150 picoseconds and 20–80 percent rise time.

8. The electrical connector of claim 1, wherein multi-active far-end cross-talk measured at the differential signal pair is less than about four percent at approximately forty picoseconds and 10–90 percent rise time.

9. The electrical connector of claim 1, wherein multi-active far-end cross-talk measured at the single-ended signal

US 6,994,569 B2

25

conductor is less than about three percent at approximately 150 picoseconds and approximately 20–80 percent rise time.

**10**. The electrical connector of claim **1**, wherein there is limited crosstalk within a column.

**11**. The electrical connector of claim **1**, wherein crosstalk is limited as a result of a ratio of contact width to a gap width between adjacent contacts.

**12**. The electrical connector of claim **1**, wherein at least one of the single ended signal conductors has n insertion loss of less than about 2 dB at approximately 4 GHz.

**13**. The electrical connector of claim **1**, wherein (i) each of the electrically conductive contacts has a respective edge and a respective broadside that is at least twice as long as the edge, (ii) the pair of contacts that that form the differential signal pair are electrically coupled edge-to-edge in the first designation, and (iii) the ground contact is electrically coupled edge-to-edge to an adjacent signal contact in both the first designation and the second designation.

**14**. The electrical connector of claim **13**, wherein the pair of signal contacts that form the differential signal pair have a distance between them that is about the same as a distance between the ground contact and the differential signal pair.

**15**. The electrical connector of claim **14**, further comprising a dielectric material between the edges of the contacts that form the differential signal pair, wherein the distance between the contacts that form the differential signal pair is a function of the dielectric material between the edges of the contacts.

**16**. The electrical connector of claim **1**, further comprising:

a second linear contact array of electrically conductive contacts; and

a second lead frame into which the contacts of the second linear array are fixed,

wherein the contacts of the second linear array may be selectively designated, while fixed in the lead frame, as either ground or signal contacts such that, in a third designation, the contacts form at least one differential signal pair comprising a pair of signal contacts, and, in a fourth designation, the contacts form at least one single-ended signal conductor.

**17**. The electrical connector of claim **16**, wherein cross-talk between signal contacts in the first linear array and signal contacts in the second linear array is limited to below a predefined level.

**18**. The electrical connector of claim **17**, wherein the second lead frame is disposed adjacent to the first lead frame, and wherein the cross-talk is limited as a result of a configuration of the contacts.

**19**. The electrical connector of claim **18**, wherein the cross-talk is limited as a result of a ratio of contact width to a gap width between adjacent contacts.

**20**. The electrical connector of claim **18**, wherein the cross-talk is limited in the absence of any shield plate between the first and second lead frames.

**21**. The electrical connector of claim **18**, wherein the contacts in the first linear contact array that are designated as signal contacts produce a relatively low electric field near the contacts in the second linear array that are designated as signal contacts.

**22**. The electrical connector of claim **21**, wherein the differential signal pair of signal contacts includes a gap between them, and wherein the signal pair produce a relatively high electric field in the gap and a relatively low electric field near an adjacent signal contact.

**23**. The electrical connector of claim **22**, wherein the adjacent signal contact is in the first linear contact array.

26

**24**. The electrical connector of claim **22**, wherein the adjacent signal contact is in and adjacent linear contact array.

**25**. The electrical connector of claim **24**, wherein the adjacent linear contact array is staggered relative to the first linear contact array.

**26**. A method for connecting an electrical connector to a circuit board, comprising:

providing an electrical connector comprising first and second electrically conductive contacts, a ground contact, and a lead frame in which the contacts are fixed, wherein (i) each of the first and second contacts may be selectively designated, while fixed in the lead frame, as either a ground contact or a signal contact such that, in a first designation, the contacts form at least one differential signal pair comprising a pair of signal contact, and, in a second designation, the contacts form at least one single-ended signal conductor, (ii) the ground contact is disposed adjacent to the differential signal pair in the first designation and adjacent to the single-ended signal conductor in the second designation, (iii) the ground contact is disposed in the same relative location within the contact array in both the first designation and the second designation, (iv) each of the first and second contacts has a respective terminal end, (v) the ground contact has a terminal end, and (vi) the terminal end of the ground contact extends beyond the terminal ends of the first and second contacts;

designating each of the first and second electrical contacts as either a ground contact or a signal contact; and

electrically connecting the electrical connector to the circuit board having at least one signaling path.

**27**. The method of claim **26**, further comprising:

designating the contacts such that the contacts form at least one differential signal pair comprising a pair of signal contacts.

**28**. The method of claim **26**, further comprising:

designating the contacts such that the contacts form at least one single-ended signal conductor.

**29**. The method of claim **26**, wherein the electrical connector comprises a third electrically conductive contact fixed in the lead frame that may be selectively designated, while fixed in the lead frame, as either a ground contact or a signal contacts contact, the method further comprising:

designating the contacts such that the contacts form at least one differential signal pair comprising a pair of signal contacts and at least one single-ended signal conductor.

**30**. The method of claim **26**, further comprising:

electrically connecting a contact designated as a signal contact to a signaling path on the circuit board.

**31**. The method of claim **30**, wherein the signal path is a single-ended signaling path.

**32**. The method of claim **30**, wherein the signal path is a differential signaling path.

**33**. A system, comprising:

a circuit board having at least one signaling path; and

an electrical connector comprising a linear contact array of electrically conductive contacts and a lead frame in which the contacts are fixed,

wherein (i) the contacts may be selectively designated, while fixed in the lead frame, as either ground or signal contacts such that, in a first designation, the contacts form at least one differential signal pair comprising a pair of signal contacts, and, in a second designation, the

US 6,994,569 B2

27

contacts form at least one single-ended signal conductor, (ii) the contact array includes at least one ground contact disposed adjacent to the at least one differential signal pair in the first designation and adjacent to the at least one single-ended signal conductor in the second designation, (iii) the ground contact is disposed in the same relative location within the contact array in both the first designation and the second designation, (iv)

28

each signal contact has a respective terminal end, (v) the ground contact has a terminal end, and (vi) the terminal end of the ground contact extends beyond any terminal end of any of the signal contacts, and

wherein the electrical connector is electrically connected to the circuit board.

* * * * *

EXHIBIT M

(12) **United States Patent**    (10) **Patent No.:    US 6,692,272 B2**
Lemke et al.    (45) **Date of Patent:    Feb. 17, 2004**

(54) **HIGH SPEED ELECTRICAL CONNECTOR**

(75) Inventors: **Timothy A. Lemke**, Dillsburg, PA (US); **Gregory A. Hull**, York, PA (US); **Stephen B. Smith**, Mechanicsburg, PA (US); **Timothy W. Houtz**, Etters, PA (US)

(73) Assignee: **FCI Americas Technology, Inc.**, Reno, NV (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/990,794**

(22) Filed: **Nov. 14, 2001**

(65) **Prior Publication Data**

US 2003/0092291 A1 May 15, 2003

(51) Int. Cl.[7] ................................................. **H01R 4/66**

(52) U.S. Cl. ....................................... **439/108**; 439/941

(58) Field of Search ................................. 439/101, 108, 439/939, 608

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,238,414 A | 8/1993 | Yaegashi et al. ............ 439/108 |
| 5,741,144 A | 4/1998 | Elco et al. .................. 439/101 |
| 5,817,973 A | 10/1998 | Elco et al. ................... 174/32 |
| 5,980,321 A | 11/1999 | Cohen et al. ............... 439/608 |
| 5,993,259 A | 11/1999 | Stokoe et al. .............. 439/608 |
| 6,146,203 A | 11/2000 | Elco et al. .................. 439/609 |
| 6,220,896 B1 * | 4/2001 | Bertoncini et al. ........ 439/608 |
| 6,293,827 B1 | 9/2001 | Stokoe et al. .............. 439/608 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 01/29931 A1 | 4/2001 |
| WO | WO 01/39332 A1 | 5/2001 |

* cited by examiner

*Primary Examiner*—Neil Abrams
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

An electrical connector is provided that includes a first conductor and a second conductor. A respective first portion of each conductor is disposed in a first material and a respective second portion of each conductor is disposed in a second material that is different from the first material. The respective first portions axe disposed a first distance apart and the respective second portions jog relative to each other such that an impedance between the first portions is substantially die same as an impedance between the second portions. For example, the conductor pairs may be at one spacing (d1) at portions in air (160) and at a second spacing (d2) at portions that pass through a different dielectric material, such as polymer (150).

37 Claims, 11 Drawing Sheets



D2 > D1



FIG. 1



FIG. 3



FIG. 4

FIG. 2



FIG. 5



FIG. 6



FIG. 7

FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14

US 6,692,272 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# HIGH SPEED ELECTRICAL CONNECTOR

The subject matter disclosed herein is related to the subject matter disclosed in U.S. patent application Ser. No. 10/294,966, filed Nov. 14, 2002, entitled "Cross Talk Reduction And Impedance-Matching For High Speed Electrical Connectors."

## FIELD OF THE INVENTION

The invention relates in general to electrical connectors. More particularly, the invention relates to a high speed connector for connecting between two electrical devices.

## BACKGROUND OF THE INVENTION

As the speed of electronics increases, connectors are desired that are capable of high speed communications. Most connectors focus on shielding to reduce cross talk, thereby allowing higher speed communication. However, focusing on shielding addresses only one aspect of communication speed.

Therefore, a need exists for a high speed electrical connector design that addresses high speed communications, beyond the use of shielding.

## SUMMARY OF THE INVENTION

The invention is directed to a high speed electrical connector wherein signal conductors of a differential signal pair have a substantially constant differential impedance along the length of the differential signal pair.

According to an aspect of the invention, an electrical connector is provided. The electrical connector comprises a first conductor having a first length and a second conductor having a second length. The impedance between the first and second conductor is substantially constant along the first and second length allowing high speed communications through the connector. The first and second conductors may form a differential signal pair having a differential impedance or a single ended pair having a single ended impedance.

According to another aspect of the invention, the first conductor comprises a first edge along the length of the first conductor and the second conductor comprises a second edge along the length of the conductor. A gap between the first edge and the second edge is substantially constant to maintain a substantially constant impedance.

According to a further aspect of the invention, the electrical connector comprises a plurality of ground conductors and a plurality of differential signal pairs that may be arranged in either rows or columns.

According to yet another aspect of the invention, a first portion of the first conductor is disposed in a first material having a first dielectric constant and a second portion of the first conductor is disposed in a second material having a second dielectric constant. A first portion of the second conductor is disposed in the first material and a second portion of the second conductor is disposed in the second material. The gap between the first conductor and the second conductor in the first material is a first distance and the gap between the first conductor and the second conductor in the second material is a second distance such that the impedance is substantially constant along the length of the conductors.

According to yet another aspect of the invention, a method is provided for making an electrical connector. A plurality of conductors are placed into a die blank, each conductor having a predefined substantially constant gap between it and an adjacent conductor. Material is injected into the die blank to form a connector frame.

The foregoing and other aspects of the invention will become apparent from the following detailed description of the invention when considered in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is further described in the detailed description that follows, by reference to the noted drawings by way of non-limiting illustrative embodiments of the invention, in which like reference numerals represent similar parts throughout the drawings, and wherein:

FIG. 1 is a perspective view of an illustrative right angle electrical connector, in accordance with the invention;

FIG. 2 is a side view of the right angle electrical connector of FIG. 1;

FIG. 3 is a side view of a portion of the right angle electrical connector of FIG. 1 taken along line A—A;

FIG. 4 is a top view of a portion of the right angle electrical connector of FIG. 1 taken along line B—B;

FIG. 5 is a side diagrammatic view of conductors in an illustrative right angle electrical connector, in which the conductors are arranged in columns, in accordance with the invention;

FIG. 6 is a side diagrammatic view of conductors in an illustrative right angle electrical connector, in which the conductors are arranged in rows, in accordance with the invention;

FIG. 7 is a top cut-away view of conductors of the right angle electrical connector of FIG. 1 taken along line B—B;

FIG. 8 is a side cut-away view of a portion of the right angle electrical connector of FIG. 1 taken along line A—A;

FIG. 9 is a perspective view of another illustrative conductor of the right angle electrical connector of FIG. 1;

FIG. 10 is a perspective view of another illustrative portion of the right angle electrical connector of FIG. 1;

FIG. 11 is a perspective view of a portion of another illustrative right angle electrical connector, in accordance with the invention;

FIG. 12 is a perspective view of another illustrative right angle electrical connector, in accordance with the invention;

FIG. 13 is a perspective view of an alternative section of the illustrative electrical connector of FIG. 1; and

FIG. 14 is a flow diagram of a method for making a connector in accordance with the invention.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

The invention is directed to a high speed electrical connector wherein signal conductors of a differential signal pair have a substantially constant differential impedance along the length of the differential signal pair.

Certain terminology may be used in the following description for convenience only and is not considered to be limiting. For example, the words "left", "right", "upper", and "lower" designate directions in the drawings to which reference is made. Likewise, the words "inwardly" and "outwardly" are directions toward and away from, respectively, the geometric center of the referenced object. The terminology includes the words above specifically mentioned, derivatives thereof, and words of similar import.

FIG. 1 is a perspective view of a right angle electrical connector, in accordance with the an embodiment of the invention. As shown in FIG. 1, a connector 100 comprises

US 6,692,272 B2

3

a first section 101 and a second section 102. First section 101 is electrically connected to a first electrical device 110 and second section 102 is electrically connected to a second electrical device 112. Such connections may be solder connections, solder ball grid array connections, interference fit connections, and the like. Typically, such connections are conventional connections having conventional connection spacing between connection pins; however, such connections may have other spacing between connection pins. First section 101 and second section 102 can be electrically connected together, thereby electrically connecting first electrical device 110 to second electrical device 112.

As can be seen, first section 101 comprises a plurality of modules 105. Each module 105 comprises a column of conductors 130. As shown, first section 101 comprises six modules 105 and each module 105 comprises six conductors 130; however, any number of modules 105 and conductors 130 may be used. Second section 102 comprises a plurality of modules 106. Each module 106 comprises a column of conductors 140. As shown, second section 102 comprises six modules 106 and each module 106 comprises six conductors 140; however, any number of modules 106 and conductors 140 may be used.

To illustrate further details of connector 100, FIG. 2 is a side view of connector 100. As shown in FIG. 2, each module 105 comprises a plurality of conductors 130 secured in a frame 150. Each conductor 130 comprises a connection pin 132 extending from frame 150 for connection to first electrical device 110, a blade 136 extending from frame 150 for connection to second section 102, and a conductor segment 134 connecting connection pin 132 to blade 136.

Each module 106 comprises a plurality of conductors 140 secured in frame 152. Each conductor 140 comprises a contact interface 141 and a connection pin 142. Each contact interface 141 extends from frame 152 for connection to a blade 136 of first section 101. Each contact interface 141 is also electrically connected to a connection pin 142 that extends from frame 152 for electrical connection to second electrical device 112.

Each module 105 comprises a first hole 156 and a second hole 157 for alignment with an adjacent module 105. In this manner, multiple columns of conductors 130 may be aligned. Each module 106 comprises a first hole 147 and a second hole 148 for alignment with an adjacent module 106. In this manner, multiple columns of conductors 140 may be aligned.

Module 105 of connector 100 is shown as a right angle module. To explain, a set of first connection pins 132 is disposed on a first plane (e.g., coplanar with first electrical device 110) and a set of second connection pins 142 is disposed on a second plane (e.g., coplanar with second electrical device 112) perpendicular to the first plane. To connect the first plane to the second plane, each conductor 130 turns a total of about ninety degrees (a right angle) to connect between electrical devices 110 and 112.

To further illustrate connector 100, FIG. 3 is a side view of two modules of connector 100 taken along line A—A and FIG. 4 is a top view of two modules of connector 100 taken along line B—B. As can be seen, each blade 136 is disposed between two single beam contacts 149 of contact interface 141, thereby providing electrical connection between first section 101 and second section 102 and described in more detail below. Connection pins 132 are disposed proximate to the centerline of module 105 such that connection pins 132 may be mated to a device having conventional connection spacing. Connection pins 142 are disposed proximate to the

4

centerline of module 106 such that connection pins 142 may be mated to a device having conventional connection spacing. Connection pins, however, may be disposed at an offset from the centerline of module 106 if such connection spacing is supported by the mating device. Further, while connection pins are illustrated in the Figures, other connection techniques are contemplated such as, for example, solder balls and the like.

Returning now to illustrative connector 100 of FIG. 1 to discuss the layout of connection pins and conductors, first section 101 of illustrative connector 100 comprises six columns and six rows of conductors 130. Conductors 130 may be either signal conductors S or ground conductors G. Typically, each signal conductor S is employed as either a positive conductor or a negative conductor of a differential signal pair; however, a signal conductor may be employed as a conductor for single ended signaling. In addition, such conductors 130 may be arranged in either columns or rows.

To illustrate arrangement into columns of differential signal pairs, FIG. 5 is a side diagrammatic view of conductors 130 of a connector 100', in which conductors 130 are arranged in columns. As shown in FIG. 5, each column 501–506 comprises, in order from top to bottom, a first differential signal pair, a first ground conductor, a second differential signal pair, and a second ground conductor. As can be seen, first column 501 comprises, in order from top to bottom, a first differential signal pair S1 (comprising signal conductors S1+ and S1–), a first ground conductor G, a second differential signal pair S7, and a second ground conductor G. Rows 513 and 516 comprise all ground conductors. Rows 511–512 comprise differential signal pairs S1 through S6 and rows 514–515 comprise differential signal pairs S7 through S12. As can be seen, in this embodiment, arrangement into columns provides twelve differential signal pairs. Further, because there are no specialized ground contacts in the system, all of the interconnects are desirably substantially identical.

In addition to reducing impedance mismatch, communication performance may be further increased by offsetting a column from an adjacent column. For example, each odd column 501, 503, 505 may be offset from adjacent even columns 502, 504, 506. The amount of offset may be a half pitch, a full pitch, or some other pitch factor. Offsetting column 501 by a full pitch, for example, locates conductor S1– proximate to S2+ rather that S2–. Such offsetting may improve communication performance, however, such off-setting decreases conductor density.

Alternatively, conductors 130 may be arranged in rows. FIG. 6 is a side diagrammatic view of conductors 130 of a connector 100″, in which conductors 130 are arranged into rows. As shown in FIG. 6, rows 601–606 comprise a repeating sequence of, two ground conductors and a differential signal pair. As can be seen, first row 611 comprises, in order from left to right, two ground conductors G, a differential signal pair S1, and two ground conductors G. Row 612 comprises in order from left to right, a differential signal pair S2, two ground conductors G, and a differential signal pair S3. As can be seen, in this embodiment, arrangement into rows provides nine differential signal pairs. Again, all interconnects are desirably substantially identical, therefore, a specialized ground contact is not required.

As can be seen, arrangement into columns may have a higher density of signal conductors than arrangement into rows. However, for right angle connectors arranged into columns, conductors within a differential signal pair have different lengths, and therefore, such differential signal pairs

US 6,692,272 B2

5

may have intra-pair skew. Within a right angle connector, arrangements into both rows and columns may have inter-pair skew because of the different conductor lengths of different differential signal pairs. Selection between columns and rows depends, therefore, on the particular application.

Regardless of which is selected, each differential signal pair Sx has a differential impedance Z between the positive conductor Sx+ and negative conductor Sx− of the differential signal pair. Differential impedance is defined as the impedance existing between two signal conductors of the same differential signal pair, at a particular point along the length of the differential signal pair. It is desired to control differential impedance Z to match the impedance of electrical devices 110, 112. Matching differential impedance Z to the impedance of electrical devices 110, 112 minimizes signal reflection and/or system resonance that can limit overall system bandwidth. Further it is desired to control the differential impedance Z such that it is substantially constant along the length of the differential signal pair i.e., that each differential signal pair has a substantially consistent differential impedance profile.

The differential impedance profile can be controlled by proper positioning of conductors S+, S−, and G. Specifically, differential impedance is determined by the proximity of an edge of signal conductor S to an adjacent ground and by the gap D between edges of signal conductors S within a differential signal pair.

As can be seen in FIG. 5, the differential signal pair S6, comprising signal conductors S6+ and S6−, is located adjacent to one ground conductor G in row 513. The differential signal pair S12, comprising signal conductors S12+ and S12−, is located adjacent to two ground conductors G, one in row 513 and one in row 516. Conventional connectors include two ground conductors adjacent to each differential signal pair to minimize impedance matching problems. Removing one of the ground conductors typically leads to impedance mismatches that reduce communications speed. However, the present invention compensates for the lack of one adjacent ground conductor by reducing the gap between the differential signal pair conductors with only one adjacent ground conductor. That is, in the illustrative connector 100′, signal conductors S6+ and S6− are located a distance D1 apart from each other, whereas, signal conductors S 12+ and S12− are located a larger distance D2 apart from each other. The distances may be controlled by making the widths of signal conductors S6+ and S6− wider than the widths of signal conductors S 12+ and S12−.

For single ended signaling, single ended impedance is controlled by proper positioning of conductors S and G. Specifically, single ended impedance is determined by the gap D between signal conductor S and an adjacent ground. Single ended impedance is defined as the impedance existing between a signal conductor and ground, at a particular point along the length of a single ended signal conductor.

The present invention may also compensate for the lack of an adjacent ground conductor in the connector of FIG. 6 by reducing the gap between the differential a signal pair conductor and a proximate ground conductor. That is, in the illustrative connector 100″, signal conductor S1+ is located a distance D3 apart from the proximate ground conductor G, whereas, signal conductors S4+ is located a larger distance D4 apart the proximate ground conductor. The distances may be controlled by varying the widths of signal conductors S and ground conductors G.

The gap should be controlled within several thousandths of an inch to maintain acceptable differential impedance

6

control for high bandwidth systems. Gap variations beyond several thousandths may cause unacceptable variation in the impedance profile; however, the acceptable variation is dependent on the speed desired, the error rate acceptable, and other design factors.

Returning now to FIG. 2, to simplify conductor placement, in the present embodiment, conductors 130 have a rectangular cross section; however, conductors 130 may be any shape. In this embodiment, conductors 130 have a high aspect ratio of width to thickness to facilitate manufacturing. The particular aspect ratio may be selected based on various design parameters including the desired communication speed, connection pin layout, and the like.

In addition to conductor placement, differential impedance is affected by the dielectric properties of material proximate to the conductors. While air is a desirable dielectric for reducing cross talk, frame 150 and frame 152 may comprise a polymer, a plastic, or the like to secure conductors 130 and 140 so that desired gap tolerances may be maintained. Therefore, conductors 130 and 140 are disposed both in air and in a second material (e.g., a polymer) having a second dielectric property. Therefore, to provide a substantially constant differential impedance profile, in the second material, the spacing between conductors of a differential signal pair may vary.

FIG. 7 illustrates the change in spacing between conductors in rows as conductors pass from being surrounded by air to being surrounded by frame 150. As shown in FIG. 7, at connection pin 132 the distance between conductor S+ and S− is d1. Distance d1 may be selected to mate with conventional connector spacing on first electrical device 110 or may be selected to optimize the differential impedance profile. As shown, distance d1 is selected to mate with a conventional connector and is disposed proximate to the centerline of module 105. As conductors S+ and S− travel from connection pins 132 through frame 150, portions 133 of conductors S+, S− jog towards each other, culminating in a separation distance d2 in air region 160. Distance d2 is selected to give the desired differential impedance between conductor S+ and S−, given other parameters, such as proximity to a ground conductor G. For example, given a spacing d1, spacing d2 may be chosen to provide for a constant differential impedance Z along the length of the conductor S+, S−. The desired differential impedance Z depends on the system impedance (e.g., first electrical device 110), and may be 100 ohms or some other value. Typically, a tolerance of about 5 percent is desired; however, 10 percent may be acceptable for some applications. It is this range of 10% or less that is considered substantially constant differential impedance.

As shown in FIG. 8, conductors S+ and S− are disposed from air region 160 towards blade 136 and portions 135 jog outward with respect to each other within frame 150 such that blades 136 are separated by a distance d3 upon exiting frame 150. Blades 136 are received in contact interfaces 141, thereby providing electrical connection between first section 101 and second section 102. As contact interfaces 141 travel from air region 160 towards frame 152, contact interfaces 141 jog outwardly with respect to each other, culminating in connection pins 142 separated by a distance of d4. As shown, connection pins 142 are disposed proximate to the centerline of frame 152 to mate with conventional connector spacing.

To better illustrate the jogging of conductors 130, FIG. 9 is a perspective view of conductors 130. As can be seen, within frame 150, conductors 130 jog, either inward or

US 6,692,272 B2

7

outward to maintain a substantially constant differential impedance profile and to mate with connectors on first electrical device 110.

To better illustrate the jogging of conductors 140, FIG. 10 is a perspective view of conductor 140. As can be seen, within frame 152, conductor 140 jogs, either inward or outward to maintain a substantially constant differential impedance profile and to mate with connectors on second electrical device 112.

For arrangement into columns, conductors 130 and 140 are disposed along a centerline of frames 150, 152, respectively.

The design of contact interface 141 provides impedance matching of connector 100 to electrical devices 110, 112.

One contact interface design (not shown) includes a single or bifurcated contact beam. This design is easy to both predict and control; however, one potential liability is that single beams can be difficult to design to have adequate reliability. Further, there is some concern that single beams can overstress some attachments such as ball grid arrays.

FIG. 10 is another design that includes two single beam contacts 149, one beam contact 149 on each side of blade 136. This design may provide reduced cross talk performance, because each single beam contact 149 is further away from its adjacent contact. Also, this design may provide increased contact reliability, because it is a "true" dual contact. This design may also reduce the tight tolerance requirements for the positioning of the contacts and forming of the contacts.

FIG. 11 is a perspective view of a portion of another embodiment of a right angle electrical connector 1100. As shown in FIG. 11, conductors 130 are disposed from a first plane to a second plane that is orthogonal to the first plane. Distance D between adjacent conductors 130 remains substantially constant, even though the width of conductor 130 may vary and even though the path of conductor 130 may be circuitous. This substantially constant gap D provides a substantially constant differential impedance between adjacent conductors.

FIG. 12 is a perspective view of another embodiment of a right angle electrical connector 1200. As shown in FIG. 12, modules 1210 are disposed in a frame 1220 to provide proper spacing between adjacent modules 1210.

FIG. 13 is a perspective view of an alternate second section 102' of a right angle electrical connector. As shown in FIG. 13, second section comprises a frame 190 to provide proper spacing between connection pins 142'. Frame 190 comprises recesses, in which conductors 140' are secured. Each conductor 140' comprises a contact interface 141' and a connection pin 142'. Each contact interface 141' extends from frame 190 for connection to a blade 136 of first section 101. Each contact interface 140' is also electrically connected to a connection pin 142' that extends from frame 190 for electrical connection to second electrical device 112. Second section 102' may be assemble via a stitching process.

To attain desirable gap tolerances over the length of conductors 103, connector 100 may be manufactured by the method as illustrated in FIG. 14. As shown in FIG. 14, at step 1400, conductors 130 are placed in a die blank with predetermined gaps between conductors 130. At step 1410, polymer is injected into the die blank to form the frame of connector 100. The relative position of conductors 130 are maintained by frame 150. Subsequent warping and twisting caused by residual stresses can have an effect on the variability, but if well designed, the resultant frame 150 should have sufficient stability to maintain the desired gap

8

tolerances. In this manner, gaps between conductors 130 can be controlled with variability of tenths of thousandths of an inch.

As can be appreciated, the invention provides a high speed electrical connector wherein signal conductors of a differential signal pair have a substantially constant differential impedance along the length of the differential signal pair. Further, the invention may be applied to single ended signaling, wherein a signal conductor has a substantially constant single ended impedance along the length of the signal conductor.

It is to be understood that the foregoing illustrative embodiments have been provided merely for the purpose of explanation and are in no way to be construed as limiting of the invention. Words which have been used herein are words of description and illustration, rather than words of limitation. Further, although the invention has been described herein with reference to particular structure, materials and/or embodiments, the invention is not intended to be limited to the particulars disclosed herein. Rather, the invention extends to all functionally equivalent structures, methods and uses, such as are within the scope of the appended claims. Those skilled in the art, having the benefit of the teachings of this specification, may affect numerous modifications thereto and changes may be made without departing from the scope and spirit of the invention in its aspects.

What is claimed:

1. An electrical connector comprising:

a first conductor and a second conductor,

wherein a respective first portion of each said conductor is disposed in a first material and a respective second portion of each said conductor is disposed in a second material that is different from the first material, and

wherein the respective first portions are disposed a first distance apart and the respective second portions jog relative to each other such that an impedance between the first portions is substantially the same as an impedance between the second portions.

2. The electrical connector as recited in claim 1, wherein the first and second conductors form a differential signal pair and the impedances are differential impedances.

3. The electrical connector as recited in claim 1, wherein the first conductor is a signal conductor, the second conductor is a ground conductor, and the impedances are single ended impedances.

4. The electrical connector as recited in claim 1, wherein the first conductor comprises a first edge along the first portion thereof, the second conductor comprises a second edge along the first portion thereof, and a gap between the first edge and the second edge has a substantially constant gap width along the respective first portions.

5. The electrical connector as recited in claim 1, wherein the conductors are edge-coupled.

6. The electrical connector as recited in claim 1, wherein the conductors are broadside-coupled.

7. The electrical connector as recited in claim 1, wherein the first and second conductors are conductors of a differential signal pair, the electrical connector further comprising:

a plurality of differential signal pairs of conductors, each differential signal pair having a substantially constant impedance between the pair of conductors; and

a plurality of ground conductors, each ground conductor disposed adjacent to one of the plurality of differential signal pairs.

8. The electrical connector as recited in claim 7, wherein the plurality of ground conductors and the plurality of differential signal pairs are arranged in rows.

US 6,692,272 B2

9

**9**. The electrical connector as recited in claim **7**, wherein the plurality of ground conductors and the plurality of differential signal pairs are arranged in columns.

**10**. The electrical connector as recited in claim **7**, wherein a gap between conductors of a differential signal pair adjacent to only one ground is smaller than a gap between conductors of a differential signal pair adjacent to two grounds.

**11**. The electrical connector as recited in claim **1**, wherein a first gap between the respective portions of the conductors in the first material is a first distance and a second gap between the respective portions of the conductors in the second material is a second distance.

**12**. The electrical connector as recited in claim **1**, wherein the first material comprises air and the second material comprises a polymer.

**13**. The electrical connector as recited in claim **1**, wherein each of the first and second conductors culminates in a respective blade.

**14**. The electrical connector as recited in claim **1**, wherein each of the first and second conductors culminates in two respective single beam contacts.

**15**. The electrical connector as recited in claim **1**, wherein each of the first and second conductors enters the connector at a respective first plane and exits the connector at a respective second plane that is substantially orthogonal to the respective second plane.

**16**. The connector as recited in claim **1**, further comprising an insulator encapsulating a respective portion of each of the first and second conductors.

**17**. The connector as recited in claim **1**, further comprising an injection molded insulating portion securing the first and second conductors.

**18**. The connector as recited in claim **1**, wherein a respective third portion of each said conductor is disposed in a third material, and

wherein the respective third portions are disposed a third distance apart such that an impedance between the third portions is substantially the same as the impedance between the first and second portions.

**19**. An electrical connector comprising:

a first differential signal pair of electrical contacts disposed in a first linear contact array and adjacent to only one ground contact disposed in the first linear contact array; and

a second differential signal pair of electrical contacts disposed in the first linear contact array and adjacent to each of a plurality of ground contacts disposed in the first linear contact array;

wherein a gap between the contacts of the first differential signal pair is smaller than a gap between the contacts of the second differential signal pair.

**20**. The electrical connector of claim **19**, wherein a differential impedance between the contacts of the first differential signal pair is about the same as the differential impedance between the contacts of the second differential signal pair.

**21**. The electrical connector of claim **19**, wherein the electrical contacts of the first differential signal pair are edge-coupled.

**22**. The electrical connector of claim **21**, wherein at least one of the electrical contacts of the first differential signal pair is edge-coupled with the only one ground contact.

10

**23**. The electrical connector of claim **19**, wherein the electrical contacts of the second differential signal pair are edge-coupled.

**24**. The electrical connector of claim **23**, wherein at least one of the electrical contacts of the first differential signal pair is edge-coupled with a respective one of the plurality of ground contacts.

**25**. The electrical connector of claim **19**, wherein the second differential signal pair is disposed adjacent to the only one ground contact.

**26**. The electrical connector of claim **19**, further comprising a second linear contact array adjacent to the first linear contact array.

**27**. The electrical connector of claim **26**, wherein the first linear contact array is staggered relative to the second linear contact array.

**28**. An electrical connector comprising:

a first electrical contact disposed in a first linear contact array and adjacent to only one ground contact disposed in the linear contact array; and

a second electrical contact disposed in the first linear contact array and adjacent to each of a plurality of ground contacts disposed in the first linear contact array;

wherein a gap between the first electrical contact and the only one ground contact is smaller than a gap between the second electrical contact and any of the plurality of ground contacts.

**29**. The electrical connector of claim **28**, wherein the first electrical contact is a one of a first differential signal pair of electrical contacts and the second electrical contact is a one of a second differential signal pair of electrical contacts.

**30**. The electrical connector of claim **29**, wherein a differential impedance between the contacts of the first differential signal pair is about the same as the differential impedance between the contacts of the second differential signal pair.

**31**. The electrical connector of claim **29**, wherein the electrical contacts of the first differential signal pair are broadside-coupled.

**32**. The electrical connector of claim **28**, wherein the first electrical contact is edge-coupled with the only one ground contact.

**33**. The electrical connector of claim **28**, wherein the electrical contacts of the second differential signal pair are edge-coupled.

**34**. The electrical connector of claim **28**, wherein the second electrical contact is edge-coupled with at least one of the plurality of ground contacts.

**35**. The electrical connector of claim **28**, wherein the second electrical contact is disposed adjacent to the only one ground contact.

**36**. The electrical connector of claim **28**, further comprising a second linear contact array adjacent to the first linear contact array.

**37**. The electrical connector of claim **36**, wherein the first linear contact array is staggered relative to the second linear contact array.

\* \* \* \* \*

EXHIBIT N

(12) **United States Patent**
Winings et al.

(10) Patent No.: **US 6,652,318 B1**
(45) Date of Patent: **Nov. 25, 2003**

(54) **CROSS-TALK CANCELING TECHNIQUE FOR HIGH SPEED ELECTRICAL CONNECTORS**

(75) Inventors: **Clifford L. Winings**, Etters, PA (US); **Joseph B. Shuey**, Camp Hill, PA (US); **Stefaan Hendrik Josef Sercu**, Velddriel (NL); **Stephen B. Smith**, Mechanicsburg, PA (US)

(73) Assignee: **FCI Americas Technology, Inc.**, Reno, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/155,786**

(22) Filed: **May 24, 2002**

(51) Int. Cl.$^7$ ............................................. H01R 13/648
(52) U.S. Cl. ........................................ **439/608**; 439/941
(58) Field of Search ................................ 439/608, 941, 439/701, 609, 108

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,669,054 A | 6/1972 | Desso et al. | 113/119 |
| 3,748,633 A | 7/1973 | Lundergan | 339/217 S |
| 4,260,212 A | 4/1981 | Ritchie et al. | 339/97 R |
| 4,288,139 A | 9/1981 | Cobaugh et al. | 339/74 R |
| 4,776,803 A | 10/1988 | Pretchel et al. | 439/59 |
| 5,077,893 A | 1/1992 | Mosquera et al. | 29/882 |
| 5,174,770 A | 12/1992 | Sasaki et al. | 439/108 |
| 5,274,918 A | 1/1994 | Reed | 29/882 |
| 5,590,463 A | 1/1997 | Feldman et al. | 29/844 |

| | | | |
|---|---|---|---|
| 5,609,502 A | 3/1997 | Thumma | 439/747 |
| 5,741,144 A | 4/1998 | Elco et al. | 439/101 |
| 5,795,191 A | 8/1998 | Preputnick et al. | 439/608 |
| 5,961,355 A | 10/1999 | Morlion et al. | 439/686 |
| 6,068,520 A | 5/2000 | Winings et al. | 439/676 |
| 6,123,554 A * | 9/2000 | Ortega et al. | 439/79 |
| 6,125,535 A | 10/2000 | Chiou et al. | 29/883 |
| 6,146,157 A | 11/2000 | Lenoir et al. | 439/101 |
| 6,146,203 A | 11/2000 | Elco et al. | 439/609 |
| 6,190,213 B1 | 2/2001 | Reichart et al. | 439/736 |
| 6,212,755 B1 | 4/2001 | Shimada et al. | 29/527.1 |
| 6,219,913 B1 | 4/2001 | Uchiyama | 29/883 |
| 6,220,896 B1 * | 4/2001 | Bertoncini et al. | 439/608 |
| 6,269,539 B1 | 8/2001 | Takahashi et al. | 29/883 |
| 6,328,602 B1 | 12/2001 | Yamasaki et al. | 439/608 |
| 6,347,952 B1 * | 2/2002 | Kline et al. | 439/608 |
| 6,363,607 B1 | 4/2002 | Chen et al. | 29/883 |
| 6,379,188 B1 * | 4/2002 | Cohen et al. | 439/608 |
| 6,409,543 B1 * | 6/2002 | Astbury, Jr. et al. | 439/608 |
| 6,431,914 B1 * | 8/2002 | Billman | 439/608 |
| 6,435,914 B1 * | 8/2002 | Billman | 439/608 |
| 6,461,202 B2 * | 10/2002 | Kline | 439/701 |
| 6,471,548 B2 * | 10/2002 | Bertoncini et al. | 439/608 |
| 6,554,647 B1 * | 4/2003 | Cohen et al. | 439/607 |

* cited by examiner

*Primary Examiner*—Ross Gushi
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

A high speed electrical connector configured to reduce the incidence of cross-talk is disclosed. The connector includes a connector housing and a plurality of columns of differential contact pairs and ground contacts. Each column of differential contact pairs and ground contacts is offset from an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair.

**22 Claims, 18 Drawing Sheets**





FIG. 1



FIG. 1a



FIG. 1b



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 8                    FIG. 7



FIG. 9a



## FIG. 9b



FIG. 10



FIG. 11



FIG. 12

Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 17 of 106



x.x      + - 0.2
x.xx     + - 0.10
x.xxx   + - 0.050
ANG. + - 0.5

FIG. 13



FIG. 14



Section A-A

Section B-B

FIG. 15    FIG. 16



FIG. 17

US 6,652,318 B1

**1**

# CROSS-TALK CANCELING TECHNIQUE FOR HIGH SPEED ELECTRICAL CONNECTORS

## CROSS REFERENCE TO RELATED APPLICATIONS

The subject matter disclosed herein is related to the subject matter disclosed in U.S. patent application Ser. No. 10/294,966, filed Nov. 14, 2002, entitled "Cross Talk Reduction And Impedance-Matching For High Speed Electrical Connectors."

## FIELD OF THE INVENTION

The invention relates in general to electrical connectors. More particularly, the invention relates to methods and apparatuses for reducing cross-talk in high speed electrical connectors.

## BACKGROUND OF THE INVENTION

Electrical connectors provide signal connections between electronic devices using signal contacts. Often, the signal contacts are so closely spaced that undesirable cross-talk occurs between nearby signal contacts. Cross-talk occurs when one signal contact induces electrical interference in a nearby signal contact thereby compromising signal integrity. With electronic device miniaturization and high speed electronic communications becoming more prevalent, the reduction of cross-talk becomes a significant factor in connector design.

One method for reducing cross-talk is to provide separate shields within the connector. In this manner, the shields act to block the cross-talk from affecting nearby signal contacts. With connector space being a premium, however, shields take up valuable space within the connector that could otherwise be used for more signal contacts. Shields also reduce characteristic impedance of adjacent differential pairs, often making it difficult to achieve the desired characteristic impedance in high density connectors. In addition to spacing and impedance issues, manufacturing and inserting the connector shields increases the overall manufacturing costs associated with the connectors. Therefore, a need exists for a high speed electrical connector (one that operates above 1 Gb/s) that reduces the occurrence of cross-talk without the need for separate shielding plates.

## BRIEF SUMMARY OF THE INVENTION

The invention satisfies the aforementioned need by providing a high speed connector (operating above 1 Gb/s) that prevents the incidence of multi-active cross-talk. In this manner, and in one embodiment of the invention, the differential pairs and ground contacts are arranged within the connector in such a manner so as to reduce undesirable multi-active cross-talk that occurs between the differential pairs.

In particular, and in one embodiment of the invention, a high speed electrical connector for connecting a plurality of electrical devices is disclosed. Specifically, the connector includes a connector housing and a plurality of columns of differential contact pairs disposed within the housing, each differential contact pair includes a first signal contact for transmitting a signal having a first polarity and a second signal contact for transmitting a signal having a second polarity, opposite to said first polarity. The connector also includes a plurality of ground contacts wherein a ground contact is disposed between each differential contact pair

**2**

within each column of differential contact pairs and wherein each column of differential contact pairs and ground contacts is offset from an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is further described in the detailed description that follows, by reference to the noted drawings by way of non-limiting illustrative embodiments of the invention, in which like reference numerals represent similar parts throughout the drawings, and wherein:

FIG. 1 is a perspective view of a backplane system having an exemplary right angle electrical connector in accordance with the invention;

FIG. 1a is a simplified view of an alternative embodiment of a backplane system with a right angle electrical connector in accordance with the invention;

FIG. 1b is a simplified view of a board-to-board system having a vertical connector in accordance with the invention;

FIG. 2 is perspective view of the connector plug portion of the connector shown in FIG. 1;

FIG. 3 is a side view of the plug connector of FIG. 2;

FIG. 4 is a side view of a lead assembly of the plug connector of FIG. 2;

FIG. 5 is a diagram showing an array of six columns of terminals arranged in accordance with one aspect of the invention;

FIG. 6 is a diagram showing an array of six columns arranged in accordance with another embodiment of the invention;

FIG. 7 is a side view of two columns of terminals in accordance with one embodiment of the invention;

FIG. 8 is a front view of the terminals of FIG. 7;

FIG. 9a illustrates a conductor arrangement used to measure the effect of offset on multiactive crosstalk.

FIG. 9b is a graph illustrating the relationship between multiactive crosstalk and offset between adjacent columns of terminals in accordance with one aspect of the invention.;

FIG. 10 is a perspective view of the receptacle portion of the connector shown in FIG. 1.

FIG. 11 is a side view of the receptacle of FIG. 10;

FIG. 12 is a perspective view of a single column of receptacle contacts;

FIG. 13 is a perspective view of a connector in accordance with another embodiment of the invention;

FIG. 14 is a side view of a column of right angle terminals in accordance with another aspect of the invention;

FIG. 15 and FIG. 16 are front views of the right angle terminals of FIG. 14 taken along lines A—A and lines B—B respectively; and

FIG. 17 illustrates the cross section of terminals as the terminals connect to vias on an electrical device in accordance with another aspect of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 is a perspective view of a backplane system having an exemplary right angle electrical connector in accordance with an embodiment of the invention. However the invention may take other forms such as a vertical or horizontal electrical connector as shown in FIG. 1b. As shown in FIG. 1, connector 100 comprises a plug 102 and receptacle 1100.

3

Plug **102** comprises housing **105** and a plurality of lead assemblies **108**. The housing **105** is configured to contain and align the plurality of lead assemblies **108** such that an electrical connection suitable for signal communication is made between a first electrical device **110** and a second electrical device **112** via receptacle **1100**. In one embodiment of the invention, electrical device **110** is a backplane and electrical device **112** is a daughtercard. Electrical devices **110** and **112** may, however, be any electrical device without departing from the scope of the invention.

As shown, the connector **102** comprises a plurality of lead assemblies **108**. Each lead assembly **108** comprises a column of terminals or conductors **130** therein as will be described below. Each lead assembly **108** comprises any number of terminals **130**.

FIG. **1***a* is backplane system similar to FIG. **1** except the connector **103** is a single device rather than mating plug and receptacle. Connector **103** comprises a housing and a plurality of lead assemblies (not shown). The housing is configured to contain and align the plurality of lead assemblies (not shown) such that an electrical connection suitable for signal communication is made between a first electrical device **110** and a second electrical device **112**

FIG. **1***b* is a board-to-board system similar to FIG. **1** except plug connector **105** is a vertical plug connector rather than a right angle plug connector. This embodiment makes electrical connection between two parallel electrical devices **110** and **113**.

FIG. **2** is a perspective view of the plug connector of FIG. **1** shown without electrical devices **110** and **112** and receptacle connector **1100**. As shown, slots **107** are formed in the housing **105** that contain and align the lead assemblies **108** therein. FIG. **2** also shows connection pins **132**, **142**. Connection pins **142** connect connector **102** to electrical device **112**. Connection pins **132** electrically connect connector **102** to electrical device **110** via receptacle **1100**. Connection pins **132** and **142** may be adapted to provide through-mount or surface-mount connections to an electrical device (not shown).

In one embodiment, the housing **105** is made of plastic, however, any suitable material may be used without departing from the scope of the invention. The connections to electrical devices **110** and **112** may be surface or through mount connections without deviating from the principles of the invention.

FIG. **3** is a side view of plug connector **102** as shown in FIG. **2**. As shown, the column of terminals contained in each lead assembly **108** are offset from one another column of terminals in an adjacent lead assembly by a distance D in accordance with one aspect of the invention. Such an offset will be discussed more fully below.

FIG. **4** is a side view of a single lead assembly **108** not contained within housing **105**. As shown in FIG. **4**, one embodiment of lead assembly **108** comprises a metal lead frame **140** and an insert molded plastic frame **133**. In this manner, the insert molded lead assembly **133** serves to contain one column of terminals or conductors **130**. The terminals may comprise either differential pairs or ground contacts. In this manner, each lead assembly **108** comprises a column of differential pairs **135**A and **135**B and ground contacts **137**.

Also shown in FIG. **4**, and in one embodiment of the invention, the column of differential pairs and ground contacts contained in each lead assembly **108** are arranged in a signal-signal-ground configuration. In this manner, the top contact of the column of terminals in lead assembly **108** is

4

a ground contact **137**A. Adjacent to ground contact **137**A is a differential pair **135**A comprised of a two signal contacts, one with a positive polarity and one with a negative polarity. As shown, the ground contacts **137**A and **137**B extend a greater distance from the insert molded lead assembly **133**. Such a configuration allows the ground to mate with receptacle **1100** before the signal contacts. Lead assembly **108** of connector **100** is shown as a right angle module. To explain, a set of first connection pins **132** is disposed on a first plane (e.g., coplanar with first electrical device **110**) and a set of second connection pins **142** is disposed on a second plane (e.g., coplanar with second electrical device **112**) perpendicular to the first plane. To connect the first plane to the second plane, each conductor **130** is formed to extend a total of about ninety degrees (a right angle) to electrically connect electrical devices **110** and **112**.

FIG. **5** shows an array of differential pairs and ground contacts in accordance with one aspect of the invention. In accordance with the invention, each column of terminals within the connector **100** is offset from each adjacent column of terminals. In this manner, the offset is measured from one edge of a terminal to the same edge of the corresponding terminal in the adjacent column. By offsetting the columns, any mulit-active cross talk occurring in any particular terminal is reduced. Multi-active cross talk is cross talk that occurs on a terminal from multiple sources. In this manner, the signal integrity of connector **100** is relatively high by reducing multi-active cross-talk.

As shown in FIG. **5**, each column is offset from the adjacent column by a distance d. Specifically, column **501** is offset from column **502** by a distance d. Column **502** is offset from column **503** by a distance d. Column **503** is offset from column **504** by a distance d. Column **504** is offset from column **505** by a distance d. Column **505** is offset from column **506** by a distance d. Since each column is offset from the adjacent column, each terminal within the columns is offset from an adjacent terminal. For example, signal contact **580** in differential pair D3 is offset from the signal contact **581** in differential pair D4 by a distance d. The amount of offset may be half a row pitch, a full row pitch, or some other pitch factor without departing from the principles of the invention. The optimum offset depends on a number of factors, including column pitch, row pitch, the shape of the terminals, and the dielectric constant of the insulative material around the terminal.

Additionally, the aspect ratio of gap to pitch between the columns of differential pairs is less than 0.3. The aspect ratio of gap to pitch is a ratio of the distance of terminals in adjacent columns to the distance of the pitch. For example, as shown in FIG. **5**, the gap is distance X and the column pitch is distance P. Consequently, the aspect ratio of gap to pitch is X/P.

FIG. **6** illustrates another configuration of differential pairs in accordance with another embodiment of the invention. In accordance with the invention, each column of terminals within the connector **100** is offset from each adjacent column. For example, as shown, differential pair D1 in column **501** is offset from differential pair D2 in the adjacent column **502** by a distance d.

In this embodiment, the array of terminals does not include a ground contact separating each differential pair. Rather, the differential pairs within each column are separated from each other by a distance greater than the distance separating one terminal in a differential pair from the second terminal in the same differential pair. For example, the distance between terminals within each differential pairs is

US 6,652,318 B1

5

Y and the distance separating differential pairs is Y+X. Such spacing also serves to reduce cross talk.

FIG. 7 and FIG. 8 are side and front view, respectively, of two columns of terminals in accordance with one aspect of the invention. As shown in FIGS. 7 and 8, adjacent columns of terminals are staggered in relation to one another. In other words, an offset exists between terminals in adjacent lead assemblies. In particular and as shown in FIGS. 7 and 8, an offset of distance d exists between terminals in column 1 and terminals in column 2. As shown, the offset d runs along the entire length of the terminal. As stated above, the offset reduces the incidence of cross-talk by furthering the distance between the signal carrying conductors.

To simplify conductor placement, in the present embodiment, conductors 130 have a rectangular cross section as shown in FIG. 7. Conductors 130 may, however, be any shape without departing from the scope of the invention.

FIG. 9a illustrates a conductor arrangement used to measure the effect of offset between adjacent columns on multiactive crosstalk. Fast (40 ps) rise-time differential signals were applied to Active Pair 1 and to Active Pair 2. Near-end crosstalk, designated Nxt1 and Nxt2 was measured on Quiet Pair as Offset dimension d was varied from 0 to 5.0 mm.

FIG. 9b is a graph showing the results of these measurements. Specifically, the graph illustrates the incidence of multi-active cross-talk that occurs between differential pairs. Two differential pairs being active pairs (electrical signals applied) and the other pair being quiet (no applied signal). In this manner, cross talk occurs when noise is induced on the quiet pair from each of the current carrying conductors in the differential pair.

As shown, the lowest sum of the absolute values of crosstalk from the two active pairs, called "multi-active cross-talk", occurs when the offset is either around 1.3 mm or around 3.65 mm. In one embodiment of the invention, to minimize multi-active cross-talk, the offset between columns is 1.3 mm. Such an offset minimizes cross-talk while keeping the electrical connector relatively compact.

FIG. 10 is a perspective view of the receptacle portion of the connector shown in FIG. 1. In this manner, receptacle 1100 may be mated with connector plug 102 (as shown in FIG. 1) and used to connect two electrical devices (not shown). Specifically, connection pins 132 (as shown in FIG. 2) may be inserted into apertures 1142 to electrically connect connector 102 to receptacle 1100. Receptacle 1100 also includes alignment structures 1120 to aid in the alignment and insertion of connector 100 into receptacle 1100. Once inserted, structures 1120 also serve to secure the connector once inserted into receptacle 1100. Such structures 1120 thereby prevent any movement that may occur between the connector and receptacle that could result in mechanical breakage therebetween.

Receptacle 1100 includes a plurality of receptacle contact assemblies 1160 each containing a plurality of terminals (only the tails of which are shown). The terminals provide the electrical pathway between the connector 100 and any mated electrical device (not shown).

FIG. 11 is a side view of the receptacle of FIG. 10 including structures 1120, housing 1150 and receptacle lead assembly 1160. As shown, FIG. 11 also shows that the receptacle lead assemblies may be offset from one another in accordance with the invention. As stated above, such offset reduces the occurrence of multi-active cross talk as described above.

FIG. 12 is a perspective view of a single receptacle contact assembly not contained in receptacle housing 1150.

6

As shown, the assembly 1160 includes a plurality of dual beam conductive terminals 1175 and aholder 1168 made of insulating material. In one embodiment, the holder 1168 is made of plastic injection molded around the contacts; however, any suitable insulating material may be used without departing from the scope of the invention. FIG. 13 is a perspective view of a connector in accordance with another embodiment of the invention. As shown, connector 1310 and receptacle 1315 are used in combination to connect an electrical device, such as circuit board 1305 to a cable 1325. Specifically, when connector 1310 is mated with receptacle 1315, an electrical connection is established between board 1305 and cable 1325. Cable 1325 can then transmit signals to any electrical device (not shown) suitable for receiving such signals.

In another embodiment of the invention, it is contemplated that the offset distance, d, may vary throughout the length of the terminals in the connector. In this manner, the offset distance may vary along the length of the terminal as well as at either end of the conductor. To illustrate this embodiment and referring now to FIG. 14, a side view of a single column of right angle terminals is shown. As shown, the height of the terminals in section A is height H1 and the height of the cross section of terminals in section B is height H2.

FIG. 15 and FIG. 16 are a front view of the columns of right angle terminals taken along lines A—A and lines B—B respectively. In addition to the single column of terminals shown in FIG. 14, FIG. 15 and FIG. 16 also show an adjacent column of terminals contained in the adjacent lead assembly contained in the connector housing.

In accordance with the invention, the offset of adjacent columns may vary along the length of the terminals within the lead assembly. More specifically, the offset between adjacent columns varies according to adjacent sections of the terminals. In this manner, the offset distance between columns is different in section A of the terminals then in section B of the terminals.

To illustrate and as shown in FIG. 15 and FIG. 16, the cross sectional height of terminals taken along line A—A in section A of the terminal is H1 and the cross sectional height of terminals in section B taken along line B—B is height H2. As shown in FIG. 15, the offset of terminals in section A, where the cross sectional height of the terminal is H1, is a distance D1.

Similarly, FIG. 16 shows the offset of the terminals in section B of the terminal. As shown, the offset distance between terminals in section B of the terminal is D2. In accordance with this configuration, since the offset distance is different along the length of the terminal, the multi-active cross talk that occurs between the terminals is reduced thereby increasing signal integrity.

In another embodiment of the invention, to further reduce cross talk, the offset between adjacent terminal columns is different than the offset between vias on a mated printed circuit board. A via is conducting pathway between two or more layers on a printed circuit board. Typically, a via is created by drilling through the printed circuit board at the appropriate place where two or more conductors will interconnect.

To illustrate such an embodiment, FIG. 17 illustrates a front view of a cross section of four columns of terminals as the terminals mate to vias on an electrical device. Such an electric device may be similar to those as illustrated in FIG. 1. The terminals 1710 of the connector (not shown) are inserted into vias 1700 by connection pins (not shown). The connection pins, however, may be similar to those shown in FIG. 2.

US 6,652,318 B1

7

In accordance with this embodiment of the invention, the offset between adjacent terminal columns is different than the offset between vias on a mated printed circuit board. Specifically, as shown in FIG. 17, the distance between the offset of adjacent column terminals is D1 and the distance between the offset of vias in an electrical device is D2. By varying these two offset distances in accordance with the invention, the cross talk that occurs in the connector of the invention is reduced and the corresponding signal integrity is maintained.

It is to be understood that the foregoing illustrative embodiments have been provided merely for the purpose of explanation and are in no way to be construed as limiting of the invention. Words which have been used herein are words of description and illustration, rather than words of limitation. Further, although the invention has been described herein with reference to particular structure, materials and/or embodiments, the invention is not intended to be limited to the particulars disclosed herein. Rather, the invention extends to all functionally equivalent structures, methods and uses, such as are within the scope of the appended claims. Those skilled in the art, having the benefit of the teachings of this specification, may affect numerous modifications thereto and changes may be made without departing from the scope and spirit of the invention in its aspects.

What is claimed is:

1. An electrical connector comprising:

a connector housing;

a plurality of columns of differential contact pairs disposed within the housing, each differential contact pair including a first signal contact for transmitting a signal having a first polarity and a second signal contact for transmitting a signal having a second polarity, opposite to said first polarity; and

a plurality of ground contacts wherein a ground contact is disposed between each differential contact pair within each column of differential contact pairs;

wherein each column of differential contact pairs and ground contacts is offset from an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair.

2. The electrical connector of claim 1 further comprising:

a ground contact disposed at the top of one column of differential contact pairs and a ground contact disposed at the bottom of an adjacent column of differential contact pairs.

3. The electrical connector of claim 1 wherein the connector is a right angle connector.

4. The electrical connector of claim 1 wherein the connector is a vertical connector.

5. The electrical connector of claim 1 further comprising:

a lead frame, each lead frame containing one column of differential contact pairs and ground contacts.

6. The electrical connector of claim 1 wherein the connector is adapted to pass signals above 1 Gb/s.

7. The connector of claim 1 wherein an aspect ratio of gap to pitch between the columns of differential pairs is less than 0.3.

8. The connector of claim 1 wherein the offset between adjacent columns varies along the length of the differential pair.

9. The connector of claim 1 wherein the offset is a full pitch.

10. The connector of claim 1 wherein said connector housing further comprises separable plug and receptacle housings.

8

11. The connector of claim 1 wherein no shields are positioned between said columns.

12. The connector of claim 1 wherein no grounds are positioned between said columns.

13. The connector of claim 1, further comprising ground contacts at the top and bottom of at least one of said columns.

14. An electrical system comprising:

a first electrical device;

a second electrical device;

an electrical connector for electrically connecting the first electrical device to the second electrical device, the connector comprising:

a connector housing;

a plurality of columns of differential contact pairs disposed within the housing, each differential contact pair including a first signal contact for transmitting a signal having a first polarity and a second signal contact for transmitting a signal having a second polarity, opposite to said first polarity; and

a plurality of ground contacts wherein a ground contact is disposed between each differential contact pair within each column of differential contact pairs;

wherein each column of differential contact pairs and ground contacts is offset from an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair.

15. The electrical system of claim 14 wherein one of the first and second electrical devices further comprises:

a plurality of adjacent columns of vias for electrically connecting the device to the connector wherein the adjacent columns of vias are offset from one another by a distance that differs from the offset between columns of differential contact pairs and ground contacts of the connector.

16. An electrical connector comprising:

a plug comprising:

a plurality of columns of differential contact pairs disposed within the plug, each differential contact pair including a first signal contact for transmitting a signal having a first polarity and a second signal contact for transmitting a signal having a second polarity; and

a plurality of ground contacts wherein a ground contact is disposed between each differential contact pair within each column of differential contact pairs;

wherein each column of differential contact pairs and ground contacts is offset from an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair; and

a receptacle electrically connected to the plug comprising:

a second plurality of columns of differential contact pairs disposed within the receptacle, each differential contact pair including a first signal contact for transmitting a signal having a first polarity and a second signal contact for transmitting a signal having a second polarity; and

a second plurality of ground contacts wherein a ground contact is disposed between each differential contact pair within each second plurality of columns of differential contact pairs;

wherein each second column of differential contact pairs and ground contacts is offset from an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair.

17. The connector of claim 16 wherein the receptacle is adapted to connect to a cable.

US 6,652,318 B1

9

**18**. A plug for an electrical connector comprising:

a housing;

a plurality of lead frames contained within said housing, each said lead frame comprising:

a column of contacts arranged as:

a plurality of differential contact pairs having terminal pins at both ends thereof, each differential contact pair including a first signal contact for transmitting a signal having a first polarity and a second signal contact for transmitting a signal having a second polarity; and

a plurality of ground contacts having ground pins at both ends thereof,

wherein a ground contact is disposed between each differential contact pair;

wherein said differential contact pairs and ground contacts of each said column are offset from those of an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair.

**19**. The plug of claim **18** wherein no shields are positioned between said lead frames.

**20**. The plug of claim **19** wherein no grounds are positioned between said lead frames.

10

**21**. The plug of claim **18** wherein at least one of said columns of contacts includes a ground contact at the top and bottom of said column.

**22**. An electrical connector comprising:

a housing;

a plurality of lead frames contained within said housing, each said lead frame comprising:

a column of contacts arranged as:

a plurality of differential contact pairs having terminal pins at both ends thereof, each differential contact pair including a first signal contact for transmitting a signal having a first polarity and a second signal contact for transmitting a signal having a second polarity, opposite from said first polarity; and

wherein said differential contact pairs of each said column are offset from those of an adjacent column such that multi-active cross-talk is reduced with respect to each differential contact pair.

\*    \*    \*    \*    \*

EXHIBIT O



EXHIBIT P



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/918,565 | 08/13/2004 | Alan Raistrick | FCI-2751/C3635 | 4559 |

48580          7590          06/20/2005

WOODCOCK WASHBURN, LLP
ONE LIBERTY PLACE - 46TH FLOOR
PHILADELPHIA, PA  19103

| EXAMINER |
|---|
| GUSHI, ROSS N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2833 | |

DATE MAILED: 06/20/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

| Application No. | Applicant(s) |
|---|---|
| 10/918,565 | RAISTRICK ET AL. |
| Examiner | Art Unit |
| Ross N. Gushi | 2833 |

**Office Action Summary**

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE ~~3~~ MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____.

2a) ☐ This action is **FINAL**.        2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**      *1-37*

4) ☒ Claim(s) √ is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.      *1-6, 8-26, 28-37*

6) ☐ Claim(s) √ is/are rejected.

7) ☐ Claim(s) √ is/are objected to.      *7, 27*

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☒ The drawing(s) filed on *8/13/04* is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some * c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    Paper No(s)/Mail Date *11/9/04, 6/6/05*

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application (PTO-152)

6) ☒ Other: *Attachment*

## DETAILED ACTION

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35

U.S.C. 102 that form the basis for the rejections under this section made in this

Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

(e) the invention was described in —
    (1)  an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effect under this subsection of a national application published under section 122(b) only if the international application designating the United States was published under Article 21(2)(a) of such treaty in the English language; or
    (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that a patent shall not be deemed filed in the United States for the purposes of this subsection based on the filing of an international application filed under the treaty defined in section 351(a);

Claims 1-5, 8-23, 26, 28-32, and 34-36 are rejected under 35

U.S.C. 102(e) as being anticipated by Pape et al. ("Pape").

Per claim 1, Pape discloses an electrical connector comprising: a first

leadframe housing 20 having a portion of a first electrical contact 12 extending

therethrough; and a second leadframe housing (see figure 1) having a portion of

a second electrical contact extending therethrough, wherein the second

leadframe housing is disposed adjacent to the first leadframe housing such that

an air gap is formed between the respective portions of the electrical contacts

that extend through the leadframe housings.

Per claim 2, the electrical contacts form a differential signal pair (i.e. they

are capable of transmitting differential signals).

Per claim 3, are broadside-coupled.

Per claim 4, the gap has a gap width that provides for a desired impedance profile between the electrical contacts (there is an inherent impedance which is inherently acceptable/desired since it can be assumed the device operates as intended).

Per claim 5, the first leadframe housing has a first recess (see figure 3, where the contacts 18 are in the recess defined by the raised holding web 22 and the raised edge 28), and the first electrical contact sits in the first recess, the second leadframe housing has a second recess (see figure 2 where the contacts 18 are in the recess defined by the webs 32, the surface of web 22 and edges 28), and the second electrical contact sits in the second recess.

Per claim 8, the first leadframe housing has a recess, and the first electrical contact sits in the recess.

Per claim 9, the gap has a gap width, and the recess has a depth that at least partially defines the gap width.

Per claim 10, the first leadframe housing comprises a face that at least partially defines the recess, and the first electrical contact abuts the face.

Per claim 11, the first leadframe housing comprises a plurality of faces that collectively define the recess, and the first electrical contact abuts each of the faces (see attachment).

Per claim 12, the second leadframe housing has a recess, and the second electrical contact sits in the recess of the second leadframe housing.

Claims 13-17 are rejected for the reasons pertaining to claims 1-12.

Per claim 18, the first and second leadframe housings are coupled (to the housing 4) with an interference fit.

Per claim 19, Pape discloses an electrical connector comprising: a first lead frame assembly 5 comprising a first leadframe housing, a first signal contact 18, and a second signal contact adjacent to the first signal contact (for example the first and second contacts 18 in the assembly 5); and a second leadframe (see figure 1) comprising a second leadframe housing, a third signal contact, and a fourth signal contact adjacent to the third signal contact, the first and third signal contacts forming a first differential signal pair and the second and fourth signal contacts forming a second differential signal pair (i.e. the pairs of contacts formed in adjacent modules are capable of transmitting a differential signal), wherein a first air gap is formed between respective portions of the first and third signal contacts that extend through the respective leadframe housings, and a second air gap is formed between respective portions of the second and fourth signal contacts that extend through the respective leadframe housings.

Per claims 20, 21, and 26, the first air gap has a gap width that limits interference (or crosstalk) from the first differential signal pair at the second differential signal pair (inherently, interference and crosstalk are reduced over distance, the larger the gap distance, the lower any interference will be).

Claims 22, 23, 28-32, 34-36 are rejected for the reasons pertaining to claims 1-21 and 26.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 6, 24, 25, 33, and 37 are rejected under 35 U.S.C. 103(a) as being unpatentable over Pape as in claims 1-5 and 7-24 in view of Broeksteeg U.S. No. 5066236. Regarding claims 6, 24, 25, 33, 37, it is not shown whether the Pape modules abut each other so it is not clear whether the gap is defined as claimed. Broeksteeg teaches adjacent modules abutting each other. At the time of the invention, it would have been obvious to have the Pape modules abut each other as taught in Broeksteeg. The suggestion or motivation for doing so would have been to reduce the overall length of the connector, as taught implicitly in Broeksteeg and as is well known in the art. The resulting gap would be the same as claimed.

## Allowable Subject Matter

Claims 7 and 27 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims. Regarding claim 7, the prior art does not suggest the connector as claimed, including the combination of all the claimed elements, the combination including that he impedance profile is a uniform impedance profile along the respective portions of the contacts that

extend through the leadframe housings. Regarding claim 27, the prior art does not suggest the connector as claimed, including the combination of all the claimed elements, the combination including that the connector is a mezzanine style connector.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Ross Gushi whose telephone number is (571) 272-2005. If attempts to reach the examiner by phone are unsuccessful, the examiner's supervisor, Paula A. Bradley, can be reached at 571-272-2800 extension 33. The phone number for the Group's facsimile is (703) 872-9306.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

ROSS GUSHI
PRIMARY EXAMINEF



Fig.2     Faces deleteris are recess



Fig.3

Edge

Pocket Recesses

Wall

EXHIBIT Q

Case 1:07-cv-00049-JJF    Document 4    Filed 01/26/2007    Page 1 of 6

US006776649B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,776,649 B2**
Pape et al.                        (45) **Date of Patent:**     **Aug. 17, 2004**

(54) **CONTACT ASSEMBLY FOR A PLUG CONNECTOR, IN PARTICULAR FOR A PCB PLUG CONNECTOR**

(75) Inventors: **Günter Pape**, Enger (DE); **Andreas Kohler**, Minden (DE)

(73) Assignee: **Harting KGaA (DE)**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 165 days.

(21) Appl. No.: **10/062,026**

(22) Filed: **Jan. 31, 2002**

(65) **Prior Publication Data**

US 2002/0106930 A1 Aug. 8, 2002

(30) **Foreign Application Priority Data**

Feb. 5, 2001   (DE) ......................................... 101 05 042

(51) **Int. Cl.**[7] ............................................... **H01R 13/00**
(52) **U.S. Cl.** ......................... **439/485**; 439/79; 439/608; 439/83; 439/206; 439/606
(58) **Field of Search** ........................... 439/485, 79, 608, 439/610, 83, 206, 606, 604

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,066,236 A * 11/1991 Broeksteeg .................. 439/79

| 5,353,191 A | * | 10/1994 | Volz et al. | ................... | 361/690 |
| 5,795,191 A | | 8/1998 | Preputnick et al. | ......... | 439/608 |
| 6,123,586 A | * | 9/2000 | MacDougall | ............... | 439/701 |
| 6,171,149 B1 | * | 1/2001 | Van Zanten | ............... | 439/608 |
| 6,174,202 B1 | * | 1/2001 | Mitra | ................... | 439/608 |

FOREIGN PATENT DOCUMENTS

| EP | 0 622 871 | | 3/1994 | ......... | H01R/13/658 |
| EP | 0 422 785 | B1 | 3/1995 | ........... | H01R/23/68 |
| EP | 1 107 366 | | 6/2001 | ......... | H01R/12/16 |
| WO | WO 99/09616 | | 2/1999 | ......... | H01R/13/648 |

* cited by examiner

Primary Examiner—Truc Nguyen
(74) Attorney, Agent, or Firm—Hayes Soloway P.C.

(57)          **ABSTRACT**

The invention relates to a contact carrier for a plug connector, in particular for a PCB plug connector. The contact carrier comprises a carrier body formed of a plastic material, and a plurality of contacts which are accommodated in the carrier body. Each of the contacts have two plug-in portions and one transition portion located between the two plug-in portions. The transition portions are exposed at least in part and the carrier body is provided with thermally conductive webs which are located between the transition portions and adjoin the latter.

**8 Claims, 4 Drawing Sheets**



$$\underline{F\,i\,g\,.\,1}$$





Fig.2



Fig.3

Fig.4



US 6,776,649 B2

**1**

CONTACT ASSEMBLY FOR A PLUG CONNECTOR, IN PARTICULAR FOR A PCB PLUG CONNECTOR

TECHNICAL FIELD

This invention relates to a contact assembly for a plug connector, in particular for a PCB plug connector.

BACKGROUND OF THE INVENTION

A generic contact assembly is known from European Patent 0 422 785. Such assembly comprises a carrier body formed of a plastic material and a plurality of contacts which are accommodated in the carrier body and each have two plug-in portions and one transition portion located between the two plug-in portions. The transition portions are exposed at least in part. The contacts are embedded within the carrier body by injection-molding. In the interior of the carrier body a recess is provided, through which the transition portions of the contacts freely extend. By appropriately choosing the exposed length of the transition portions, an impedance matching is to be achieved.

In some applications it may be desirable to mount a plug connector, equipped with the above-mentioned contact assemblies, on a printed circuit board by means of a reflow soldering method. In this method, a solder is applied onto the printed circuit board. Subsequently, the printed circuit board equipped with the plug connector is heated in an oven, so that the solder melts and the plug-in portions, which constitute contact pins and are plugged into the printed circuit board, are soldered to the printed circuit board.

In this method it is problematic that all contact pins must be heated as uniformly as possible, in order to obtain a consistently high quality of the soldered connection in all contact pins. It was found out that in the known contact assemblies a consistently good heating of the contacts is not ensured.

BRIEF SUMMARY OF THE INVENTION

It is the object of the invention to improve a contact assembly as mentioned above such that a rather uniform and quick heating of all contacts is ensured.

This is achieved in a contact assembly comprising a carrier body formed of a plastic material and a plurality of contacts which are accommodated in the carrier body and each have two plug-in portions and one transition portion located between the two plug-in portions. The transition portions are exposed at least in part and the carrier body is provided with thermally conductive webs which are located between the transition portions and adjoin the latter. The invention is based on the finding that the air between the transition portions, which is present in prior art contact assemblies, acts as insulator and prevents a uniform heating of the contact pins. The thermally conductive webs primarily serve to uniformly distribute the heat between the various contacts. Since via their transition portion the longer contacts of a contact assembly basically absorb more heat than the shorter contacts, there is obtained a temperature gradient between the contacts. This temperature gradient is leveled out by the thermally conductive webs. In addition, the thermally conductive webs offer a large heat-exchanging surface for the warm air in the oven, which heat-exchanging surface approximately is as large as the exposed surface of the transition portions. This provides for a faster heating of the contacts, which provides for short process times. A

positive side effect of the thermally conductive webs finally is the fact that they stabilize the carrier body. To provide for a free circulation of the air between the contact assemblies during reflow soldering, said carrier body is made as thin as possible, therefore, an additional stabilization is welcome.

The principle underlying the invention can be expressed in other words as follows: The carrier body of the contact assembly is made very thin, namely with a thickness which corresponds to the thickness of the transition portions of the contacts. The result is that the contacts are exposed on the outsides of the carrier body. The thickness of the carrier body is larger than the distance of adjacent contact columns. The result is that between the individual carrier bodies a comparatively large distance exists, so that the warm air in the oven can easily circulate between the carrier bodies.

In accordance with a preferred embodiment of the invention it is provided that on an outside of the carrier body the thermally conductive webs terminate flush with the transition portions. This allows an unhindered circulation of the heated air between adjacent contact assemblies.

In accordance with the preferred embodiment of the invention it is furthermore provided that on an outside of the carrier body the thermally conductive webs are connected with each other by at least one reinforcing web which extends transverse to the transition portions. The reinforcing web stabilizes the thermally conductive webs, so that the same cannot bulge or even buckle under an axial load acting on the contact assembly, as it may occur for instance when mounting the contact assemblies.

Preferably, it is provided that the carrier body has a reinforcing edge which is thicker than the thermally conductive webs, and that the carrier body has a holding web which is likewise thicker than the thermally conductive webs, the reinforcing edge being separated from the holding web by a circulation passage. Both the reinforcing edge and the holding web increase the mechanical strength of the carrier body, and they are exactly arranged in those regions in which forces acting on the plug-in portions of the contacts must be introduced into the carrier body. The circulation passage serves to specifically heat that contact which has the shortest transition portion and therefore always is the slowest to heat up, namely the contact at the transition between holding web and reinforcing edge.

In accordance with an alternative embodiment of the invention it may be provided that the contacts in the region of the exit from the carrier body are surrounded by injection-molding for about 270°. It was found out that to firmly anchor the contacts in the carrier body it is not necessary to completely embed the contact by injection-molding, thus, material can be saved.

Advantageous aspects of the invention can be taken from the sub-claims.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a perspective, schematic view of a PCB plug connector which is equipped with contact assemblies according to the invention,

FIG. 2 shows a perspective view of a contact assembly according to the invention;

FIG. 3 shows another perspective view of the contact assembly of FIG. 2; and

FIG. 4 shows a section along plane IV—IV of FIG. 3.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows a PCB plug connector 3 which has a housing 4 as well as a plurality of contact assemblies 5 inserted in the

US 6,776,649 B2

3

housing such that they are arranged with a small spacing parallel to each other and one beside the other. For each contact assembly, the housing has a column **6** of contact openings into which the contacts of a complementary plug connector can be plugged.

In the embodiment shown in the Figures, each contact assembly (see FIGS. **2** to **4**) has five contacts **12** which each have two plug-in portions **14**, **16** as well as one transition portion **18**. The plug-in portions **14** constitute contact springs which are disposed in the housing **4** behind the contact openings. The plug-in portions **16** constitute contact pins which can be plugged into a printed circuit board (not shown in the Figures). Since the contact springs and the contact pins extend at an angle of 90° with respect to each other, this type of plug connector is also referred to as angled plug connector.

The contacts of a contact assembly are accommodated in a carrier body **20** formed of a plastic material and roughly has the shape of a flat cuboid. In the region of the transition from the contact springs **14** to the transition portions **18**, the carrier body is provided with a thickened holding web **22**. The same ensures a sufficient mechanical strength on the side of the contact assembly facing a complementary plug connector. Adjoining the holding web **22** a substantially flat middle portion **24** of the carrier body is disposed.

The middle portion **24** is provided with thermally conductive webs **26** which between each other have free spaces in which the transition portions of the contacts are disposed. The thermally conductive webs are as thick as the transition portions and adjoin the latter. As can be seen in FIG. **3**, the thermally conductive webs terminate flush with the transition portions, so that this side of the middle portion **24** is flat with the exception of a reinforcing edge **28**, which is formed adjacent the contact pins **16**. The reinforcing edge **28** terminates at a distance from the holding web **22**, so that a circulation passage **30** is formed, which provides for an improved circulation of air along the otherwise flat side of the middle portion **24**. The circulation passage is disposed precisely in the region of the contact with the shortest transition portion, so that this contact is heated specifically.

On the side of the middle portion **24** to be seen in FIG. **2**, the reinforcing edge **28** is formed continuously. Between the upper edge and the lower edge in this Figure two reinforcing webs **32** are formed, which are integrally connected with the thermally conductive webs **26**. The reinforcing webs **28** serve as contact surface for the transition portions **18** of the contacts.

In FIG. **2**, an alternative embodiment is indicated in broken lines, in which grooves **34** are spared in the reinforcing edge **28** and in the holding web **22** in the region of the exit of the contacts from the carrier body; thus, the contacts are surrounded by injection-molding in this region only for about 270°. This design leads to a saving of material and a further improved circulation of air.

4

Apart from the good circulation of air along the outsides of the contact assembly, the above-described design has another advantage: Since the middle portion is made very thin, namely with the same thickness as the transition portions of the contacts, the volume of plastic material, which must be heated during soldering together with the contacts, is minimized. This ensures a rather uniform heating within a rather short period.

What is claimed is:

**1**. A contact carrier for a plug connector, in particular for a PCB plug connector, said contact carrier comprising a carrier body fanned of a plastic material, and a plurality of contacts which are accommodated in said carrier body, each of said contacts having two plug-in portions and one transition portion located between said two plug-in portions, said carrier body being provided with thermally conductive webs which are located between said transition portions and adjoin the latter; wherein said transition portions are exposed at least in part when said contact carrier is completely mounted at a plug connector.

**2**. The contact carrier as claimed in claim **1**, wherein on an outside of said carrier body said thermally conductive webs terminate flush with said transition portions.

**3**. The contact carrier as claimed in claim **1**, wherein on an outside of said carrier body said thermally conductive webs are connected with each other by at least one reinforcing web which extends transverse to said transition portions.

**4**. The contact carrier as claimed in claim **1**, wherein said carrier body has a reinforcing edge which is thicker than said thermally conductive webs.

**5**. The contact carrier as claimed in claim **4**, wherein said carrier body has a holding web which is thicker than said thermally conductive webs, said reinforcing edge being separated from said holding web by a circulation passage.

**6**. The contact carrier as claimed in claim **1**, wherein said carrier body surrounds three faces of said contacts or approximately 270° of said contact.

**7**. The contact carrier as claimed in claim **1**, wherein said thermally conductive webs are as thick as said transition portions and terminate flush with said transition portions.

**8**. A plug connector having a plurality of contact carriers, each of said contact carriers comprising a carrier body formed of a plastic material, and a plurality of contacts which are accommodated in said carrier body, each of said contacts having two plug-in portions and one transition portion located between said two plug-in portions, said carrier body being provided with thermally conductive webs which are located between said transition portions and adjoin the latter, wherein said transition portions are exposed at least in part when said contact carrier is completely mounted, and wherein a distance exists between adjacent said contact carriers, thereby permitting air circulation between said carrier bodies.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,776,649 B2                                              Page 1 of  1
DATED          : August 17, 2004
INVENTOR(S)  : Pape et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 4,
Line 12, "fanned" should be -- formed --.

Signed and Sealed this

Eighth Day of February, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT R

DOCKET NO.:  FCI-2751/C3635                                        PATENT

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                          Confirmation No.:  4559

Alan Raistrick, et al.

Application No.:  10/918,565                    Group Art Unit:  2833

Filing Date:  August 13, 2004                   Examiner:  Ross N. Gushi

For:  Impedance Control In Electrical Connectors

                        EXPRESS MAIL LABEL NO:  EV 631241793 US
                        DATE OF DEPOSIT:  July 22, 2005


Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


## Applicant-Initiated Interview Summary


Date of Interview:  July 21, 2005

Interview Type:  ☒Personal  ☐Telephonic  ☐Electronic Mail  ☐Video Conference  ☐ Other:

Participants:
        From PTO:  (Include Name and Title)
            1.  Examiner Ross N. Gushi
            2.
            3.
        For Applicant:
            1.  Joseph R. Condo, Attorney for Applicant, Reg. No. 42,431
            2.  Dean E. Geibel, Attorney for Applicant, Reg. No. 42,570
            3.  Mr. Joseph Shuey, Applicant
            4.  Mr. Stephen Smith, Applicant

☒An exhibit or demonstration was included and is described below:

        An embodiment of the claimed connector was provided to the Examiner.

DOCKET NO.:  FCI-2751/C3635                                    PATENT

The claims discussed included:  Generally, all claims were discussed.  Allowable claims 7 and 27 were discussed in particular.

The references discussed included:

U.S. Patent 6,776,649 ("Pape")
U.S. Patent 5,066236 ("Broeksteeg")

An agreement ☐ was ☒ was not reached.

☐ It was agreed that the attached claims are allowable.

☐ It was agreed that the attached amendment would be entered.

☐ The interview is summarized below.

Applicant noted that claim 7 was allowable.  Applicant agreed to amend the independent claims to include the limitations of claim 7, that is, to recite an air gap having a gap width that provides for a uniform impedance profile along respective portions of the contacts that extend through a leadframe housing.  Applicant also noted that the prior art of record does not teach or suggest an air gap that extends into the leadframe housings.  Applicant suggested the filing of a continuation application to pursue claims directed to an air gap that extends into the leadframe housings.

Respectfully submitted,

Date: July 22, 2005

Joseph R. Condo
Registration No. 42,431

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA  19103
Telephone: (215) 568-3100
Facsimile:  (215) 568-3439

© 2005 WW

EXHIBIT S

DOCKET NO.: FCI-2751/C3635                                    PATENT
Application No.: 10/918,565
Office Action Dated: June 20, 2005

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    Confirmation No.: **4559**

**Alan Raistrick, et al.**

Application No.: **10/918,565**           Group Art Unit: **2833**

Filing Date: **August 13, 2004**          Examiner: **Ross N. Gushi**

For:   **Impedance Control in Electrical Connectors**

                        EXPRESS MAIL LABEL NO: EV 631241793 US
                        DATE OF DEPOSIT: July 22, 2005

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

## REPLY PURSUANT TO 37 CFR § 1.111

        In response to the Official Action dated **June 20, 2005**, reconsideration is respectfully
requested in view of the amendments and/or remarks as indicated below:

☒       **Amendments to the Specification** begin on page 2 of this paper.

☒       **Amendments to the Claims** are reflected in the listing of the claims which
        begins on page 3 of this paper.

☒       **Amendments to the Drawings** begin on page 8 of this paper and include an
        attached replacement sheet.

☒       **Remarks** begin on page 9 of this paper.

DOCKET NO.: FCI-2751/C3635                                    PATENT
Application No.: 10/918,565
Office Action Dated: June 20, 2005

**Amendments to the Specification:**

Please replace paragraph 0041 with the following re-written paragraph.

[0041]    Because the above-mentioned differential impedance $Z_0$ (and therefore cross talk between signal pairs) is controlled by maintaining a precise distance $d$, it will be appreciated that a header IMLA that is to be coupled to a receptacle IMLA should also carefully maintain a precise distance $d$ between signal pairs.  Therefore, and turning now to FIGs. 6A-C, a header IMLA pair in accordance with an embodiment of the present invention is depicted.  Referring first to FIG. 6A, header IMLA 610 comprises an overmolded housing 611 and a series of header contacts 630, and header IMLA 520 620 comprises an overmolded housing 621 and a series of header contacts 630.  As can be seen in FIG. 6A, the header contacts 630 are recessed into the housings of header IMLAs 610 and B 620.

Please replace paragraph 0042 with the following re-written paragraph.

[0042]    Turning now to FIG. 6B, a detailed view of one such recessed header contact 630 in header IMLA 610 is shown.  As can be seen in FIG. 6B, the housing 611 of IMLA 610 is recessed so the contact 630 sits within the housing such that the distance from the inside broad side of the contact 630 to the inside edge of the housing 611 (*i.e.*, the side of the housing 611 that will abut the housing 621 of header IMLA 620 – not shown in FIG. 6B for clarity) is ½ the total distance $d$ from the inside broad side of the contact 530 630 to the inside broad side of a contact 630 of IMLA 520 620.  Again, it will readily be appreciated that the distance provided by either IMLA 610 or IMLA 620 can be any fraction of $d$, so long as the distance $d$ is formed when IMLA 610 and IMLA 620 are operatively coupled.

Please replace paragraph 0043 with the following re-written paragraph.

[0043]    FIG. 6C shows a detailed view of header IMLA 610 operatively coupled to header IMLA 620.  It will be appreciated that in an embodiment any manner of operatively coupling header IMLAs 610 and B 620 may be used.  Thus, an interference fit, fasteners and the like may be used alone or in any combination to affect such coupling, and any such coupling may be accomplished by the same or a different method used to operatively couple the receptacle IMLAs discussed above in connection with FIGs. 5A-C.

**DOCKET NO.:** FCI-2751/C3635                                              **PATENT**
**Application No.:** 10/918,565
**Office Action Dated:** June 20, 2005

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1. (Currently amended)  An electrical connector comprising:

a first leadframe housing having a portion of a first electrical contact extending therethrough; and

a second leadframe housing having a portion of a second electrical contact extending therethrough,

wherein the second leadframe housing is disposed adjacent to the first leadframe housing such that an air gap is formed between the respective portions of the electrical contacts that extend through the leadframe housings,

wherein the gap has a gap width that provides for a desired impedance profile between the electrical contacts, and

wherein the impedance profile is a uniform impedance profile along the respective portions of the contacts that extend through the leadframe housings.

2. (Original)  The electrical connector of claim 1, wherein the electrical contacts form a differential signal pair.

3. (Original)  The electrical connector of claim 1, wherein the electrical contacts are broadside-coupled.

4. (Canceled)

5. (Currently amended)  The electrical connector of claim 1 4, wherein the first leadframe housing has a first recess, and the first electrical contact sits in the first recess, the second leadframe housing has a second recess, and the second electrical contact sits in the second recess.

DOCKET NO.: FCI-2751/C3635                                        PATENT
Application No.: 10/918,565
Office Action Dated: June 20, 2005

6. (Original)  The electrical connector of claim 5, wherein the first recess has a first depth, the first electrical contact has a first thickness, the second recess has a second depth, and the second electrical contact has a second thickness, and wherein the first and second depths and first and second thicknesses together define the gap width.

7. (Canceled)

8. (Original)  The electrical connector of claim 1, wherein the first leadframe housing has a recess, and the first electrical contact sits in the recess.

9. (Original)  The electrical connector of claim 8, wherein the gap has a gap width, and the recess has a depth that at least partially defines the gap width.

10. (Original)  The electrical connector of claim 8, wherein the first leadframe housing comprises a face that at least partially defines the recess, and the first electrical contact abuts the face.

11. (Original)  The electrical connector of claim 8, wherein the first leadframe housing comprises a plurality of faces that collectively define the recess, and the first electrical contact abuts each of the faces.

12. (Original)  The electrical connector of claim 8, wherein the second leadframe housing has a recess, and the second electrical contact sits in the recess of the second leadframe housing.

13. (Original)  The electrical connector of claim 12, wherein the gap has a gap width, and the recesses have respective depths that at least partially define the gap width.

14. (Original)  The electrical connector of claim 13, wherein each of the electrical contacts has a respective thickness that at least partially defines the gap width.

Page 4 of 10

**DOCKET NO.:** FCI-2751/C3635                                    **PATENT**
**Application No.:** 10/918,565
**Office Action Dated:** June 20, 2005

15. (Original)  The electrical connector of claim 1, wherein the first leadframe housing is made of an electrically insulating material.

16. (Original)  The electrical connector of claim 1, wherein the first leadframe housing is made of a plastic.

17. (Original)  The electrical connector of claim 1, wherein the first leadframe housing is insert molded.

18. (Original)  The electrical connector of claim 1, wherein the first and second leadframe housings are coupled with an interference fit.

19. (Currently amended)  An electrical connector comprising:

a first lead frame assembly comprising a first leadframe housing, a first signal contact, and a second signal contact adjacent to the first signal contact; and

a second lead frame comprising a second leadframe housing, a third signal contact, and a fourth signal contact adjacent to the third signal contact, the first and third signal contacts forming a first differential signal pair and the second and fourth signal contacts forming a second differential signal pair,

wherein a first air gap is formed between respective portions of the first and third signal contacts that extend through the respective leadframe housings, and a second air gap is formed between respective portions of the second and fourth signal contacts that extend through the respective leadframe housings

wherein the first air gap has a gap width that provides for a uniform impedance profile along the respective portions of the first and third contacts that extend through the respective leadframe housings.

20. (Original)  The electrical connector of claim 19, wherein the first air gap has a gap width that limits interference from the first differential signal pair at the second differential signal pair.

DOCKET NO.: FCI-2751/C3635                                    PATENT
Application No.: 10/918,565
Office Action Dated: June 20, 2005

21. (Original)  The electrical connector of claim 20, wherein the second air gap has a second gap width that limits interference from the second differential signal pair at the first differential signal pair.

22. (Original)  The electrical connector of claim 21, wherein the first leadframe housing has a first and second recess, and the second leadframe housing has a third and fourth recess, and wherein the first, second, third and fourth signal contacts sit in the first, second, third, and fourth recesses, respectively.

23. (Original)  The electrical connector of claim 22, wherein the first, second, third, and fourth recesses have first, second, third and fourth depths, respectively, and wherein the first, second, third, and fourth signal contacts have first, second, third, and fourth thicknesses, respectively.

24. (Original)  The electrical connector of claim 23, wherein the first depth and thickness and the third depth and thickness together define the first gap width.

25. (Original)  The electrical connector of claim 23, wherein the second depth and thickness and the fourth depth and thickness together define the second gap width.

26. (Original)  The electrical connector of claim 19, wherein the air gaps have respective gap widths that limit cross-talk between the differential signal pairs.

27. (Original)  The electrical connector of claim 19, wherein the connector is a mezzanine-style electrical connector.

28. (Original)  The electrical connector of claim 19, wherein the differential signal pairs are broadside-coupled.

29. (Original)  The electrical connector of claim 19, wherein the connector is devoid of shields between adjacent differential signal pairs.

DOCKET NO.: FCI-2751/C3635                                                    PATENT
Application No.: 10/918,565
Office Action Dated: June 20, 2005

30. (Currently amended)  An electrical connector comprising:

a first leadframe housing having a portion of a first electrical contact extending

therethrough; and

a second leadframe housing having a portion of a second electrical contact extending

therethrough,

wherein an air gap is formed between the respective portions of the electrical contacts

that extend through the lead frames, the gap having a gap width that provides for a desired

impedance profile between the electrical contacts,

wherein the impedance profile is a uniform impedance profile along the respective

portions of the contacts that extend through the leadframe housings.


31. (Original)  The electrical connector of claim 30, wherein the first leadframe housing has a

first recess, and the first electrical contact sits in the first recess.


32. (Original)  The electrical connector of claim 31, wherein the second leadframe housing

has a second recess, and the second electrical contact sits in the second recess.


33. (Original)  The electrical connector of claim 32, wherein the first and second recesses

have a first and second depths, respectively, and the first and second electrical contacts have

a first and second thicknesses, respectively, and the first and second depths and the first and

second thicknesses together define the gap width.


34-37. (Canceled)

**DOCKET NO.:** FCI-2751/C3635                                              **PATENT**
**Application No.:** 10/918,565
**Office Action Dated:** June 20, 2005

## Amendments to the Drawings

The attached sheets of drawings includes changes to FIGs. 6A and 6B.  The sheets, which

includes FIGs. 1A, 1B, 2A, 2B, 3, 4, 5A, 5B, 5C, 6A, 6B, 6C, 7, 8A, and 8B replace the

original sheets including FIGs. 1A, 1B, 2A, 2B, 3, 4, 5A, 5B, 5C, 6A, 6B, 6C, 7, 8A, and 8B.


Attachment:  Replacement Sheets 1-13.

DOCKET NO.: FCI-2751/C3635                                    PATENT
Application No.: 10/918,565
Office Action Dated: June 20, 2005

## REMARKS

Applicant gratefully acknowledges the time and attention afforded by Examiner Gushi in connection with a personal interview conducted with the Applicant and the Applicant's undersigned representative on July 21, 2005. Applicant provides herewith an Statement of the Substance of the Examiner's Interview.

Applicant has amended the specification and FIGs. 6A and 6B to correct minor informalities. No new matter has been added by the amendments.

After entry of the foregoing amendments, claims 1-3, 5-6, and 8-33 will be pending in the application. No new matter has been added by the amendments. Claims 1, 19, and 30 are independent claims. Claims 7 and 27, as originally submitted, stand objected to as being dependent from a rejected base claim (Office action at p.5-6). Claims 7 and 27 would be allowable if rewritten in independent form, including all the limitations of the base claim and any intervening claims (*Id.*).

Applicant has amended independent claim 1 to include all the limitations of claim 7 as originally submitted, as well as all the limitations of intervening claim 4. Applicant respectfully submits, therefore, that claim 1 is allowable.

As the Office action recognizes in connection with the allowability of claim 7, the cited references do not teach or suggest an air gap having a gap width that provides for a uniform impedance profile along respective portions of the contacts that extend through a leadframe housing. Accordingly, Applicant has amended independent claims 19 and 30 to recite an air gap having a gap width that provides for a uniform impedance profile along the respective portions of the contacts that extend through the leadframe housings. Applicant respectfully submits, therefore, that claims 19 and 30 are allowable. As claims 20-29 depend ultimately from claim 19, and claims 31-33 depend ultimately from claim 30, Applicant respectfully submits that claims 20-29 and 31-33 are also allowable, at least by virtue of their dependency from an allowable claim.

For all the foregoing reasons, Applicant respectfully submits that claims 1-3, 5-6, and 8-33 are allowable. Reconsideration of the application, and a Notice of Allowance for claims 1-3, 5-6, and 8-33 is respectfully requested.

**DOCKET NO.:** FCI-2751/C3635                                    **PATENT**
**Application No.:** 10/918,565
**Office Action Dated:** June 20, 2005

                                        Respectfully submitted,

Date:  July 22, 2005

                                        Joseph R. Condo
                                        Registration No. 42,431

Woodcock Washburn LLP
One Liberty Place - 46th Floor
Philadelphia PA  19103
Telephone: (215) 568-3100
Facsimile:  (215) 568-3439

1/13





FIG. 1A

**(PRIOR ART)**

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 2 of 13    Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 62 of 106

2/13



**FIG. 1B**

**(PRIOR ART)**

3/13



# FIG. 2A
**(PRIOR ART)**

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 4 of 13    Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 64 of 106

4/13



FIG. 2B

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 5 of 13



FIG. 3

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 6 of 13    Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 66 of 106

6/13



FIG. 4

Docket No.: PCI-2751PC3899
App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 7 of 13    Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 67 of 106

7/13



FIG. 5B

FIG. 5A

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 8 of 13   Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 68 of 106

8/13



FIG. 5C

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 9 of 13    Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 69 of 106

9/13



FIG. 6B

FIG. 6A

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 10 of 13    Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 70 of 106

10/13



FIG. 6C

Docket No.: PCI-2791PC5039
App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 11 of 13 Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 71 of 106

11/13



510
520
610
620

FIG. 7

700

App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 12 of 13    Case 1:07-cv-00049-JJF    Document 42-4    Filed 10/22/2007    Page 72 of 106

12/13



**FIG. 8A**

Docket No.: PCI-2731/C5655
App No.: 10/918,565
Office Action Dated: June 20, 2005
Replacement Sheet 13 of 13

13/13



FIG. 8B

EXHIBIT T

US005939952A

# United States Patent [19]

## Noda et al.

[11] **Patent Number:** **5,939,952**

[45] **Date of Patent:** **Aug. 17, 1999**

[54] **FLAT FLEXIBLE CABLE WITH PSEUDO-TWISTED CONDUCTORS**

[75] Inventors: **Atsuhito Noda**, Hachiohji; **Tetsuo Hoshino**, Atsugi, both of Japan

[73] Assignee: **Molex Incorporated**, Lisle, Ill.

[21] Appl. No.: **08/861,291**

[22] Filed: **May 21, 1997**

[30] **Foreign Application Priority Data**

May 24, 1996 [JP] Japan ...................................... 7-153069

[51] **Int. Cl.**$^6$ ...................................... **H01P 3/02**
[52] **U.S. Cl.** ............................... **333/1**; 174/33; 174/250; 333/12; 333/236; 333/238
[58] **Field of Search** ............................... 333/1, 12, 4, 5, 333/34, 236, 238, 246; 174/32, 33, 117 FF, 250, 253

[56] **References Cited**

U.S. PATENT DOCUMENTS

3,617,952  11/1971  Beech ........................................ 333/34 X

| | | |
|---|---|---|
| 3,761,842 | 9/1973 | Gandrud ........................................ 333/1 |
| 3,764,727 | 10/1973 | Balde ............................ 174/117 FF X |
| 5,397,862 | 3/1995 | Bockelman et al. .................. 174/33 X |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 5-120928 | 5/1993 | Japan . |
| 6-111642 | 4/1994 | Japan . |

*Primary Examiner*—Paul Gensler
*Attorney, Agent, or Firm*—Charles S. Cohen

[57] **ABSTRACT**

A flat flexible electrical cable includes a pair of pseudo-twisted conductors on a flexible dielectric substrate. Each conductor includes alternate straight and oblique sections. The straight sections of the conductors are generally parallel to each other and of uniform width. The oblique sections of the conductors cross each other at a crossover point. Each oblique section of each conductor is reduced in width uniformly in a direction from the straight-to-oblique transfer point of the respective conductor to the crossover point of the conductors.

**24 Claims, 5 Drawing Sheets**







FIG.1



FIG.2



FIG.3A
(PRIOR ART)

FIG.3B
(PRIOR ART)



CASE 1



CASE 2



CASE 3

FIG.4



FIG.5



FIG.6

5,939,952

| 1 | 2 |

# FLAT FLEXIBLE CABLE WITH PSEUDO-TWISTED CONDUCTORS

## FIELD OF THE INVENTION

This invention generally relates to the art of electrical cables and, particularly, to a flat flexible cable having at least a pair of pseudo-twisted conductors constructed to have a substantially constant impedance along the length of the cable.

## BACKGROUND OF THE INVENTION

High speed data transmission between complex electronic gear such as computers and their peripherals is commonly achieved through round multi-conductor cable assemblies. Inherent with high speed data transmission and multi-conductor cables are problems associated with electromagnetic interference. The interference between conductors can create "cross talk" and "noise", which can cause erroneous data transmission.

One type of cable used to reduce such effects is "twisted pair" cable, where two adjacent conductors or differential pairs are twisted, thereby reversing the lateral position of each conductor at each twist. The benefits of this configuration are two fold.

First, the position of the wires is constantly being reversed. Therefore any exterior magnetic or electric field has a generally uniform effect upon a given differential pair. This uniformity reduces the harmful effects of exterior electromagnetic fields and lessens the chances of erroneous data transmission.

Second, when current runs through a conductor, an electromagnetic field is generated. The field's orientation is dependent upon the direction of the current flow. For a given differential pair, electric currents generally flow in opposite directions. Therefore, the electromagnetic field radiating from each conductor generally has a canceling effect upon the other. This canceling effect can substantially suppress the radiated emissions from a given differential pair.

Flat flexible cable or circuitry (FFC) is another medium used for high speed data transmission between computers and their peripherals. A "pseudo-twisted" arrangement can be achieved with FFC by placing conductors of a given pair on opposite sides of the insulative carrier, with their paths slightly and oppositely offset with respect to a common nominal path locator, and then periodically reversing the offset at predetermined locations. An example of the "pseudo-twisted" flat flexible cable arrangement is shown in U.S. Pat. No. 3,761,842, dated Sep. 25, 1973. The characteristic impedance of flat flexible cable can affect the integrity of the signals travelling in the cable. One of the factors that influences the characteristic impedance of a given pair of conductors of a pseudo-twisted FFC is the centerline distance "L" (FIG. 3A—CASE 3) between conductors. In FIG. 3A, cable "B" includes pseudo-twisted conductors "P" that are positioned on opposite sides of a flexible substrate "d" with adhesive layers "e" and "c" interposed therebetween. The conductors are covered by protective films "a" and "g" with adhesive layers "b" and "f" interposed therebetween. The lateral distance "D" between the conductors on opposite sides of a prior art pseudo-twisted FFC varies along the length of the cable, as indicated by 0.2, 0.16 and 0 mm. If conductors "P" have constant widths and thicknesses along their lengths, the impedance "Z" decreases with a decrease in the conductor-to-conductor distance "D" (See FIG. 3B). Therefore, at every crossing point or "twist" of the conductors, the characteristic impedance decreases.

Accordingly, the more twists per unit length of FFC, the lower the characteristic impedance for that given length.

U.S. Pat. No. 3,761,842 discloses a pseudo-twisted FFC having pairs of conductors, each pair having a differing numbers of twists per unit length. Characteristic impedance for a given pair of conductors in a pseudo-twisted FFC is also a function of the lateral width of the conductor paths. A reduction in the lateral width of the conductors increases the characteristic impedance for the given pair. U.S. Pat. No. 3,761,842 also teaches that if the conductor width at the crossing point is decreased, the characteristic impedance at that point is increased. This relationship allows the user to construct a cable where the characteristic impedance per unit length is independent of the number of twists per unit length. Accordingly, a cable with many twists per unit length would have the lateral width of the conductors at the crossing point reduced more than a cable with fewer twists per unit length. While the pseudo-twisted FFC of U.S. Pat. No. 3,761,842 has some advantages over the prior art, because of the abrupt reduction in the width of the conductors, the impedance will also change abruptly. This is undesirable in many applications such as in high speed data transmission where it is desirable to have a cable whose characteristic impedance is constant through out the length of the cable. The present invention is directed to providing a pseudo-twisted FFC having a characteristic impedance that is independent of the number of twists per unit length and substantially constant through out the length of the cable.

Additional prior art pseudo-twisted FFC cables are disclosed in Japanese Patent Publication Nos. 5-120928 and 6-111642.

## SUMMARY OF THE INVENTION

An object, therefore, of the invention is to provide a new and improved flat flexible cable having at least a pair of pseudo-twisted conductors constructed to have a substantially constant impedance along the length of the cable.

In the exemplary embodiment of the invention, the pair of pseudo-twisted conductors are disposed on a flexible dielectric substrate, with one conductor being on one side of the substrate and the other conductor being on the other side of the substrate. Each conductor includes alternate straight and oblique sections. The straight sections of the conductors are generally parallel to each other. The oblique sections of the conductors cross each other at a crossover point. Each oblique section of each conductor is reduced in width uniformly in a direction from the straight-to-oblique transfer point of the respective conductor to the crossover point of the conductors.

By reducing the width of the oblique sections of the conductors uniformly from the straight-to-oblique transfer points to the crossover points, abrupt changes in the impedance lengthwise of the conductors are eliminated. The impedance, therefore, is substantially constant along the full length of the pair of pseudo-twisted conductors.

Other objects, features and advantages of the invention will be apparent from the following detailed description taken in connection with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features of this invention which are believed to be novel are set forth with particularity in the appended claims. The invention, together with its objects and the advantages thereof, may be best understood by reference to the following description taken in conjunction with the accompanying

5,939,952

3

drawings, in which like reference numerals identify like elements in the figures and in which:

FIG. 1 is an enlarged plan view of a pair of pseudo-twisted conductors along a length thereof involving two pseudo-twists of the conductors;

FIG. 2 is a fragmented plan view of a flat flexible cable incorporating a plurality of pairs of pseudo-twisted conductors;

FIG. 3A shows various generally schematic cross sections of a pair of cable conductors from a pseudo-twisted cable of the prior art;

FIG. 3B is a graph comparing impedance with the lateral distance between conductors of the prior art pseudo-twisted cable of FIG. 3A;

FIG. 4 shows various cross sections similar to FIG. 3A but of a pair of cable conductors from a pseudo-twisted cable of the present invention;

FIG. 5 is a fragmented perspective view of the pseudo-twisted cable of the present invention together with a connector to which it could be connected; and

FIG. 6 is an enlarged, fragmented plan view of a schematic representation of a portion of a pair of conductors of a pseudo-twisted cable of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the drawings in greater detail, and first to FIGS. 1, 2 and 5, a flat flexible cable, generally designated 1, includes a plurality of pairs of pseudo-twisted conductors 3a and 3b. One conductor 3a is disposed on one side or surface of a flexible dielectric substrate 2, and the other conductor 3b is disposed on the other side or surface of the substrate. The cross-section of each cable is similar to that of the prior art pseudo-twisted cable B shown in FIG. 3A. Accordingly, like reference letters have been applied to FIG. 4 to designate like layers of the cable. In other words, each pair of conductors 3a and 3b is sandwiched between flexible substrate d and protective films a and g, respectively, therebetween to form a pair of pseudo-twisted conductors.

As best seen in FIG. 1, each conductor 3a and 3b runs lengthwise of the cable in an oscillating pattern formed by alternate straight sections 4 and oblique sections 5. These patterns of conductors 3a and 3b are arranged symmetrically but opposite to each other on opposite sides or surfaces of the flexible substrate. The straight sections 4 of each conductor are generally parallel to each other but alternate along two parallel but spaced apart lines 4a and 4b as shown in FIGS. 1 and 5. The oblique sections 5 of each conductor connects a pair of adjacent straight sections 4 and thus extends between lines 4a and 4b. Since the conductors 3a and 3b are arranged symmetrically but opposite to each other, the straight sections 4 of the conductors are generally parallel but spaced apart both vertically and horizontally. In other words, when the straight section 4 of one conductor 3a is aligned with line 4a, the straight section 4 of the other conductor 3b is aligned with line 4b but on opposite sides of substrate 2, and vice versa. As a result, the oblique sections 5 of the conductors 3a and 3b cross each other at crossover points 8.

The straight sections 4 of conductors 3a and 3b have uniform or equal widths along the lengths thereof. As best shown in FIG. 6, each oblique section 5 of each conductor decreases in width uniformly in a direction from the straight-to-oblique transfer point 7 of the respective conductor to the respective crossover point 8 of the conductors where it

4

reaches its minimum width. Assuming that: 1) the thickness "t" (FIG. 4) of conductors 3a and 3b (i.e., in a direction perpendicular to the plane of the cable) is uniform along the full length of the conductors; 2) the vertical distance between the conductors remains constant; and 3) the dielectric constant of the material between the conductors remains constant, the impedance increases with the decrease in the width of each oblique section 5.

The conductors 3a and 3b separately terminate in one of the pads 9 at an edge of flexible substrate 2. The pads of some of the conductors may include an associated through hole or via 10. These pads 9 are arranged at equal intervals along the edges of the flat flexible cable for engagement with equally spaced contacts (not shown) of an associated electrical connector 11 (FIG. 5) adapted for connecting to flat flexible cables. Therefore, either opposite edge of the flat flexible cable having the pseudo-twisted conductors can be inserted into the electrical connector to establish a required electrical connection.

It can be understood that as the juxtaposed oblique sections 5 of conductors 3a and 3b in each pseudo-twisted pair get closer to each other at each crossover point 8, the conductor-to-conductor centerline distance "D" decreases and, thereby, the impedance decreases. However, since each oblique section 5 is uniformly reduced in width, the impedance is caused to uniformly increase. In other words, as the oblique sections 5 of each pair of conductors get closer to each other toward each crossover point 8 (thus decreasing the conductor-to-conductor centerline distance), the impedance is decreasing and, at the same time, as the width or lateral dimension "W" (FIG. 4) of the oblique sections decreases toward the crossover point, the impedance uniformly increases. In essence, the impedance decreases due to the reduction in the relative distance between the centerlines of the conductors and simultaneously increases due to the gradual tapering or narrowing of the conductors in a balancing condition or a net effect of zero such that the impedance substantially remains unchanged from the straight-to-oblique transfer points 7 to the crossover points 8 of the pseudo-twisted conductors 3a and 3b. The impedance is preferably set to be equal to the impedance in parallel sections 4 of the pseudo-twisted conductor patterns so that the pseudo-twisted cable has a constant impedance along its entire length.

One example of a pseudo-twisted cable 1 according to the present invention is shown in FIG. 4 and was designed so as to have an impedance of 100 Ω. As shown in Case 1 of FIG. 4, the width of the straight sections W of each conductor 3a and 3b was 0.15 mm and each straight section was 1.0 mm long. Each oblique section 5 (FIG. 1) was 1.0 mm long. Therefore, the distance from a straight-to-oblique transfer point 7 to a crossover point 8 was 0.5 mm long. The distance D between the parallel straight sections was 0.22 mm (Case 1 of FIG. 4). This distance was determined in consideration of the data as shown in FIG. 3B. As shown in Case 3 of FIG. 4, the impedance was reduced in half to represent a zero distance between the conductors. The width of each oblique section 5 was reduced gradually or uniformly from 0.15 mm at the straight-to-oblique transfer point 7 to a width W" of 0.072 mm at the crossover point 8 as shown in Case 3 of FIG. 4. In Case 3 of FIG. 4, the distance between the centerlines of the conductors 3a and 3b is 0.0 mm. Case 2 of FIG. 4 shows a location between the straight-to-oblique transfer point 7 and crossover point 8 wherein the distance D between conductors 3a and 3b as well as their width W is between those dimensions of Cases 1 and 3 of FIG. 4. A pseudo-twisted cable thus obtained was found to have a constant or uniform impedance along its full length.

5,939,952

5

It will be understood that the invention may be embodied in other specific forms without departing from the spirit or central characteristics thereof. The present examples and embodiments, therefore, are to be considered in all respects as illustrative and not restrictive, and the invention is not to be limited to the details given herein.

We claim:

1. A flat flexible electrical cable, comprising:

first and second pseudo-twisted flexible conductors on a flexible dielectric substrate having first and second opposite sides, said first conductor being on said first side of the substrate and said second conductor being on said second side of the substrate, each conductor including alternating straight and oblique sections with a straight-to-oblique intersection between said straight and oblique sections, the straight sections of the conductors being generally parallel to each other and of uniform width, the oblique sections of the conductors crossing each other at a crossover point, and each oblique section of each conductor decreasing in width uniformly in a direction from said straight-to-oblique intersection of the respective conductor to an adjacent crossover point of the conductors.

2. The flat flexible electrical cable of claim 1, including dielectric flexible films covering the outsides of the conductors.

3. The flat flexible electrical cable of claim 2, further including an adhesive between said flexible dielectric substrate and said flexible conductors and between said flexible conductors and said flexible films.

4. The flat flexible electrical cable of claim 1, wherein said crossover points define a centerline generally parallel to said straight sections of said conductors, and said straight sections of said first conductor being positioned in an alternating manner in two lines generally parallel to and on opposite sides of said centerline, said straight sections of said second conductor being positioned in an alternating manner in two lines generally parallel to and on opposite sides of said centerline, each of the straight sections of said first conductor being positioned on an opposite side of said centerline relative to said straight sections of said second conductor.

5. The flat flexible electrical cable of claim 1, wherein said cable includes a plurality of said first and second conductors.

6. The flat flexible electrical cable of claim 5, further including dielectric flexible films covering the outsides of said plurality of first and second conductors.

7. The flat flexible electrical cable of claim 6, wherein said crossover points of each of said first and second conductors define a centerline generally parallel to said straight sections of said conductors, and said straight sections of each of said first conductors being positioned in an alternating manner in two lines generally parallel to and on opposite sides of said centerline, said straight sections of each of said second conductors being positioned in an alternating manner in two lines generally parallel to and on opposite sides of said centerline, each of the straight sections of each of said first conductors being positioned on an opposite side of said centerline relative to said straight sections of each of said second conductors.

8. A generally planar flat flexible electrical cable, comprising:

a plurality of pairs of first and second pseudo-twisted flexible conductors generally positioned within a plane, said first and second conductors being spaced apart in a direction generally perpendicular to said plane and having a flexible dielectric substrate between said conductors and within said plane, said conductors having

6

a periodic shape with said first conductors being shifted longitudinally relative to said second conductors by one half of a period of said shape, said first and second conductors including a crossover point at which said first and second conductors of each pair cross over each other and are separated by said flexible dielectric substrate, said crossover points of each pair defining a centerline with said first and second conductors reversing locations on opposite sides of said centerline, each said conductor including a transition section extending from a peak location a maximum distance from its respective centerline to said crossover point, said transition section decreasing in width uniformly in a direction from said peak location to said crossover point whereby the width of each said conductor is at a maximum at said peak location and at a minimum at said crossover point; and a dielectric flexible film covering the outsides of the conductors.

9. The generally planar flat flexible electrical cable of claim 8, wherein each said conductor includes alternating straight and oblique sections, said oblique sections crossing the centerline of each pair of conductors and said straight sections of each conductor being alternatingly positioned on opposite sides of said centerline.

10. The flat flexible electrical cable of claim 9, further including an adhesive between said flexible dielectric substrate and said flexible conductors and between said flexible conductors and said flexible films.

11. The flat flexible electrical cable of claim 10, further including an adhesive between said flexible dielectric substrate and said flexible conductors and between said flexible conductors and said flexible films.

12. A flexible printed circuit member, comprising:

an elongated flexible dielectric substrate having first and second opposite sides with at least one axis therealong;

a first flexible conductor disposed on said first side of said dielectric substrate, said first conductor comprising a plurality of first portions with at least one of said first portions of said first conductor having a pair of spatially offset first conductor sections disposed on opposite sides of said axis and having a pair of first crossover sections, one of said first crossover sections interconnecting one of said first conductor sections to the other of said first conductor sections and the other of said first crossover sections being connected to said other of said first conductor sections; and

a second flexible conductor disposed on said second side of said dielectric substrate, said second conductor comprising a plurality of second portions with at least one of said second portions of said second conductor having a pair of spatially offset second conductor sections disposed on opposite sides of said axis and having a pair of second crossover sections, one of said second crossover sections interconnecting one of said second conductor sections to the other of said second conductor sections and the other of said second crossover sections being connected to said other of said second conductor sections, each of said second crossover sections crossing one of said first crossover sections at a crossover point on opposite sides of said substrate, each of said first and second crossover sections decreasing in width uniformly as each of said crossover sections extends from one of said conductor sections toward one of said crossover points.

13. The flexible printed circuit member of claim 12 including flexible dielectric films covering said first and second flexible conductors.

5,939,952

7

**14**. The flexible printed circuit member of claim **12** wherein said first sections of said first conductor are substantially straight portions of said first conductor and are disposed generally parallel to said axis and said second sections of said second conductor are substantially straight portions of said second conductor and are disposed generally parallel to said axis.

**15**. The flexible printed circuit member of claim **12** including a plurality of sets of first and second flexible conductors.

**16**. The flexible printed circuit member of claim **12** wherein said first and second flexible conductors include electrical and mechanical interconnections through said dielectric substrate.

**17**. The flexible printed circuit member of claim **16** wherein said electrical and mechanical interconnection is achieved with vias extending through said dielectric substrate.

**18**. The flexible printed circuit member of claim **12** wherein said crossover points define a centerline along said axis.

**19**. A flexible circuit member comprising:

a generally planar, flexible dielectric substrate;

a pair of first and second flexible conductors on opposite sides of said substrate and extending longitudinally along said substrate in a generally periodic pattern wherein said first conductor has first crossover sections that cross over second crossover sections of said second conductor at crossover points separated by the dielectric substrate, the crossover points of said first and second conductors defining a centerline with the first and second conductors reversing each other on opposite sides of the centerline, each of said first and second crossover sections decreasing in width uniformly as said crossover section extends toward one of said crossover points.

**20**. The flexible circuit member of claim **19** including dielectric flexible films covering the outsides of said first and second conductors.

8

**21**. A flexible printed circuit member, comprising:

an elongated flexible dielectric substrate having first and second opposite sides;

a plurality of sets of first and second pseudo-twisted flexible conductors positioned on said dielectric substrate, each of said first pseudo-twisted conductors being on said first side of said substrate and each of said second pseudo-twisted conductors being on said second side of said substrate, each pseudo-twisted conductor having a generally periodic pattern with said first pseudo-twisted conductor being shifted longitudinally relative to its respective second pseudo-twisted conductor by one half of a period of said periodic pattern, each pair of said first and second pseudo-twisted conductors having crossover sections defining crossover points at which said first and second pseudo-twisted conductors cross over each other on opposite sides of said flexible dielectric substrate, each of said crossover sections decreasing in width uniformly as said crossover section extends toward said crossover point.

**22**. The flexible printed circuit member of claim **21** including flexible dielectric films covering said first and second pseudo-twisted conductors.

**23**. The flexible printed circuit member of claim **21** wherein said first conductor has substantially straight portions disposed generally parallel to said a centerline defined by said crossover points and said second conductor has substantially straight portions disposed generally parallel to said centerline.

**24**. The flexible printed circuit member of claim **23** wherein each set of said first and second pseudo-twisted conductors include electrical and mechanical interconnections through said dielectric substrate.

\*   \*   \*   \*   \*

EXHIBIT U

# THE

# AMERICAN HERITAGE COLLEGE

*dic·tion·ar·y*





# THIRD EDITION

# THE
# AMERICAN
# HERITAGE®
# COLLEGE
# DICTIONARY

# THE
# AMERICAN
# HERITAGE®
# COLLEGE
# DICTIONARY

## THIRD EDITION





HOUGHTON MIFFLIN COMPANY

*Boston • New York*

Words are included in this Dictionary on the basis of their
usage. Words that are known to have current trademark reg-
istrations are shown with an initial capital and are also iden-
tified as trademarks. No investigation has been made of
common-law trademark rights in any word, because such in-
vestigation is impracticable. The inclusion of any word in this
Dictionary is not, however, an expression of the Publisher's
opinion as to whether or not it is subject to proprietary rights.
Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trade-
marks of Forbes Inc. Their use is pursuant to a license agree-
ment with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including
photocopying and recording, or by any information storage or
retrieval system without the prior written permission of
Houghton Mifflin Company unless such copying is expressly
permitted by federal copyright law. Address inquiries to Ref-
erence Permissions, Houghton Mifflin Company, 222 Berkeley
Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
    p.     cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4
(thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.    2. Americanisms.
PE1628.A6227   1993
423—dc20                                      92-42124
                                                   CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade
and reference books and multimedia products, visit The
Bookstore at Houghton Mifflin on the World Wide Web at
http://www.hmco.com/trade/.

**1140**

recent

reckoning



stamen · pistil · anther · stigma · filament · style · ovary · sepal · petal · receptacle

receptacle

kens-*.]
to review : re-, re- + *cēnsēre*, to estimate; see kens-*.]

**re·cent** (rē′sənt) *adj.* 1. Of, belonging to, or occurring at a time immediately before the present. 2. Modern; new. 3. **Recent.** *Geol.* Of, belonging to, or being the Holocene Epoch. See table at geologic time. [ME, new, fresh < Lat. *recēns*, *recent-*. See ken-*.] — re′cen·cy, re′cent·ness *n.* — re′cent·ly *adv.*

**re·cep·ta·cle** (rĭ-sĕp′tə-kəl) *n.* 1. A container that holds items or matter. 2. *Bot.* The expanded tip of a flower stalk or axis that bears the floral organs or the group of flowers in a head. 3. *Electron.* A fitting connected to a power supply and equipped to receive a plug. [ME < OFr. < Lat. *receptáculum* < *receptāre*, to receive again, freq. of *recipere*, to receive. See RECEIVE.]

**re·cep·tion** (rĭ-sĕp′shən) *n.* 1. The act or process of receiving or of being received. 2. A welcome, greeting, or acceptance. 3. A social function, esp. one intended to provide a welcome or greeting. 4. Mental approval or acceptance. 5. *Electron.* a. Conversion of transmitted radio waves or electric signals into perceptible forms, such as light, by means of antennas and electronic equipment. b. The condition or quality of the waves or signals so received. [ME < OFr. < Lat. *receptiō, -ōnis < receptus, p.part. of recipere, to receive. See RECEIVE.]*

**re·cep·tion·ist** (rĭ-sĕp′shə-nĭst) *n.* An office worker employed chiefly to receive visitors and answer the telephone.

**re·cep·tive** (rĭ-sĕp′tĭv) *adj.* 1. Capable of or qualified for receiving. 2. Ready or willing to receive favorably. 3. Of or relating to the skills of listening and reading. — re·cep′tive·ly *adv.* — re′cep·tiv′i·ty, re·cep′tive·ness *n.*

**re·cep·tor** (rĭ-sĕp′tər) *n.* *Physiol.* A specialized cell or group of nerve endings that responds to sensory stimuli. 2. *Biochem.* A molecular structure or site on the surface or inside a cell that binds with substances such as hormones or drugs.

**re·cer·ti·fy** (rē-sûr′tə-fī′) *tr.v.* -fied, -fy·ing, -fies. To renew the certification of, esp. certification given by a licensing board. — re′cer·ti·fi·ca′tion (-fĭ-kā′shən) *n.*

**re·cess** (rē′sĕs′, rĭ-sĕs′) *n.* 1. a. A temporary cessation of the customary activities of an engagement, occupation, or pursuit. b. The period of such cessation. See Syns. at PAUSE. 2. A remote, secret, or secluded place. Often used in the plural. 3.a. An indentation or small hollow. b. An alcove. — *v.* -cessed, -cess·ing, -cess·es. — *tr.* 1. To place in a recess. 2. To create a recess in: *recessed the wall.* 3. To suspend for a recess: *recessed the hearings.* — *intr.* To take a recess. [Lat. *recessus*, retreat < p.part. of *recēdere*, to recede. See RECEDE.]

**re·ces·sion** (rĭ-sĕsh′ən) *n.* 1. The act of withdrawing or going back. 2. An extended decline in business, typically three consecutive quarters of falling gross national product. 3. The withdrawal in a line or file of participants in a ceremony, esp. clerics and choir members after a church service.

**re·ces·sion** (rĭ-sĕsh′ən) *n. Law.* The act of restoring possession to a former owner.

**re·ces·sion·al** (rĭ-sĕsh′ə-nəl) *n.* 1. *Mus.* A hymn that accompanies the exit of the clergy and choir after a service. 2. A recession from a church. — *adj.* Of or relating to a recession.

**re·ces·sive** (rĭ-sĕs′ĭv) *adj.* 1. Tending to go backward or recede. 2.a. *Genet.* Of, relating to, or being an allele that does not produce a characteristic effect when present with a dominant allele. b. Of or relating to a trait that is expressed only when the determining allele is present in the homozygous condition. — *n. Genet.* 1. A recessive allele or trait. 2. An organism having a recessive trait. — re·ces′sive·ly *adv.* — re·ces′sive·ness *n.*

**re·charge** (rē-chärj′) *tr.v.* -charged, -charg·ing, -charg·es. To charge again, esp. to reenergize a storage battery. — re′charge′ *n.* — re·charge′a·ble *adj.* — re·charg′er *n.*

**ré·chauf·fé** (rā′shō-fā′) *n.* 1. Warmed leftover food. 2. Revised old material. [Fr., p.part. of *réchauffer*, to reheat, warm over < OFr. *rechaufer* : re-, re- + *echaufer*, to warm (< VLat. *escalefāre* : Lat. ex-, intensive pref.; see EX- + Lat. *calefacere*, to warm; see COAST).]

**re·cher·ché** (rə-shĕr′shā′) *adj.* 1. Uncommon; rare. 2. Exquisite; choice. 3. Overrefined; forced. 4. Pretentious; overblown. [Fr., p.part. of *rechercher*, to research < OFr. *recercher*. See RESEARCH.]

**re·cid·i·vism** (rĭ-sĭd′ə-vĭz′əm) *n.* A tendency to lapse into a previous pattern of behavior, esp. a tendency to return to criminal habits. [< RECIDIVIST < Fr. *récidiviste* < *récidiver*, to relapse < Med.Lat. *recidīvāre* < Lat. *recidīvus*, falling back < *recidere*, to fall back : re-, re- + *cadere*, to fall; see kad-*.] — re·cid′i·vist *n.* — re·cid′i·vis′tic, re·cid′i·vous *adj.*

**Re·ci·fe** (rə-sē′fə). A city of NE Brazil on the Atlantic Ocean S of Natal; first settled in 1535. Pop. 1,203,899.

**recip.** *abbr.* Reciprocal; reciprocity.

**rec·i·pe** (rĕs′ə-pē′) *n.* 1. A set of directions with a list of ingredients for making something, esp. food. 2. A formula for means to a goal. 3. A medical prescription. [Lat., imper. of *recipere*, to take, receive. See RECEIVE.]

**re·cip·i·ence** (rĭ-sĭp′ē-əns) also re·cip·i·en·cy (-ən-sē) *n.* Capacity to receive; receptivity.

**re·cip·i·ent** (rĭ-sĭp′ē-ənt) *adj.* Functioning as a receptive. — *n.* 1. One that receives or is receptive. 2. One that receives blood, tissue, or an organ from a donor. [Lat. *recipiēns, recipient-*, pr.part. of *recipere*, to receive. See RECEIVE.]

**re·cip·ro·cal** (rĭ-sĭp′rə-kəl) *adj.* 1. Concerning each of two or more persons or things. 2. Interchanged, given, or done in return by each other; *a reciprocal invitation.* 3. Performed, experienced, or felt by both sides: *reciprocal respect.* 4. Interchanging or complementary: *reciprocal electric outlets.* 5. *Gram.* Expressing mutual action or relationship. Used of some verbs and compound pronouns. 6. *Math.* Of or relating to the reciprocal of a quantity. 7. *Physiol.* Of or relating to a neuromuscular phenomenon in which the inhibition of one group of muscles accompanies the excitation of another. 8. *Genet.* Of or involving a pair of crosses in which the male parent in one cross is of the same genotype or phenotype as the female parent in the other cross. — *n.* 1. Something that is reciprocal to something else. 2. *Math.* A number related to another so that when multiplied together their product is 1. For example, the reciprocals of 7 is ⅐. [< Lat. *reciprocus*, alternating. See per-*.] — re·cip′ro·cal′i·ty (-kăl′ĭ-tē), re·cip′ro·cal·ness *n.* — re·cip′ro·cal·ly *adv.*

**reciprocal pronoun** *n. Gram.* A pronoun or pronominal phrase, such as *each other*, that expresses mutual action or relationship.

**re·cip·ro·cate** (rĭ-sĭp′rə-kāt′) *v.* -cat·ed, -cat·ing, -cates. — *tr.* 1. To give or take mutually; interchange. 2. To give, feel, or give in return. — *intr.* 1. To move back and forth alternately. 2. To give and take something mutually. 3. To make a return for something given or done. 4. To be complementary or equivalent. [Lat. *reciprocāre, reciprocāt-*, to move back and forth < *reciprocus*, alternating. See RECIPROCAL.] — re·cip′ro·ca′tive *adj.* — re·cip′ro·ca′tor *n.*

Syns: reciprocate, requite, return. The central idea shared by these verbs is "to give, take, or feel reciprocally": *doesn't reciprocate favors; service requited with favor; returned a compliment.*

**re·cip·ro·cat·ing engine** (rĭ-sĭp′rə-kā′tĭng) *n.* An engine in which the crankshaft is turned by pistons moving up and down in a cylinder.

**rec·i·proc·i·ty** (rĕs′ə-prŏs′ĭ-tē) *n.* 1. A reciprocal condition or relationship. 2. A mutual or cooperative interchange of favors or privileges, esp. the exchange of trade privileges between nations.

**re·ci·sion** (rĭ-sĭzh′ən) *n.* The act of rescinding; annulment or cancellation. [Obsolete Fr. < OFr., annulment of a judgment < Lat. *recisiō, recisiō-* < *recisus*, p.part. of *recīdere*, to cut off : re-, re- + *caedere*, to cut; see kaə-id-*.]

**re·cit·al** (rĭ-sīt′l) *n.* 1. The act of reciting or reciting before an audience. 2. A very detailed account or report; a narration. 3. A public music or dance performance, esp. a solo. — re·cit′al·ist *n.*

**rec·i·ta·tion** (rĕs′ĭ-tā′shən) *n.* 1.a. The act of reciting memorized materials in a public performance. b. The material recited. 2.a. Oral delivery of prepared lessons by a pupil. b. The class period within which this delivery occurs.

**rec·i·ta·tive** (rĕs′ĭ-tə-tēv′) *n. Mus.* 1. A vocal style in which a text is declaimed in the rhythm of natural speech with slight melodic variation. 2. A passage thus rendered. [Ital. *recitativo < recitare*, to recite < Lat. *recitāre*. See RECITE.]

**rec·i·ta·tive** (rĕs′ĭ-tə-tēv′, rē′chĕ-tä-) *n., pl. -vi** (-vē), **-vos** (-vōz). *Mus.* See recitative[1]. [Ital. See recitative[1].]

**re·cite** (rĭ-sīt′) *v.* -cit·ed, -cit·ing, -cites. — *tr.* 1. To repeat or utter aloud (something rehearsed or memorized), esp. before an audience. 2. To relate in detail. 3. To list or enumerate. — *intr.* 1. To deliver a recitation. 2. To repeat lessons prepared or memorized. [ME *reciten* < OFr. *reciter* < Lat. *recitāre*, to read out : re-, re- + *citāre*, to quote, see COUNT.]

**reck** (rĕk) *tr. & intr.v.* recked, reck·ing, recks. To take heed or to have caution. [ME *recken* < OE *reccan.*]

**reck·less** (rĕk′lĭs) *adj.* 1.a. Heedless or careless. b. Headstrong; rash. 2. Indifferent to or disregardful of consequences: *a reckless driver.* [ME *recheles* < OE *rēcelēas.*] — reck′less·ly *adv.* — reck′less·ness *n.*

**Reck·ling·hau·sen** (rĕk′lĭng-hou′zən). A city of W-central Germany SW of Münster. Pop. 117,989.

**reck·on** (rĕk′ən) *v.* -oned, -on·ing, -ons. — *tr.* 1. To count or compute: *reckon the cost.* 2. To consider as being: *regard as.* 3. *Informal.* To think or assume. — *intr.* 1. To make calculations; figure. 2. To rely with confident expectation. — *phrasal verb.* reckon with. To come to terms with; settle accounts with. [ME *reknen* < OE *gerecenian*, to recount. See reg-*.]

**reck·on·ing** (rĕk′ə-nĭng) *n.* 1. The act of counting or computing. 2. An itemized bill or statement of a sum due. 3. A settlement of accounts. 4.a. The act or process of calculating the position of a ship or aircraft. b. This position so calculated.

**re·claim** (rĭ-klām′) *tr.v.* -claimed, -claim·ing, -claims. ... to restore or return to a suitable condition for use ... for habitation. 2. To procure (usable substances) from refuse or waste products. 3. To bring back, as from error, of proper course; reform. 4. To tame (a falcon). [ME *reclamen*, to call back < OFr. *reclamer* < Lat. *reclāmāre* : re-, re- + *clāmāre*, to cry out; see kelə-.] — re·claim′a·ble *adj.* — re·claim′er *n.*

**re·claim** (rĭ-klām′) *tr.v.* -claimed, -claim·ing, -claims. To demand the restoration or return of (a possession, for example); claim again or back.

**rec·la·ma·tion** (rĕk′lə-mā′shən) *n.* 1. The act or process of reclaiming. 2. A restoration, as to usefulness or moral uprightness. [Lat. *reclāmātiō* < *reclāmāre.* See RECLAIM.]

**re·claim** (rĭ-klām′) ... by which one reclaims; to claim against. See RECLAIM.]

**re·claim** (rĭ-klām′) ... to exclaim against. See RECLAIM.]

**re·claim** (rĭ-klām′) *n.* 1. Public acclaim. 2. A taste or desire. [Fr., advertising < *réclamer*, to claim, beg < Lat. *reclāmāre*, to exclaim against. See RECLAIM.]

**re·cline** (rĭ-klīn′) *v.* -clined, -clin·ing, -clines. — *tr.* To cause the base [Lat. *reclīnātus*, p.part. of *reclīnāre.* See RECLINE.]

**re·cline** (rĭ-klīn′) *v.* -clined, -clin·ing, -clines. — *tr.* To lie back or lean back. — *intr.* ... [Lat. *reclīnāre*, to bend; see klei-*.] — re·clin′a·tion (rĕk′lə-nā′shən) *n.*

**re·clin·er** (rĭ-klī′nər) *n.* One that reclines, as an armchair back when its back is lowered and its front raised.

**re·cluse** (rĕk′loos′, rĭ-kloos′) *n.* A person who withdraws from the world to live in seclusion and often in solitude. — *adj.* Withdrawn from the world; reclusive. [ME *recluse* < Lat. *reclūsus*, p.part. of *reclūdere*, to shut up : re-, re- + *claudere*, to close.]

**re·clu·sion** (rĭ-kloo′zhən) *n.* 1. The condition of being a recluse. 2. The state of being in solitary confinement. — re·clu′sive (-sĭv, -zĭv) *adj.* 1. Seeking or preferring seclusion or isolation. 2. Providing seclusion; a reclusive retreat. — re·clu′sive·ly *adv.* — re·clu′sive·ness *n.*

**rec·og·ni·tion** (rĕk′əg-nĭsh′ən) *n.* 1. The act of recognizing or the condition of being recognized. 2. An awareness that something perceived has been perceived before. 3. An acceptance as true or valid, as of a claim. 4. Attention or favorable notice. 5. Official acceptance of the national status of a new government by another nation. 6. *Biol.* The ability of one molecule to attach itself to another molecule having a specific molecular shape. [Ult. < Lat. *recognitiō, recognitiōn-*, a recognizing < *recognitus*, p.part. of *recognōscere*, to recognize.] — re·cog′ni·to·ry (rĭ-kŏg′nĭ-tôr′ē) *adj.*

**re·cog·ni·zance** (rĭ-kŏg′nĭ-zəns, -kŏn′ĭ-) *n.* 1. *Law.* An obligation of record that is entered into before a court, containing a condition to perform a particular act, such as an act. 2. A recognition. 3. *Archaic.* A pledge. [ME *recognisaunce* < OFr. *reconoissance*, alteration of *reconisance < reconoistre, reconoiss-*, to recognize. See RECOGNIZE.] — re·cog′ni·za·ble (rĭ-kŏg′nĭ-zə-bəl) *adj.*

**rec·og·nize** (rĕk′əg-nīz′) *tr.v.* -nized, -niz·ing, -niz·es. 1. To know to be something than has been perceived before. 2. To identify from past experience or knowledge. 3. To perceive or show awareness of acceptance of the validity of. 4. To permit to address a meeting. 5. To accept officially the national status of as a new government. 6. To show awareness of; approve of or appreciate. 7. To acknowledge the acquaintance of, as by salutation. 8. *Biol.* To undergo recognition for (an antigen, for example). [ME *recognisen* < OFr. *recognistre*, to resume possession of, from *reconoistre.* See RECOGNIZANCE.] — rec′og·niz′a·ble *adj.* — rec′og·niz′a·bly *adv.* — rec′og·niz′er *n.*

**re·coil** (rĭ-koil′) *intr.v.* -coiled, -coil·ing, -coils. 1. To spring back upon firing. 2. To shrink back, as in fear. 3. To fall back; return. — *n.* (also rē′koil′). 1. The backward action of a firearm on firing. 2. The act or state of recoiling. [ME *recoilen* < OFr. *reculer* : re-, re- + *cul*, buttocks (< Lat. *cūlus*).] — re·coil′er *n.*

**re·coil·less** (rĭ-koil′lĭs, rē′koil′-) *adj.* Of or being a weapon designed to minimize the effect of recoil: *a recoilless rifle.*

**rec·ol·lect** (rĕk′ə-lĕkt′) *v.* -lect·ed, -lect·ing, -lects. — *tr.* To recall to mind. See Syns at remember. — *intr.* To have a recollection. [Med.Lat. *recolligere, recollect-*, to gather up, collect < Lat. *recolligere*; see COLLECT.] — rec′ol·lec′tive *adj.*

**re·col·lect** (rē′kə-lĕkt′) *tr.v.* -lect·ed, -lect·ing, -lects. 1. To collect again. 2. To calm or control (oneself).

EXHIBIT V

FEATURES AND SPECIFICATIONS



# 1.85mm by 3.70mm (.073" by .146") Pitch I-Trac™ Backplane Connector System 7, 11 and 15 Row

*The I-Trac system is a broad-side coupled, skew-equalized design that handles speeds up to 12.5 Gbps, providing superior impedance control and lower cross-talk for traditional and orthogonal backplane applications*

The I-Trac backplane system effectively balances electrical performance, differential-pair density, mechanical robustness and cost savings to meet customer application needs. It is designed to support the telecommunications, data networking and storage markets.

At 12.5 Gbps data rates, the I-Trac broadside-coupled, skew equalized design provides multiple benefits, including superior impedance control, lower cross-talk and lower insertion loss versus other open pin-field or metal shielded-backplane products. Molex's I-Trac contact technology allows customers to use as few as 2.75 contacts per differential channel versus competitors' 3 contacts per channel. This reduces the number of pins required for high-speed channels, thus lowering the total cost of the connector solution.

I-Trac's open pin-field design allows customers the flexibility to assign high-speed differential pairs, low-speed signals, power and ground contacts anywhere within the pin- field. The broadside-coupling design allows the entire pinfield to be utilized for high-speed signals. I-Trac is designed for both standard backplane architectures, as well as orthogonal backplane architectures, using the same connector part numbers. I-Trac is a press-fit, flexible, mono-block based system with integrated guidance, power and signals that can be stacked end-to-end to meet customer pin-count requirements.

The I-Trac standard backplane system offers the following options*:

■ The 7-row backplane product is available in 4, 6 or 10 column (56, 84 or 140 circuits)

■ The 11-row backplane product is available in 5, 6, 8 or 10 column (110, 132, 176 or 220 circuits)

■ The 15-row backplane product is available in 8, 9 or 10 column (240, 270 or 300 circuits)

*Note:
A 5-row version is planned for release in the near future. Please contact i-trac@molex.com for additional information.
Standalone Power Module options planned for release in the near future.  Please contact i-trac@molex.com for additional information.
Co-Planar, Mezzanine, Reverse Gender options planned for release in the near future.  Please contact i-trac@molex.com for additional information.

**76015** 7-Row Backplane Signal Modules
**76020** 7-Row Daughtercard Signal Modules
**75705** 11-Row Backplane Signal Modules
**75710** 11-Row Daughtercard Signal Modules
**76035** 15-Row Backplane Signal Modules
**76040** 15-Row Daughtercard Signal Modules



I-Trac Standard Backplane Interconnect



I-Trac Orthogonal Backplane Interconnect (same parts as Standard Backplane Interconnect)

## Product Family Overview

|  | Slot Width | Pairs/Inch | Ortho Pairs/Node |
|---|---|---|---|
| 7-Row I-Trac | 17.4mm | 34 | 16 (4x4) |
| 11-Row I-Trac | 24.8mm | 55 | 36 (6x6) |
| 15 -Row I-Trac | 32.2mm | 69 | 64 (8x8) |



7 row          11 row          15 row

**SPECIFICATIONS**

**molex**

# 1.85mm by 3.70mm (.073" by .146") Pitch I-Trac™ Backplane Connector System 7, 11 and 15 Row

### *Features and Benefits*

■ Data rates of 12.5 Gbps or higher support future system performance upgrades

■ Broadside-coupled, skew-equalized, differential pair system offers superior impedance control, low cross-talk, and low insertion loss

■ Differential pair density up to 69 pairs per linear inch using open pin-field design provides high-density, high-bandwidth connection with pin-by-assignment flexibility

■ Allows standard and orthogonal connections using the same parts allows design flexibility, connector and PCB cost savings

■ Quad PCB routing capability reduces PCB layers required to route high-speed lines, reducing PCB cost

■ Integrated guidance gives superior mating performance

■ Bifurcated contact beams in daughtercard interface provides greater reliability with 2 points of contact to the header pin

### *Reference Information*
Packaging:
   Daughtercard Assemblies — Trays
   Headers —
     11 and 15 row — Trays
     7 row — Tube
UL File No.: E29179
CSA File No.: Pending
Designed In: Millimeters

### *Electrical*
Signal Contact Current Rating: 1.0A
Contact to Plated Through-Hole Resistance:
   1.0 milliohm max.
Dielectric Withstanding Voltage: 750V RMS
Insulation Resistance: 1,000 Megaohms min.

### *Mechanical*
Contact Insertion Force: 35.6N (8.0 lb) max. per contact
Contact Retention Force: 4.45N (1.0 lb) min. per contact
Mating Force: 0.69N (0.15 lb) max. per contact
Durability: 200 cycles

### *Physical*
Housing: Liquid Crystal Polymer, UL 94V-0
Contact: High Performance Copper (Cu) Alloy
Plating:
   Contact Area — 0.76μ (30μ") Gold (Au) min.
   Solder Tail Area — Tin (Sn) or Tin/Lead (Sn/Pb)
   Underplating – Nickel (Ni)
PCB Thickness: 1.60mm (.062") min.
Operating Temperature: -55 to +85˚C



*For complete electrical and mechanical test reports, contact i-trac@molex.com

### *Backplane Signal Modules*



Open      Left endwall, right open      Right endwall, left open      Dual endwall

Left guide, right open      Left open, right guide      Left endwall, right guide      Left guide, right endwall

**ORDERING INFORMATION**



**1.85mm by 3.70mm (.073" by .146") Pitch I-Trac™ Backplane Connector System 7, 11 and 15 Row**

### *7-Row Backplane Signal Modules*

| Order Number | Column | Circuits | Module Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Left Guide | Right Guide | Left Endwall | Right Endwall | Left Open | Right Open |
| 76015-1403 | 4 | 56 | | | | | X | X |
| 76015-1413 | | | | | X | | | X |
| 76015-1433 | | | | | | X | X | |
| 76015-1423 | | | | | X | X | | |
| 76015-3403 | | | X | | | | | X |
| 76015-5403 | | | | X | | | X | |
| 76015-7403 | | | X | | | X | | |
| 76015-9403 | | | | X | X | | | |
| 76015-1603 | 6 | 84 | | | | | X | X |
| 76015-1613 | | | | | X | | | X |
| 76015-1633 | | | | | | X | X | |
| 76015-1623 | | | | | X | X | | |
| 76015-3603 | | | X | | | | | X |
| 76015-5603 | | | | X | | | X | |
| 76015-7603 | | | X | | | X | | |
| 76015-9603 | | | | X | X | | | |
| 76015-1103 | 10 | 140 | | | | | X | X |
| 76015-1113 | | | | | X | | | X |
| 76015-1133 | | | | | | X | X | |
| 76015-1123 | | | | | X | X | | |
| 76015-3103 | | | X | | | | | X |
| 76015-5103 | | | | X | | | X | |
| 76015-7103 | | | X | | | X | | |
| 76015-9103 | | | | X | X | | | |

Note:
- Part numers listed above are tin plated and RoHS compliant
- For Tin/Lead plating order numbers, please contact i-trac@molex.com
- To view all pin contact lengths and keying options, please contact i-trac@molex.com

### *7-Row Daughtercard Signal Modules*

| Order Number | Column | Circuits | Module Type | | |
|---|---|---|---|---|---|
| | | | Left Guide | Right Guide | Open |
| 76020-1004 | 4 | 56 | | | X |
| 76020-3004 | | | X | | |
| 76020-5004 | | | | X | |
| 76020-1006 | 6 | 84 | | | X |
| 76020-3006 | | | X | | |
| 76020-5006 | | | | X | |
| 76020-1010 | 10 | 140 | | | X |
| 76020-3010 | | | X | | |
| 76020-5010 | | | | X | |



**ORDERING INFORMATION**

**1.85mm by 3.70mm (.073" by .146") Pitch I-Trac™ Backplane Connector System 7, 11 and 15 Row**

*11-Row Backplane Signal Modules*

| Order Number | Column | Circuits | Module Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Left Guide | Right Guide | Left Endwall | Right Endwall | Left Open | Right Open |
| 75705-1503 | 5 | 110 | | | | | X | X |
| 75705-1513 | | | | | X | | | X |
| 75705-1533 | | | | | | X | X | |
| 75705-1523 | | | | | X | X | | |
| 75705-3503 | | | X | | | | | X |
| 75705-5503 | | | | X | | | X | |
| 75705-7503 | | | X | | | X | | |
| 75705-9503 | | | | X | X | | | |
| 75705-1603 | 6 | 132 | | | | | X | X |
| 75705-1613 | | | | | X | | | X |
| 75705-1633 | | | | | | X | X | |
| 75705-1623 | | | | | X | X | | |
| 75705-3603 | | | X | | | | | X |
| 75705-5603 | | | | X | | | X | |
| 75705-7603 | | | X | | | X | | |
| 75705-9603 | | | | X | X | | | |
| 75705-1103 | 8 | 176 | | | | | X | X |
| 75705-1813 | | | | | X | | | X |
| 75705-1833 | | | | | | X | X | |
| 75705-1823 | | | | | X | X | | |
| 75705-3803 | | | X | | | | | X |
| 75705-5803 | | | | X | | | X | |
| 75705-7803 | | | X | | | X | | |
| 75705-9803 | | | | X | X | | | |
| 75705-1103 | 10 | 220 | | | | | X | X |
| 75705-1113 | | | | | X | | | X |
| 75705-1133 | | | | | | X | X | |
| 75705-1123 | | | | | X | X | | |
| 75705-3103 | | | X | | | | | X |
| 75705-5103 | | | | X | | | X | |
| 75705-7103 | | | X | | | X | | |
| 75705-9103 | | | | X | X | | | |

Note:
- Part numers listed above are tin plated and RoHS compliant
- For Tin/Lead plating order numbers, please contact i-trac@molex.com
- To view all pin contact lengths and keying options, please contact i-trac@molex.com

ORDERING INFORMATION



**1.85mm by 3.70mm (.073" by .146") Pitch I-Trac™ Backplane Connector System 7, 11 and 15 Row**

## 11-Row Daughtercard Signal Modules

| Order Number | Columns | Circuits | Module Type | | |
|---|---|---|---|---|---|
| | | | Left Guide | Right Guide | Open |
| 75710-1005 | | | | | X |
| 75710-3005 | 5 | 110 | X | | |
| 75710-5005 | | | | X | |
| 75710-1006 | | | | | X |
| 75710-3006 | 6 | 132 | X | | |
| 75710-5006 | | | | X | |
| 75710-1008 | | | | | X |
| 75710-3008 | 8 | 176 | X | | |
| 75710-5008 | | | | X | |
| 75710-1010 | | | | | X |
| 75710-3010 | 10 | 220 | X | | |
| 75710-5010 | | | | X | |



## 15-Row Backplane Signal Modules

| Order Number | Column | Circuits | Module Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Left Guide | Right Guide | Left Endwall | Right Endwall | Left Open | Right Open |
| 76035-1803 | | | | | | | X | X |
| 76035-1813 | | | | | X | | | X |
| 76035-1833 | | | | | | X | X | |
| 76035-1823 | | | | | X | X | | |
| 76035-3803 | 8 | 240 | X | | | | | X |
| 76035-5803 | | | | X | | | X | |
| 76035-7803 | | | X | | | X | | |
| 76035-9803 | | | | X | X | | | |
| 76035-1903 | | | | | | | X | X |
| 76035-1913 | | | | | X | | | X |
| 76035-1933 | | | | | | X | X | |
| 76035-1923 | | | | | X | X | | |
| 76035-3903 | 9 | 270 | X | | | | | X |
| 76035-5903 | | | | X | | | X | |
| 76035-7903 | | | X | | | X | | |
| 76035-9903 | | | | X | X | | | |
| 76035-1103 | | | | | | | X | X |
| 76035-1113 | | | | | X | | | X |
| 76035-1133 | | | | | | X | X | |
| 76035-1123 | | | | | X | X | | |
| 76035-3103 | 10 | 300 | X | | | | | X |
| 76035-5103 | | | | X | | | X | |
| 76035-7103 | | | X | | | X | | |
| 76035-9103 | | | | X | X | | | |

Note:
- Part numers listed above are tin plated and RoHS compliant
- For Tin/Lead plating order numbers, please contact i-trac@molex.com
- To view all pin contact lengths and keying options, please contact i-trac@molex.com

**ORDERING INFORMATION**



**1.85mm by 3.70mm (.073" by .146") Pitch I-Trac™ Backplane Connector System 7, 11 and 15 Row**

*15-Row Daughtercard Signal Modules*

| Order Number | Column | Circuits | Module Type | | |
|---|---|---|---|---|---|
| | | | Left Guide | Right Guide | Open |
| 76040-1008 | 8 | 240 | | | X |
| 76040-3008 | | | X | | |
| 76040-5008 | | | | X | |
| 76040-1009 | 9 | 270 | | | X |
| 76040-3009 | | | X | | |
| 76040-5009 | | | | X | |
| 76040-1010 | 10 | 300 | | | X |
| 76040-3010 | | | X | | |
| 76040-5010 | | | | X | |



**TOOLING INFORMATION**

*Backplane Signal Module Press-In Tooling*

| Header type | Number of columns | Insertion tool part number |
|---|---|---|
| 7 row | 4 | 62201-8607 |
| | 6 | 62201-8608 |
| | 10 | 62201-8609 |
| 11 row | 5 | 62201-8601 |
| | 6 | 62201-8602 |
| | 8 | 62201-8617 |
| | 10 | 62201-8603 |
| 15 row | 8 | 62201-8619 |
| | 9 | 62201-8620 |
| | 10 | 62201-8621 |



*Daughtercard Signal Module Press-In Tooling*

| Receptacle type | Number of columns | Insertion tool part number |
|---|---|---|
| 7 row | 4 | 62201-8610 |
| | 6 | 62201-8611 |
| | 10 | 62201-8612 |
| 11 row | 5 | 62201-8604 |
| | 6 | 62201-8605 |
| | 8 | 62201-8618 |
| | 10 | 62201-8606 |
| 15 row | 8 | 62201-8622 |
| | 9 | 62201-8623 |
| | 10 | 62201-8624 |

**Americas Headquarters**
Lisle, Illinois 60532 U.S.A.
1-800-78MOLEX
amerinfo@molex.com

**Asia Pacific North Headquarters**
Yamato, Kanagawa, Japan
81-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
feninfo@molex.com

**Asia Pacific South Headquarters**
Jurong, Singapore
65-6-268-6868
fesinfo@molex.com

**European Headquarters**
Munich, Germany
49-89-413092-0
eurinfo@molex.com

**Corporate Headquarters**
2222 Wellington Ct.
Lisle, IL 60532 U.S.A.
630-969-4550
Fax:630-969-1352

Visit our website at www.molex.com/product/itrac.html

EXHIBIT W


UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/052,167 | 02/07/2005 | Clifford L. Winings | FCI-2868/C3472A | 7363 |

48580    7590    10/27/2005

WOODCOCK WASHBURN, LLP
ONE LIBERTY PLACE - 46TH FLOOR
PHILADELPHIA, PA  19103

| EXAMINER |
|---|
| GUSHI, ROSS N |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2833 | |

DATE MAILED: 10/27/2005



Please find below and/or attached an Office communication concerning this application or proceeding.

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/052,167 | WININGS ET AL. |
| | Examiner | Art Unit |
| | Ross N. Gushi | 2833 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on _9/14/05_

2a) ☐ This action is **FINAL.**    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) _21-31_ is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) _21-31_ is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☒ The drawing(s) filed on _2/7/05_ is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some *    c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
    Paper No(s)/Mail Date _____ 9/14/05, 6/13/05, 6/6/05, 2/7/05

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date.

5) ☐ Notice of Informal Patent Application (PTO-152)

6) ☒ Other: _A Hubener J_

# DETAILED ACTION

## *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35

U.S.C. 102 that form the basis for the rejections under this section made in this

Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.
>
> (e) the invention was described in —
>     (1)   an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effect under this subsection of a national application published under section 122(b) only if the international application designating the United States was published under Article 21(2)(a) of such treaty in the English language; or
>     (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that a patent shall not be deemed filed in the United States for the purposes of this subsection based on the filing of an international application filed under the treaty defined in section 351(a);

Claims 21, 30, and 31 are rejected under 35 U.S.C. 102(b) as being

anticipated by over Broeksteeg U.S. No. 5,066,236 ("Broeksteeg").

Broeksteeg discloses an electrical connector comprising: a first column of

electrical contacts comprising a first signal contact (e.g. 64) that defines a first

side and a first edge, wherein the first side is greater in length than the first edge;

and a second signal contact (e.g. 65) that defines a second side and a second

edge, wherein the second side is greater in length that the second edge; and a

second column of electrical contacts comprising a third signal contact that

defines a third side and a third edge, wherein the third side is greater in length

than the third edge; and a fourth signal contact that defines a fourth side and a

fourth edge, wherein the fourth side is greater in length that the fourth edge,

wherein (i) the first signal contact and the second signal contact are positioned edge-to-edge and form a first differential signal pair (i.e. a pair of contacts capable of transmitting a differential signal); (ii) the third signal contact and the fourth signal contact are positioned edge-to-edge and form a second differential signal pair; (iii) the second differential signal pair is adjacent to the first differential signal pair; (iv) the connector is devoid of electrical shields between the first differential signal pair and the second differential signal pair; and (v) a high-speed differential signal in the first differential signal pair produces an electric field at the second differential signal pair that is low enough that cross-talk from the first differential signal pair on the second differential signal pair is limited to below a predefined level (inherently), the high-speed differential signal having a signal speed in excess of 1 Gbps (inherently this is true since the electric field is a function of the voltage, and the voltage can be made as small as desired, and the predetermined level can be set as high as desired).

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 22-29 are rejected under 35 U.S.C. 103(a) as being unpatentable over Broeksteeg.

Regarding claims 22-29, operational parameters such as signal speed would have been a matter of routine experimentation. Likewise particular workable dimensions of gaps, pitches, edge lengths, side lengths, and the like would have been a matter of routine experimentation. In re Antonie, 559 F.2d 618 (CCPA 1977). See In re Aller, 105 USPQ 233 (CCPA 1955)(Where general conditions of the claim are disclosed in the prior art, it is not inventive to discover optimal or workable ranges by routine experimentation). Regarding claim 23, note that as shown in the Broeksteeg drawings the first signal contact and the second signal contact are positioned edge-to-edge with a first gap defined between the first edge of the first signal contact and the second edge of the second signal contact, and wherein the first gap has a gap width that is approximately equal to the first edge width (see attachment).

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Ross Gushi whose telephone number is (571) 272-2005. If attempts to reach the examiner by phone are unsuccessful, the examiner's supervisor, Paula A. Bradley, can be reached at 571-272-2800 extension 33. The phone number for the Group's facsimile is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-

Case 1:07-cv-00054-RMU   Document 42-4   Filed 10/22/2007   Page 1 of 106

direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-

free).

ROSS GUSHI
PRIMARY EXAMINER



Figure 5

Figure 6

Figure 7

Attachment

CONFIDENTIAL EXHIBIT