IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MOLEX INCORPORATED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-049-JJF<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

NOTICE IS HEREBY GIVEN that the document listed below is being manually filed with the Court because of its voluminous size and is available in paper form only:

**Appendix Volumes 1 - 5**

The original document is maintained in the case file in the Clerk's Office.

                             YOUNG CONAWAY STARGATT & TAYLOR, LLP

                             _____
                             Josy W. Ingersoll (No. 1088)
                             Karen L. Pascale (No. 2903)
                             Adam W. Poff (No. 3990)
                             The Brandywine Building
                             1000 West Street, 17th Floor
                             Wilmington, Delaware 19801
                             (302) 571-6600
                             apoff@ycst.com

                             *Attorneys for Molex Inc.*

2

OF COUNSEL:

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6731
(312) 616-5700

Dated: October 22, 2007

2

## CERTIFICATE OF SERVICE

I, Adam Poff, Esquire, hereby certify that on October 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas C. Grimm, Esquire
>MORRIS, NICHOLS, ARSHT & TUNNELL
>1201 N. Market Street
>Wilmington, DE 19801
>*tgrimm@mnat.com*

I further certify that I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following counsel in the manner indicated below:

>*By E-Mail*
>
>Albert J. Breneisen, Esquire
>KENYON & KENYON LLP
>One Broadway
>New York, NY 10004
>*abreneisen@kenyon.com*

John W. Bateman, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K STREET, NW
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088) *[jingersoll@ycst.com]*
Adam W. Poff (No. 3990) *[apoff@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Defendant*