MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

THOMAS C. GRIMM
302 351 9595
302 425 4661 FAX
tgrimm@mnat.com

October 23, 2007

**VIA E-FILING & HAND DELIVERY**

Dr. Peter T. Dalleo, Clerk of the Court
U.S. District Court
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *FCI USA, Inc. and FCI Americas Technology, Inc. v. Molex Incorporated*, C.A. No. 07-49- JJF

Dear Dr. Dalleo:

On Monday, October 22, 2007 we filed with the Court Plaintiffs' Redacted Opening Claim Construction Brief (D.I. 44). In reviewing the brief today, we noticed that the Table of Authorities contained errors in formatting. Enclosed please find a copy of the corrected Table of Authorities. Please replace page "iii" of D.I. 44 with this document. We apologize for the inconvenience.

Sincerely yours,

Thomas C. Grimm

TCG
Enclosure
cc: Counsel of Record (via e-filing & e-mail, w/encl.)

# TABLE OF AUTHORITIES

## Cases

*Abtox, Inc. v. Exitron Corp.*, 131 F.3d 1009 (Fed. Cir. 1997) ..................................................... 17

*Andersen Corp. v. Fiber Composites, LLC*, 474 F.3d 1361 (Fed. Cir. 2007)............................... 17

*Comark Comms., Inc. v. Harris Corp.*, 156 F.3d 1182 (Fed. Cir. 1998)............................... 14, 26

*Innova/Pure Water, Inc. v. Safari Water Filtration Sys., Inc.*, 381 F.3d 1111 (Fed. Cir. 2004)........................................................................................................... 7

*Karlin Tech. Inc. v. Surgical Dynamics, Inc.*, 177 F.3d 968 (Fed. Cir. 1999)........................ 14, 22

*Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995), *aff'd*, 517 U.S. 370 (1996) ............................................................................................... 7

*Omega Engineering, Inc, v. Raytek Corp.*, 334 F.3d 1314 (Fed. Cir. 2003) ............................ 8, 17

*Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005) (en banc) ............................................... 7

*Smith v. Snow*, 294 U.S. 1, 11 (1935) ......................................................................................... 15

*SRI Int'l v. Matsushita Elec. Corp.*, 775 F.2d 1107 (Fed. Cir. 1985).......................................... 15

*Superguide Corp. v. DirecTV Enter., Inc.*, 358 F.3d 870 (Fed. Cir. 2004).................................. 15

*U.S. Surgical Corp. v. Ethicon, Inc.*, 103 F.3d 1554 (Fed. Cir. 1997).......................... 7, 19, 20, 21

*Varco, L.P. v. Pason Sys. USA Corp.*, 436 F.3d 1368 (Fed. Cir. 2006) ...................................... 26

## Other References

Manual of Patent Examining Procedure (M.P.E.P.) §§ 201.07 and 201.08 (August 2006)........... 6

The American Heritage College Dictionary, 1140 (3rd ed. 1997) .............................................. 14