IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 07-49-JJF |
| v. | ) ) | |
| MOLEX INCORPORATED, | ) ) | |
| Defendant. | ) ) | |

**<u>NOTICE OF SERVICE</u>**

I hereby certify that on October 31, 2007, copies of (1) *FCI's Responses to Molex's Second Set of Interrogatories; and* (2) *FCI's Responses to Molex's Second Set of Document Requests* were caused to be served upon counsel of record in the manner indicated:

**<u>BY E-MAIL & FEDERAL EXPRESS</u>**

Josy W. Ingersoll
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

John W. Kozak
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601-6780

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

_____
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Plaintiffs*

*OF COUNSEL:*

Albert J. Breneisen
George E. Badenoch
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

John W. Bateman
Michael M. Shen
Yariv Waks
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

November 2, 2007
1303810

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 2, upon the following individuals in the manner indicated:

**BY E-MAIL**

Josy W. Ingersoll
Adam W. Poff
YOUNG, CONAWAY, STARGATT
  & TAYLOR LLP
The Brandywine Building,
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601-6780


*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)
jparrett@mnat.com

1303810