IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-049-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 31, 2007, copies of 1) Defendant's Responses to Plaintiffs' Second Set of Interrogatories, and 2) Defendant's Responses to Plaintiffs' Second Set of Requests for Production of Documents were caused to be served by upon the following counsel in the manner indicated:

### BY ELECTRONIC MAIL

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

George E. Badenoch, Esquire
Albert J. Breneisen, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*gbadenoch@kenyon.com*
*abreneisen@kenyon.com*

John W. Bateman, Esquire
Michael M. Shen, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*

Additionally, I hereby certify that on November 5, 2007, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel in the manner indicated:

**BY CM/ECF AND ELECTRONIC MAIL**

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, DE 19801
*tgrimm@mnat.com*

**BY ELECTRONIC MAIL**

George E. Badenoch, Esquire
Albert J. Breneisen, Esquire
KENYON & KENYON LLP
One Broadway
New York, NY 10004
*gbadenoch@kenyon.com*
*abreneisen@kenyon.com*

John W. Batemen, Esquire
Michael M. Shen, Esquire
Yariv Waks, Esquire
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
*jbateman@kenyon.com*
*mshen@kenyon.com*
*ywaks@kenyon.com*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
_____
Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Defendant*

OF COUNSEL:

John W. Kozak
Dennis R. Schlemmer
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6731
(312) 616-5700

Dated: November 5, 2007