IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MOLEX INCORPORATED,<br><br>      Defendant. | C.A. No. 07-49--JJF |

**<u>JOINT STIPULATION FOR AN EXTENSION OF TIME</u>**

Plaintiffs FCI USA, Inc. and FCI Americas Technology, Inc. (collectively "FCI") and defendant Molex Incorporated ("Molex"), through their attorneys, hereby stipulate to the following extensions of time to accommodate further settlement negotiations.  The parties have reached a settlement in principle resolving their disputes, but additional time is needed to finalize the agreement.

      1.      A thirty (30) day extension of time for the parties to file their responsive claim construction briefs.  The briefs are currently due November 29, 2007.  Under this extension, the briefs will be due on December 31, 2007.

      2.      An adjournment of the Markman hearing tentatively schedule for December 14, 2007 for at least thirty (30) days.

The parties are also pursing a similar extension of time in the related parallel case in Nevada, *Molex Inc. v. FCI Americas Technology, Inc.*, Civil Action No. 3:07-cv-00039-BES-VPC.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Thomas C. Grimm* | */s/ Adam W. Poff* |
| Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>*Attorneys for Plaintiffs* | Josy W. Ingersoll (#1088)<br>Adam W. Poff (#3990)<br>The Brandywine Building,<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jingersoll@ycst.com<br>apoff@ycst.com<br>*Attorneys for Defendant* |
| OF COUNSEL:<br><br>Albert J. Breneisen<br>George E. Badenoch<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br><br>John W. Bateman<br>Michael M. Shen<br>Yariv Waks<br>KENYON & KENYON LLP<br>1500 K Street, NW<br>Washington, DC 20005<br>(202) 220-4200 | OF COUNSEL:<br><br>John W. Kozak<br>Caryn C. Borg-Breen<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780<br>(312) 616-5600 |

SO ORDERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

1323035

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

November 28, 2007

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:    *FCI USA, Inc. and FCI Americas Technology, Inc.*
              *v. Molex Incorporated*, C.A. No. 07-49- JJF

Dear Judge Farnan:

      I am pleased to report that the parties have reached an agreement in principle to settle this matter. To give the parties time to document their agreement, we are proposing an extension for completion of the *Markman* briefing and a postponement of the *Markman* hearing scheduled for December 14.

      We enclose a proposed stipulation and order for the Court's consideration. If the Court has any questions, counsel will make themselves available at the Court's convenience.

      Respectfully,

      */s/ Thomas C. Grimm*

      Thomas C. Grimm (#1098)

TCG
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (by hand, w/encl.)
       Adam W. Poff, Esquire (by e-filing & e-mail, w/encl.)
       John W. Kozak, Esquire (by e-mail, w/encl.)
       Albert J. Breneisen, Esquire (by e-mail, w/encl.)
       George E. Badenoch, Esquire (by e-mail, w/encl.)