

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FCI USA, INC. and<br>FCI AMERICAS TECHNOLOGY, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>MOLEX INCORPORATED,<br><br>   Defendant. | Civil Action No. 07CV00049-JJF<br><br>**DEMAND FOR JURY TRIAL** |

**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

Plaintiffs FCI USA, Inc. and FCI Americas Technology, Inc. (collectively, "FCI") and Defendant Molex Incorporated ("Molex") hereby stipulate that they have entered into a Settlement Agreement resolving their dispute, and subject to the terms and conditions of that Settlement Agreement move this Court, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, for entry of an Order dismissing this action with prejudice. Each party shall bear its own costs, fees, and attorneys' fees.

Dated: January 7, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs FCI USA, INC and FCI AMERICAS TECHNOLOGY, INC.*



Of Counsel:

George E. Badenoch
Sheila Mortazavi
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

Dated: January 7, 2008

YOUNG CONAWAY STARGATT &
TAYLOR LLP

*/s/ Adam W. Poff*

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilimington, DE 19801
(302) 571-6600
jingersoll@ycst.com
apoff@ycst.com
*Attorneys for Defendant MOLEX INCORPORATED*

Of Counsel:

John W. Kozak
Caryn C. Borg-Breen
LEYDIG VOIT & MAYER LTD
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL 60601
(312) 616-5600

IT IS SO ORDERED.

Dated: 1/8/08

The Honorable Joseph J. Farnan JR.
United States District Judge

1376442