| TO:<br>Director of the U.S. Patent and Trademark**Mail Stop 8**      *Office*<br><br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in

the U.S. District Court ___Delaware___ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>07cv49 | DATE FILED<br>1/26/07 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|---|
| PLAINTIFF<br> FCI USA Inc., et al. | | DEFENDANT<br> Molex Incorporated | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | US 6,981,883 B2 | 1/3/06 | FCI Americas Technology Inc. |
| 2 | US 7,114,964 B2 | 10/3/06 | FCI Americas Technology Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment☐ Answer☐ Cross Bill☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| DECISION/JUDGEMENT Case closed per DI #57 Stipulation of Dismissal |
|---|

In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | /s/ Dorothy A. Blansfield | January 8, 2008 |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Case 1:07-cv-00049-JJF   Document 58   Filed 01/08/2008   Page 2 of 2
In the above—entitled case, the following decision has been rendered or judgement issued:

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | /s/ Dorothy A. Blansfield | January 8, 2008 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FCI USA, INC. and
FCI AMERICAS TECHNOLOGY, INC.,

      Plaintiffs,

      v.

MOLEX INCORPORATED,

      Defendant.

Civil Action No. 07CV00049-JJF

**DEMAND FOR JURY TRIAL**

### JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Plaintiffs FCI USA, Inc. and FCI Americas Technology, Inc. (collectively, "FCI") and

Defendant Molex Incorporated ("Molex") hereby stipulate that they have entered into a

Settlement Agreement resolving their dispute, and subject to the terms and conditions of that

Settlement Agreement move this Court, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of

Civil Procedure, for entry of an Order dismissing this action with prejudice. Each party shall

bear its own costs, fees, and attorneys' fees.

Dated: January 7, 2008

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs FCI USA, INC and*
*FCI AMERICAS TECHNOLOGY, INC.*



JAN - 8 2008

Of Counsel:

George E. Badenoch
Sheila Mortazavi
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005
(202) 220-4200

Dated:  January 7, 2008

Of Counsel:

John W. Kozak
Caryn C. Borg-Breen
LEYDIG VOIT & MAYER LTD
Two Prudential Plaza, Suite 4900
180 N. Stetson Avenue
Chicago, IL  60601
(312) 616-5600

IT IS SO ORDERED.

Dated:  _1/8/08_

YOUNG CONAWAY STARGATT &
TAYLOR LLP

*/s/ Adam W. Poff*

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilimington, DE  19801
(302) 571-6600
jingersoll@ycst.com
apoff@ycst.com
*Attorneys for Defendant MOLEX INCORPORATED*

_____
The Honorable Joseph J. Farnan JR.
United States District Judge

1376442